IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONST. DIV., INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GOMACO CORP., an Iowa Corporation, <br><br> Defendant. | C.A. No. 5:20-cv-04007-CJW-KEM <br><br> **JOINT NOTICE REGARDING THE STATUS OF THE STAY PENDING APPEAL TO THE FEDERAL CIRCUIT** |

Pursuant to the Court's July 5, 2022 order requiring the parties to outline their positions on a stay pending the appeal of the IPR decisions to the Federal Circuit (Dkt. 98), the parties submit this joint notice. After meeting and conferring, the parties agree to maintain the stay during the pendency of the IPR appeals to the Federal Circuit.

Dated: August 5, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ James R. Hannah* | */s/ Luke J. McCammon* |
| Paul J. Andre (Admitted *pro hac vice*) | Luke J. McCammon (Admitted *pro hac vice*) |
| Lisa Kobialka (Admitted *pro hac vice*) | David K. Mroz (Admitted *pro hac vice*) |
| James R. Hannah (Admitted *pro hac vice*) | Sonja W. Sahlsten (Admitted *pro hac vice*) |
| **KRAMER LEVIN NAFTALIS & FRANKEL LLP** | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 333 Twin Dolphin Drive, Suite 700 | 901 New York Avenue, NW |
| Redwood Shores, CA 94065 | Washington, DC 20001-4413 |
| Telephone: (650) 752-1700 | Telephone: (202) 408-4000 |
| pandre@kramerlevin.com | Facsimile: (202) 408-4400 |
| lkobialka@kramerlevin.com | luke.mccammon@finnegan.com |
| jhannah@kramerlevin.com | david.mroz@finnegan.com |
| | sonja.sahlsten@finnegan.com |
| Paul D. Lundberg (#WO0003339) | |
| **LUNDBERG LAW FIRM** | Thaddeus Cosgrove, AT0001750 |
| 600 4th Street, Suite 906 | **COSGROVE LAW FIRM** |
| Sioux City, IA 51101 | 607 W. Second Street |
| Telephone: (712) 234-3030 | Ida Grove, Iowa 51445 |
| paul@lundberglawfirm.com | Telephone: (712) 364-4138 |
| | Facsimile: (712) 364-4445 |
| *Counsel for Plaintiff Guntert & Zimmerman Constr., Div., Inc.* | tcosgroveig@netllc.net |
| | *Counsel for Defendant Gomaco Corp.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, a copy of which will be served upon all counsel of record registered with the CM/ECF system via Notice of Electronic Filing.

/s/ James R. Hannah
James R. Hannah (Admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
jhannah@kramerlevin.com

*Counsel for Plaintiff Guntert & Zimmerman Constr., Div., Inc.*