# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONSTRUCTION DIVISION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOMACO CORP., <br><br> Defendant. | Case No. 20-CV-4007-CJW-KEM <br><br> **ORDER** |

The court previously stayed this case pending inter partes review (IPR) of four of the five patents at issue in this case by the United States Trademark and Patent Office (USPTO). Docs. 82, 96. The parties filed an updated status report, jointly requesting that this matter remain stayed pending the outcome of the pending IPR appeals. Doc. 103. The court agrees.

The parties must file a joint status report **by November 4, 2022, and every ninety days thereafter**, to provide an update of the pending appeals and the parties' positions on continuing the stay in this case.

**SO ORDERED** on August 11, 2022.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa