# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONST. DIV., INC., a California Corporation, | |
| Plaintiff, | Case No. 5:20-cv-04007-CJW-KEM |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| GOMACO CORP., an Iowa Corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. Rule 15, LR 15, and Dkt. No. 111, Plaintiff Guntert & Zimmerman Construction Division, Inc. ("Plaintiff" or "G&Z"), by counsel, respectfully moves this Court for leave to file a to Second Amended Complaint in this action to reflect developments that have occurred during the 39 months that this case was stayed. Pursuant to LR 7(d), the grounds for this Motion are fully set forth in G&Z's attached Brief in Support of G&Z's Motion to file a Second Amended Complaint, and upon the papers, records and pleadings on file with the Court.

Pursuant to LR 15, a copy of G&Z's proposed Second Amended Complaint is attached as **Exhibit A**, and a redline copy of the Second Amended Complaint showing the changes from the First Amended Complaint (Dkt. No. 29) is attached as **Exhibit B**.

Pursuant to LR 7(k), counsel for G&Z has conferred in good faith with counsel for Defendant Gomaco Corp. ("Gomaco") on the substance of this Motion. Gomaco indicated that it opposes G&Z's motion.

For the reasons set forth in the attached supporting brief, G&Z respectfully requests an Order permitting it to file its Second Amended Complaint.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By: */s/ Paul J. Andre* |
| Paul D. Lundberg (#WO0003339) | Paul J. Andre (admitted *pro hac vice*) |
| GOOSMANN LAW FIRM | Lisa Kobialka (admitted *pro hac vice*) |
| 510 5th Street | James Hannah (admitted *pro hac vice*) |
| Sioux City, IA 51101 | KRAMER LEVIN NAFTALIS |
| Telephone: (712) 226-4000 | & FRANKEL LLP |
| lundbergp@goosmannlaw.com | 333 Twin Dolphin Drive, Suite 700 |
|  | Redwood Shores, CA 94065 |
| Dated: April 17, 2024 | Telephone: (650) 752-1700 |
|  | pandre@kramerlevin.com |
|  | lkobialka@kramerlevin.com |
|  | jhannah@kramerlevin.com |
|  | *Counsel for Plaintiff Guntert & Zimmerman Const. Div., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to the following counsel of record.

| | |
|---|---|
| Luke J. McCammon<br>David K. Mroz<br>Sonja W. Sahlsten<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>luke.mccammon@finnegan.com<br>david.mroz@finnegan.com<br>sonja.sahlsten@finnegan.com<br><br>*Counsel for Defendant*<br>*Gomaco Corp.* | Thaddeus E. Cosgrove (#AT0001750)<br>COSGROVE LAW FIRM<br>102 N Main<br>PO Box 50<br>Holstein, IA 51025<br>Telephone: (712) 368-2616<br>cosgrove1@frontiernet.net |

By: */s/ Paul J. Andre*
Paul J. Andre
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752-1700
pandre@kramerlevin.com