# Exhibit 6

# S400



## MULTI-PURPOSE SLIPFORM PAVER
Paving Range: nom. 6.5 - 24.5 ft (2 - 7.5m)
Available with Dowel Bar Inserter (DBI)



Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 2 of 17

# VERSATILE, PRODUCTIVE SLIPFORM PAVER



**SMARTLEG**
The patented SmartLeg system utilizes hydraulic cylinders in lieu of turnbuckles to swing the legs in and out on-the-fly to move around obstructions and speed machine reconfiguration for transport.

**POWER UNIT**
The power unit features a standard 173 hp (125 kW) tier 4i diesel engine that offers incredible operating economy. Optional tier 3 engine available for developing markets.

**JACKING COLUMNS**
With its unique design ensuring precision steering and long life, the high lift jacking column legs precisely control the machine elevation.

**ACCUSTEER**
Allowing unmatched jobsite maneuverability, the AccuSteer system utilizes slew drive technology to steer the machine.

**SPREADER PLOW**
The spreader plow is the most efficient and cost effect method for spreading the concrete in front of the paving kit.

**METERING GATE**
The metering gate strikes off the concrete ahead of the pan and controls concrete head height over the vibrators.

## GUNTERT QUALITY, GREAT VALUE

The G&Z S400 Multi-Purpose Slipform Paver delivers the top performance contractors have come to expect from G&Z, while offering even greater value. The S400 entry-level single/dual-lane concrete paver offers the versatility to economically tackle a wide variety of applications, including: city streets, ramps, shoulders, highways, airports, dual-lane, off-set, zero- or minimum-clearance, barrier walls, and curbs/sidewalk molds.

The S400 does not confuse 'entry-level' with 'entry-quality'. It offers the same Guntert quality that contractors have come to expect as well as field-proven features like TeleEnd, AccuSteer and SmartLeg at an affordable price point. The S400 delivers value to the customer in its versatility, low operating cost and productivity.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 3 of 17

## EGON

G&Z's exclusive Equipment Guidance and Operation Network (EGON) is the most advanced operation and guidance network in the industry while also being the most user friendly. EGON is available with options such as IntelliMatics™ (remote diagnostics) and NoLine stringless integration.

## UNIVERSAL BOLTING PATTERN

The universal bolting pattern on the tractor bolsters and center module allow options and molds to attach easily and securely in different machine configurations.

## FINAL FINISHER

The Final Finisher, light weight magnesium ski, oscillates back and forth across the slab to finish the concrete surface.



## DOUBLE TELESCOPIC TRACTOR FRAME

The double telescopic tractor frame allows the S400 to pave from nom. 6.5 to 17.5 ft (2 to 5.3m). With extensions, the S400 can pave out to 24.5 ft (7.5m).*

## TRAILING FINISHING PAN

The Trailing Finishing Pan with fixed edger pans / sideforms finishes the pavement surface and helps ensure sharp edges.

## PAVING KIT

The paving kit is precision built to produce smooth pavements. The paving kit is available with options such as TeleEnds and Split Guillotine Sideforms.

- ◆ Applications: city streets, ramps, shoulders, highways, airports, dual-lane, off-set, zero- or minimum-clearance, barrier walls and curb/sidewalk molds.
- ◆ Field-proven G&Z exclusive features: TeleEnd, AccuSteer, Variwidth, EGON and SmartLeg.
- ◆ Highly maneuverable with AccuSteer and SmartLeg options which offer on-the-fly swing leg adjustments and rapid reconfiguration.
- ◆ State of the art EGON controls makes operation easy and intuitive while offering powerful add-ons and upgrades.

* The S400 can pave without a DBI out to 19.5 ft (6m) with DBI while utilizing electric vibrators. With hydraulic vibrators, S400 can pave out to 16 ft (5m) with a DBI.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 4 of 17

# NEW HEIGHTS
# OF PRODUCTIVITY

## ACCUSTEER
### SLEW DRIVE TRACK CONTROL




The AccuSteer system offers unparalleled maneuverability and accuracy allowing steering in 90 degree mode in every swing leg position.

## SMARTLEG
### SWING LEG SYSTEM






The SmartLeg system allows contractors to adjust the swing leg angle on-the-fly to maneuver around an obstacle without stopping production.

AccuSteer and SmartLeg systems take paver productivity to the next level. The two systems work in tandem to adjust the swing leg angle on-the-fly while the crawler track automatically steers straight ahead. These two systems rapidly and semi-automatically reconfigure the machine into the transport configuration.

## TECHNOLOGY ONLY AVAILABLE THROUGH G&Z

G&Z is dedicated to designing machines that **Maximize Available Paving Time and Minimize Everything Else**. The S400 is offered with industry proven and requested options only available through G&Z including: AccuSteer, SmartLeg, TeleEnd, VariWidth and more. These optional systems work together to reduce paving kit and tractor width change time, easily maneuver onsite, quickly reconfigure the machine, and transport to dramatically save time.

G&Z is committed to making its customers as productive as possible. G&Z offers a wide range of technologies to help contractors have as many paving days as possible during the season. Listening to contractors' needs and engineering patented solutions makes G&Z equipment: **Contractor Inspired. Guntert Engineered.**

# QUICK AND EASY WIDTH CHANGES

## TELEEND
### TELESCOPIC PAVING KIT END SECTION



▲

Changing widths quickly without affecting pavement smoothness is a significant challenge. With the combination of the TeleEnd and VariWidth systems, changing both the paving kit and tractor widths has never been quicker or easier. With TeleEnd, no need to drop the kit to change width. TeleEnd uses hydraulic cylinders to open and close the end section to add or remove sections of kit. With VariWidth, no need to support the tractor or unbolt extension tube clamping pucks. VariWidth uses cam rollers and hydraulic clamping pucks to accomplish quick and easy tractor width changes.

## VARIWIDTH
### TRACTOR WIDTH CHANGES



▲

The VariWidth system features rollers and hydraulic clamping pucks to easily extend and retract tractor extension tubes without supports.



▲

The TeleEnd: Telescopic Paving Kit End Section offers 3 ft (1m) of quick change kit per side. A 6 ft (2m) width change can be accomplished by one or two people in as little as an hour. Larger TeleEnds available up to 6.5 ft (2m) per side.

◆ Getting around the jobsite with SmartLeg and AccuSteer has never been easier.

◆ Time consuming paver reconfiguration is now easy with EGON's step-by-step semi-automatic programs.

◆ TeleEnds offer incredibly fast width changes without sacrificing Guntert smoothness.

◆ VariWidth can cut tractor width change time from hours to minutes.

# VERSATILITY MADE EASY

### DOUBLE TELESCOPIC TRACTOR FRAME





### UNIVERSAL BOLTING PATTERN



▲

The patented double telescopic tractor frame design allows the widest telescopic range in the industry. The overall width of the S400 tractor when full contracted is <11' (3.35m).

▲

The universal bolting pattern on the side of paver or bolster matches the bolting pattern on the center module of the tractor frame. This bolting pattern allows options such as stringless masts to be mounted per contractor preference as well as offset molds, conveyors, and other attachments to be mounted in a variety of ways to accommodate jobsite conditions.

## SINGLE / DUAL LANE PAVER - WHY CHOOSE?

The G&Z S400 tackles a wide range of paving applications. With its standard telescopic range of nom. 6.5 to 17.5 ft (2 to 5.3m), the S400 allows contractors to pave most single-lane applications without the need for tractor frame bolt-on extensions. With optional extensions, the S400 paves out to 24.5 ft (7.5m), giving contractors a combination single and dual-lane slipform paver to increase machine utilization.

Designed around a multi-purpose tractor frame boasting a universal bolting pattern, contractors can easily take advantage of this design feature to mount barrier molds, offset kit hangers, conveyors and other attachments, allowing the contractor to pave multiple applications without major machine reconfiguration.

# LOWEST OPERATING COST

### TIER 4 ENGINE WITH ECO-MODE



The tier 4i 173 hp (125 kW) diesel engine offers superior fuel economy. A tier 3 engine is available.

### SPREADER PLOW



The S400 has been designed to be an economical machine from the ground up.

The powerful spreader plow spreads more concrete, faster and more economically than an auger, and it is easier to change width.

## SMARTLY ECONOMICAL

The G&Z S400 optimizes a contractor's fleet while keeping options and maintenance costs low. Many of its options and attachments are compatible with larger G&Z slipform paver models, including: the paving kit, tie bar inserters, trailing finishing pan, final finisher, etc. This allows contractors to expand their fleet with a lower capital expenditure.

The S400's Tier 4i diesel engine offers low fuel consumption, does not require a particulate filter like other Tier 4 engines and offers extended service intervals. Its "Eco-Mode" feature reduces fuel consumption by up to 35%, significantly lowering long-term operating costs. Its economical spreader plow dramatically reduces maintenance costs versus a spreader auger design.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 8 of 17

# STATE OF THE ART
# EASY OPERATION

## EGON: EQUIPMENT GUIDANCE & OPERATION NETWORK







▲

EGON semi-automatically reconfigures the paver into 90 degree, counter-rotation, and transport mode saving time and money.

EGON is a Next Generation Operator Control System that incorporates user friendly features, a modular state of the art network of controllers, extensive onboard and remote monitoring options, and diagnostic capability to allow superior ease of use and troubleshooting. It has never been easier to operate, reconfigure, diagnose, and manage a piece of concrete paving equipment.

▲

## INTEGRATED, EASY TO USE CONTROLS

What's the use of great features and options without easily operable controls? G&Z's Equipment Guidance and Operation Network (EGON) makes operating a piece of G&Z equipment easy and intuitive. Also, EGON boasts great add-ons like IntelliMatics™ and stringless integration.

As new technologies come available, integration and operation should not be difficult and time consuming. EGON makes integration and operation simple and 'plug and play' to make the latest advancements available to all customers.

# CONNECTED TO THE WORLD

## EGON INTELLIMATICS™



▲
EGON IntelliMatics™ is a powerful remote diagnostics/monitoring system. The G&Z software engineering team has designed a web based remote user interface to allow maximum connectivity anywhere in the world. Some of these capabilities include: the ability to download program updates, input and output monitoring, remote troubleshooting to reduce service visits, error codes emailed to the customer and G&Z in real-time, connectivity via WiFi or GSM, GPS technology to monitor location, data logging, maintenance reminders, remote setting changes, etc.

## BELLY PACK



▲
EGON Belly Pack console provides great flexibility to the operator.

## NOLINE



▲
NoLine is comprised of an EGON software upgrade and a hardware kit. EGON NoLine Software Upgrade integrates the use of third-party stringless technology directly into the machine's CANBus network.

## LATEST TECHNOLOGY

- ◆ EGON IntelliMatics™ offers remote machine system monitoring for the contractor as well as troubleshooting with G&Z service personnel.

- ◆ EGON NoLine integrates third-party stringless system directly into the paver control system.

- ◆ Easy setup and operation makes G&Z equipment a great fit for any contractor.

- ◆ EGON's semi-automatic machine reconfiguration routines saves time and money.

- ◆ 90 Degree Steering reduces hand pours and makes jobsite maneuvering easy and safe.

- ◆ EGON is modular reducing spare parts and maximizing uptime.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 10 of 17

# UNMATCHED SMOOTHNESS

### TRAILING FINISHING PAN





As an option, the S400 can be fitted with G&Z's proven Trailing Finishing Pan (TFP). The TFP provides a proven method of finishing the pavement surface and edges.

### SPLIT GUILLOTINE SIDEFORMS





As an option, Split Guillotine Sideforms hydraulically adjust the front and rear portions of the sideform independently. The rear portion can be winged out to clear and back over a previously poured slab and allows for easy cleaning. The hydraulic open / close cylinders are powerful enough to close against plastic concrete.

### PAVING KIT





G&Z's Paving Kit includes a deep section frame that is rigid enough to easily span the S400 design width and achieve excellent smoothness results on projects with strict smoothness requirements. It can be provided with a crown section. The Paving Kit design requires fewer bolts per section allowing for rapid paving width changes. The Paving Kit can be mounted in multiple locations under the S400 Tractor and can be quickly and easily mounted or removed from the tractor.

### HELPING MAKE SMOOTH PAVEMENTS

Great smoothness has been a hallmark of G&Z equipment from the beginning. G&Z takes seriously its design, manufacturing, and assembly processes to ensure quality equipment equals quality smoothness for its customers. From machined surfaces on the paving kit to great options like the TeleEnd and Trailing Finishing Pan, G&Z is working hard to help achieve the smoothest pavements in every market while keeping contractors productive.

◆ Deep section, precisely manufactured paving kit sections help achieve smooth, uniform pavements.

◆ Split Guillotine Sideforms save time at the start of each paving day.

◆ Optional TFP, Oscillating Correcting Beam (OCB) and Final Finisher are available to ensure great surfaces on every jobsite.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 11 of 17

# DOWEL BAR INSERTER

### BOLSTER EXTENSIONS



▲
The bolster extensions allow the S400 to continue to utilize its swing legs and maintain a narrow overall width for tight track line situations.

### LOADING STANDS



▲
With the use of the DBI Loading stands, the DBI can be loaded without the use of a crane.

▲
G&Z's DBI is field proven and highly accurate. Its modular design makes it easy to change width and transport.

## TOP OF THE LINE DBI

G&Z pioneered Dowel Bar Inserter (DBI) technology starting the late 1970s. Since then, G&Z has been the leader in DBI technology by continuously improving its state of the art DBI based on extensive field experience. This leadership edge ensures G&Z DBI users the highest productivity, mobility, ease of width change, reliability, user friendliness, smoothest rides and best dowel bar accuracy possible.

The S400 can pave with a DBI out to 19.5 ft (6m) with DBI while utilizing electric vibrators. With hydraulic vibrators, S400 can pave out to 16 ft (5m) with a DBI.

The G&Z DBI Trailing Sideforms confine the slab during the insertion process to maintain edge and slab quality. The bar retaining mechanism is adjustable to accommodate different bar sizes.

Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 12 of 17

# S400 SPECIFICATIONS

| | |
|---|---|
| **APPLICATIONS** | Ramps and Interchange Lanes    Mainline Highway Paving<br>City and Municipal Streets    Airport Runways, Taxiways and Aprons<br>Concrete Overlays and Inlays    Barrier Wall, Curb and Gutter<br>Shoulders, Walking and Biking Paths    Canal and Reservoir Lining<br>County Roads and Other Secondary Roads |
| **MAXIMUM PAVING WIDTH** | 24'-6" (7.5m) without DBI |
| **MINIMUM PAVING WIDTH** | nom. 6'-6" (2m) |
| **TRACTOR TELESCOPIC CAPABILITY** | non. 6.5' (2m) to 17'-6" (5.3m) without bolt-in extensions |
| **REQUIRED TRACK PATH** | 1'-5 3/4" (451mm) |
| **APPROX. OPERATING WEIGHT BASIC MACHINE 16' (5M)** | 48,000 lbs. (21,719kg) |
| **ENGINE** | 4.5L Four Cylinder Diesel Engine<br>US Federal Tier4I/European Stage IIIB<br>Intermittent Horsepower @ 2200 RPM: 173hp (125 kW)<br>–<br>6.7L Six Cylinder<br>US Federal Tier 3/European Stage IIIA<br>Intermittent Horsepower @ 2200 RPM: 175hp (129 kW) |
| **DIESEL FUEL TANK** | 100 U.S. Gallons (378 L) |
| **HYDRAULIC TANK** | 190 U.S. Gallons (718 L) |
| **WATER TANK** | 200 U.S. Gallons (756 L) Polyurethane |
| **CONCRETE POKER VIBRATORS** | Hydraulic or Electric |
| **CRAWLER TRACK DRIVE** | Working Speed (approx.): 0 - 18 fpm (0 – 5.4 Mpm)<br>Travel Speed (approx.): 0 - 85 fpm (0 – 26 Mpm) |



21'-7" (6.6m) + Paving Width

# S400 OPTIONS

- ◆ Concrete Tamper Bar
- ◆ Concrete Metering Gate / Strike-off
- ◆ Side Tie Bar Inserter for either straight, bent or partial (3-part) deformed steel bars
- ◆ TeleEnd: Telescopic Paving Kit End Section
- ◆ Water Spray Bar for burlap drag.
- ◆ Multi-stage, telescopic front access walkway with hand railing
- ◆ Computerized Crowning/Transition Control System
- ◆ "Narrow Profile Paving" (NPP) Kit
- ◆ Special Side Dowel Bar Inserters for Airport Work.
- ◆ Patented Triple Cross Slope Control System for single stringline reference and Anti-Torsion Control
- ◆ Increase high pressure water pump pressure from 2000 to 3000 psi (13.8 to 20.9 Mpa)
- ◆ Split Guillotine Sideforms
- ◆ Computerized vibrator monitoring system
- ◆ Offset Paving Kit: Up to 12' (3657mm).
- ◆ Variable Width Offset Paving Kit 5' to 12' (1.5m to 3.65m)
- ◆ Barrier wall and curb and gutter profile molds and mounts complete with conveyor with supports
- ◆ 24VDC Night Lighting System with 4 ea. LED Lamps
- ◆ Balloon lights with hydraulic motor driven, high frequency generator
- ◆ Bolt-on Sideform extension for Airport Slabs thicker than 18" (457mm)
- ◆ NoLine Stringless Prep Kit: 3D Control System software upgrade with prism masts and computer mount



# FULL LINE OF SLIPFORM PAVING EQUIPMENT

## CONCRETE SLIPFORM PAVERS






**S400**
6.5' - 24.5' (2 - 7.5m)

**S600**
8' - 31' (2.5 - 9.5m)

**S850** (QB OR SL)
12' - 42.5' (3.5 - 13m)

**S1500**
18' - 52.5' (5.5 - 16m)

## CONCRETE SLIPFORM PAVING SUPPORT EQUIPMENT






**DBI**
Dowel Bar Inserter

**MP550**
Material Placer

**PS1200** PLACER SPREADER
18' - 41' (5.5 - 12.5m)

**TC1500** TEXTURE CURE MACHINE
12' - 56' (3.5 - 17m)

## WORLD CLASS EQUIPMENT WITHOUT EQUAL

G&Z's Slipform Paving Equipment are the most trusted machines in the business. In 1956, G&Z pioneered and introduced the first concrete highway and airport slipform paver mounted on crawler tracks with automatic line and grade control. Today, G&Z offers a wide range of concrete slipform paver models along with other support equipment, such as mechanical Dowel Bar Inserters, Placer Spreaders, Placers and Texture Cure Machines to suit your present and anticipated future needs.

G&Z equipment designs are based on more 70 years of experience. G&Z paving equipment is built to last under the rigors of job site use, transport, and configuration changes. Unique productivity features are incorporated in the machine design to reduce the time required to transport, maneuver, and change paving widths without sacrificing the performance advantages contractors have come to expect from G&Z equipment.

# EXCELLENCE IN EVERY EQUIPMENT LINE

## CANAL LINING EQUIPMENT



Guntert & Zimmerman pioneered the use of mechanized and automated canal construction machinery starting in 1947. Through the years, G&Z's canal equipment has proven itself to be highly durable and reliable. In regions of the world that rely heavily on irrigation such as the western United States, Spain and South Africa, G&Z equipment has been used to construct more than 80% of the existing concrete lined canals.

## EAGLE TRENCHERS



Guntert & Zimmerman is committed to manufacturing high quality bucket wheel trenchers to increase your productivity, lower your operating costs, and insure ease of operation. Eagle Trenchers are an excellent choice for a wide variety of high production trenching applications, such as foundations, utilities, irrigation and fiber optic installations. Eagle Trenchers are built rugged enough for your toughest jobs.

## SERVICE DEPARTMENT



G&Z service techs not only hold intimate knowledge of the equipment but also of the concrete paving, trenching and canal construction processes. The service department is reachable 24/7 by phone and e-mail. We assist not only in commissioning, training and teaching the best maintenance practices of G&Z equipment, but also consulting in the areas of concrete mix design analysis and construction techniques. Our goal is to see your equipment perform above and beyond any specifications or expectations.

**Guntert & Zimmerman Const. Div., Inc.**
222 E. Fourth St.   Ripon, CA 95366   U.S.A.
Phone  +1 209-599-0066   Fax  +1 209-599-2021
Toll Free 800-733-2912 (USA / Canada)
Email: gz@guntert.com    Web: www.guntert.com



Manufactured under one or more of the following U.S. or Foreign Patents: 4,433,936; 4,483,584; 0051885; 6,390,727; 6,390,726; 6,176,643B1; 5,135.333 and 117323 and Patents Pending.  Some items shown may be optional.  G&Z reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes.
Brochure No. 400P127



Case 5:20-cv-04007-CJW-KEM   Document 112-3   Filed 04/17/24   Page 17 of 17