# Exhibit 9



# GP3
## Intelligent Slipform Paver





*The Worldwide Leader in Concrete Paving Technology*

Case 5:20-cv-04007-CJW-KEM   Document 112-6   Filed 04/17/24   Page 2 of 13

# GP3 Slipform Paver

**The GOMACO GP3 is designed for paving up to 30 feet (9.14 m) wide and to accommodate multiple width changes.**

- The GP3 is available as a two-track or four-track slipform paver.

- GOMACO's GP3 features a roller frame with dual-telescoping capabilities of up to seven feet (2.13 m) on each side of the paver, for a total of 14 feet (4.27 m) of automatic frame widening.

- The smart cylinders on the GP3 provide the width reference to the G+ controller and uses that information for steering setup and individual track speed control through radii.

- The GP3's smart leg positioning includes rotary-sensored slew drives on the pivot arms of each of the paver's four legs. The smart pivots on the legs provide the G+ control system with information on the angle of rotation and work together with the track rotation sensors to maintain the tracks in the straight-ahead line for steering.

- Rotary-sensored slew drives are also located on each of the slipform paver's four tracks for the ultimate in smart steering technology and extreme steering with the tracks having the ability to rotate farther than ever before.

- The GOMACO GP3 easily turns radii with smart leg positioning and smart track rotation.

- The GP3 slipform paver has been designed for easy transport. The paver can be switched to the transport mode by simply driving the legs around to the transport position. The operator can take this paver to the transport mode in minutes without assistance.

- The slipform paver was designed to be easy to operate with the G+ control system. G+ allows quiet running technology and also load-sensed hydraulics for maximum paving performance and optimized fuel efficiency.

- G+ Connect™ allows all the smart accessories and guidance system for the GOMACO paver to be easily interfaced.

- GOMACO Remote Diagnostics (GRD) is so much more than telematics, giving owners the visibility of how, when, and where their equipment is being used.

- Load-sensed hydraulics for maximum performance and optimized for fuel efficiency.

- New hose and cable management features for hydraulic hose routing and frame cable organization.

- Retractable console to reduce shipping width.

- T-beam mounting rail incorporated into the telescoping frame.

- Isolated operator's platform for operator comfort.

- Easy access to operator's platform from both sides and rear of the GP3.



This GOMACO GP3 is equipped with a 5400 series paving mold and is slipforming a 22 foot (6.7 m) wide section of an interstate project. Minimum clearance is facilitated using 3D machine guidance.



The 5400 series bar inserter is front or rear loading and front inserting for ease of use. It mounts to the mold's T-bar and allows on-the-go crown changes, while maintaining a constant depth. The bar box is mounted to the placer rear feeder and front rails for ease of access and loading of the bar magazine.

2

Case 5:20-cv-04007-CJW-KEM   Document 122-6   Filed 04/17/24   Page 3 of 13

## Transport Mode

The GP3 slipform paver is designed for easy transport. The operator can take this paver to the transport mode in minutes without assistance. The paver can be switched to the transport mode by simply driving the legs around to the transport position. After the legs are in the transport position, G+ travel is switched to "Transport" for complete control. A retractable, sliding console reduces the shipping width of the machine.





## Smart Frame Widening

G+ knows the width of its dual-telescoping frame. Changing the width of the mainframe is accomplished with the Smart Cylinders and GOMACO roller frame. The GP3 can telescope up to seven feet (2.13 m) on each side of the frame for a total of 14 feet (4.27 m) of automatic frame widening.

The smart width provides easy, accurate width change setup and also a reference for G+ to control proper steering and track speeds while turning a radius at varying widths of the paver.

## Smart Leg Positioning

Pivot arms for the paver legs feature rotary-sensored slew drives. These smart pivots provide the G+ controls with information on the angle of rotation, which coupled with the track rotation sensors, maintain the tracks in the straight-ahead line for steering, even when the leg pivot is at any angle.

## Smart Track Steering

Track steering and rotation is accomplished with rotary-sensored slew drives. This smart track rotation provides the G+ controls with exact track location and position. Extreme steering is now possible with the tracks having the ability to steer farther than ever before.

Smart leg pivoting and smart track rotation now lets the G+ system automatically control the direction and speed of each individual track as it travels through a radius.



## GOMACO's Selective Steer Controls

**Auto Steer Modes** — Stringline, 3D
**Coordinated Steer**
**Crab Steer**
**Front Steer**
**Rear Steer**
**Counter-Rotation** — 360°, Four-Track

Case 5:20-cv-04007-CJW-KEM   Document 112-6   Filed 04/17/24   Page 4 of 13

# G+® Controls – Designed For Concrete Paving

***It is now the technology that pulls everything together…***
***G+ is the center that Connects all of the resources.***

Once you experience G+ controls, you won't be satisfied with anything else. It's a control system that is both easy to learn and easy to operate. G+ expresses itself in easy to understand international icons and full script explanations. It operates in all the major languages of the world and in the imperial or the metric system. It has a lightning-fast processing speed and features two-way communications between the accessories and G+. Its instant digital feedback combined with the tight closed-loop electronic and hydraulic control creates a G+ experience that is smooth, efficient, and accurate. There is nothing on the market that can compare, because G+ is a proprietary system that was designed by our in-house control experts incorporating what we have learned from decades of experience in the field, and from what we have learned from you, our customer.
- Machine operation is simple.
- Machine response is fast.
- Troubleshooting is pinpointed, quick, and easy.
- Fault history available.

A flat-panel 6.5 inch (165 mm) anti-glare display screen is provided with sensor-controlled backlight levels for superior visibility in all operating conditions. The screen is rugged and shock resistant in its construction to protect against dust, moisture, and rain. G+ provides a full color display on the control panel to illustrate the various aspects of the paver for set up and operation. A "run" screen on the control panel illustrates the various aspects of the paver. It includes leg position, paving speed and percentage of drive, steering, travel information, grade information, deviation meters, and more. Newly designed icons and color graphics make it easy to understand and easy to identify the targeted functions. G+ receives a track speed reading from pulse pickups in the track motors to give you real time feet (meters) per minute and total linear footage (meters). G+ controls feature a detailed fault history with the time stamp, date, and information to track when each fault occurred. GOMACO's G+ control system has been proven around the world.



The GOMACO GP3 is equipped with G+ controls and is slipforming a 25 foot (7.62 m) wide road with an integral curb on one side. The GP3 is also equipped with a 5400 series 5400340007-C JWeKEM), and is pouring left-12 6 sections Filed 04/17/24s. Page 5 of 13

# Sensored Leg Pivots and Track Rotation



Sensored steer feedback with sensored leg pivots provide continuous reference for the straight-ahead track positioning.

**Transverse Mode**



Full-steer tracks are turned perpendicular to the straight-ahead line. The G+® control system recognizes the track positioning and provides automatic steering control in the transverse mode.

**Transport Mode**



9.2 ft. (2.8 m) Minimum Transport Width

33.3 ft. (10.15 m) Minimum Transport Length

Full-steer tracks and hydraulic rotational sensored pivot arms allow the legs to be driven to the transport position. Track direction of travel and steering control is automatic with the G+ control system.



12.1 ft. (3.69 m) Operational Height With a 10 in. (254 mm) Slab

21.7 ft. (6.61 m) Operational Length

## GOMACO's 3100 and 5000 Open-Front Mold

(1) The **spreader/auger** on the 3100 series open-front mold is a 14 inch (356 mm) auger with maximum speed of 33 rpm @ 12 gpm (45 Lpm) flow. The spreader/auger on the 5000 series open-front mold has a 16 inch (406 mm) auger and maximum speed of 28 rpm @ 12 gpm (45 Lpm) flow.

(2) **Vibration** is provided to the throat area of the mold for consolidation of concrete. The vibrators, with an automatic on/off control, activated with machine movement, are hydraulically powered with variable speeds up to 10,500 vpm. The vibrator positioning is hydraulically controlled for ease in start-up and finish.

(3) The GOMACO **tamper bar** system tamps down the aggregate level with the surface of the pan. The tamper bar is hydraulically powered with an automatic on/off control, activated with machine movement.

(4) The **finishing pan** serves to level the concrete. The 3100 series mold and stainless from front to back is 48 inches (1219 mm). The 5000 series mold and stainless is 60 inches (1524 mm) from front to back.

(5) Adjustable **stainless steel** is excluded on the GOMACO system.

2) Vibrator  3) Tamper Bar  5) Stainless
1) Spreader/Auger  4) Finishing Pan

Case 5:20-cv-04007-CJW-KEM   Document 112-6   Filed 04/17/24   Page 6 of 13

# Optional 5400 Series Paving Mold

- Box design with durable 0.5 inch (13 mm) thick paving skin.
- Vertically-adjustable mold mount for precise leveling of mold to machine.
- Telescoping end sections with 24 inches (610 mm) of width variation on each side are optional.
- Edge slump adjustment.
- Hydraulic Vertical Hinged Sideplates, self-contained inside the mold.
- Split, pressure-compensated sideplates.
- Folding sideplate wings for transporting without removing.
- Pivoting mold mounting beam to eliminate stress points, created by crowning the mold.
- Self-supported TA is hydraulically driven with 3.5 inch (89 mm) ACME screws for up to a six inch (152 mm) crown.
- Front and rear top T-bar on mold for attaching accessories and structural integrity.
- Inserts are bolted together with front and rear alignment pins for easy mold assembly.
- Vibrator mounting tube attaches to T-bar on mold.
    – Vertical vibrator lift.
    – Rear lubrication system with grease zerks accessible from the work bridge.
- Tamper bar optional.
- Trailing stainless optional.



The box design of the 5400 series mold has a 54 inch (1372 mm) finishing length front to back and is equipped with a durable 0.5 inch (13 mm) thick paving skin that is welded to the mold to increase the structural integrity.



This 5400 Series paving mold is equipped with two telescoping end sections, and has two 36 inch (914 mm) and two 24 inch (610 mm) mold sections. The 5400 series paving mold also features edge slump adjustment and a self-supported TA. 5400 series paving molds can also be equipped with one or more bar inserters. The mold above is equipped with a center-mounted 5400 series bar inserter.



**Telescoping End Sections are optional** -
Inserts are available in quarter-inch (6 mm), half-inch (13 mm), three inch (76 mm), or six inch (152 mm) increments. This drawing shows a six inch (152 mm) insert for the telescoping end section.

**Telescoping Mold Sections are optional** -
Two options are available for the telescoping mold section. One option is a five to eight foot (1.5 - 2.44 m) section, and the other option is six to ten foot (1.83 - 3 m).



The end section can be telescoped from five to seven feet (1.52 to 2.13 m).



A six inch (152 m) insert is lifted and hooked into place after the end section telescopes out.



These telescoping mold inserts are shown in two foot (0.61 m) and six inch (152 mm) sections.



The telescoping mold section is designed with a structural integrity that is unmatched in the industry.



This GP3 is equipped with an auger to evenly spread the placed concrete 16.4 feet (5 m) wide to slipform a flat slab. This GP3 in Switzerland is equipped with GOMACO Remote Diagnostics (GRD), which is capable of updating the software without GOMACO personnel ever leaving Ida Grove, Iowa.



The GOMACO GP3 can be equipped as a two-track paver that still has all of the same telescoping frame capabilities as the four-track paver.

The GP3 features the GOMACO roller frame and dual-telescoping capabilities for accurate frame widening. The GP3 has telescoping capabilities up to seven feet (2.13 m) on each side.



Case 5:20-cv-04007-CJW-KEM   Document 112-6   Filed 04/17/24   Page 8 of 13

# Two-Track GP3



- Each leg has 36 in. (914 mm) hydraulic height adjustment and manual height adjustment up to 11.75 in. (298 mm) for a total height adjustment of 47.75 in. (1212 mm).
- Isolated operator's platform for operator comfort.
- Multi-positioning pivoting ladder allows variable degrees of angle for safety and ease in climbing and access to the operator's platform. For minimum-clearance paving conditions, the ladder can be vertically positioned tight to the machine.
- GOMACO's exclusive G+ control system. Retractable console to reduce shipping width.
- Split, pressure-compensated sideplates.

GP3, two-track, slipform paver from above.

11.6 ft. (3.54 m)
12.1 ft. (3.68 m)
16.5 ft. (5.03 m)

10.2 ft. (3.11 m) Minimum Transport Height Without a 5000 Series Mold
10.6 ft. (3.23 m) Minimum Transport Height With a 5000 Series Mold

24 ft. (7.32 m)
15.75 in. (400 mm)
31.7 ft. (9.66 m)

# Four-Track GP3



- Each leg has 42 in. (1067 mm) hydraulic height adjustment and manual height adjustment up to 36 in. (914 mm) for a total height adjustment of 78 in. (1981 mm).

- Vibrator modules are positioned across the front of the platform for ease in operational visibility and accessibility.

- Revolutionary cooling package module incorporates variable speed fan(s) for noise reduction and added cooling capacity.

- Power unit designed for quiet and efficient operation.

- T-beam mounting rail incorporated into the telescoping frame.

- GOMACO roller frame with Smart Cylinders for dual-telescoping capabilities.

- Smart Telescoping for accurate frame widening and automatic width reference for steering setup.

- Smart Pivot Arms for the paver legs feature rotary-sensored slew drives.

- Extreme Steering capabilities with rotary-sensored slew drives, GOMACO selective steer, and G+ controls.

21.7 ft. (6.61 m) Operational Length

12.1 ft. (3.69 m) Operational Height With a 10 in. (254 mm) Slab

Shown with a 24 ft. (7.32 m) 5000 Series Mold

10.3 ft. (3.14 m) Minimum Transport Height Without Mold

10.6 ft. (3.23 m) Minimum Transport Height With a 5000 Series Mold

18.1 in. (459 mm)

24 ft. (7.32 m)

11.8 in. (300 mm)

29.7 ft. (9.05 m)

33.9 in. (861 mm)

33.5 ft. (10.21 m)

Case 5:20-cv-04007-GJW-KEM   Document 112-6   Filed 04/17/24   Page 10 of 13



This GOMACO GP3, four-track, slipforms a 12 foot (3.66 m) wide truck apron with eight inch (203 mm) curb, inside of a roundabout.



The four-track GP3 slipforms variable barrier with the mold sidemounted on the paver and the conveyor mounted on the endcar.



This GOMACO GP3 is turned into transport mode as it slipforms a 12 foot (3.66 m) portion of interstate with the mold sidemounted on the machine for minimum clearance to the outside.

Case 5:20-cv-04007-CJW-KEM   Document 112-6   Filed 04/17/24   Page 11 of 13

# GP3 Specifications

**ENGINE**
Consult for options available.

**SERVICE CAPACITIES**
**Fuel reservoir:** 160 gal. (605.7 L).
**Oil reservoir:** 230 gal. (870.6 L).

**AUTOMATED CONTROL SYSTEM**
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system features self-diagnostics for grade and steering and smart steer controls for paving accuracy and ease in operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow operator to monitor control signals for machine guidance on stringline or 3D.

**TELESCOPING FRAME**
**Telescoping:** 16 in. (406 mm) deep modular roller frame telescopes up to 7 ft. (2.13 m) on both sides for a total of 14 ft. (4.27 m) of telescoping capability.
**Paving widths:** 12 ft. (3.66 m) to 26 ft. (7.92 m) optional to 30 ft. (9.14 m) with additional frame inserts.

**WATER SYSTEM**
**High-pressure water system:** Two 100 gal. (378.5 L) tanks. High-pressure with trigger gun control and adjustable pressure unloader for up to 2000 psi.
**Option:** Two 100 gal. (378.5 L) tanks with hoses, nozzles, and 14.5 cfm (.41 cmm) air compressor for pressurized spray system.

**VIBRATORS**
**Type:** Hydraulic motor-in-head powering an eccentric weight.
**Quantity:** 16 vibrators and 20 vibrator circuits are standard.

**AUGER SYSTEM**
**Type:** Electronic-over-hydraulic circuitry. Reversible, hydraulically-powered split auger.

**TAMPER SYSTEM**
**Type:** Electronic-over-hydraulic circuitry. Hydraulically-powered split vertical tamping system.
**Tamper speed:** Adjustable up to 120 strokes per minute.

**SLIPFORM MOLD**
One right-hand drive section, one left-hand drive section, and one center insert with power transition adjuster (PTA) section. Balance of inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

**International mold:** One right-hand drive section, one left-hand drive section, and one power transition adjuster (PTA) section. Balance of metric inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

**TWO-TRACK SYSTEM**
**Type:** Two hydraulically powered, gear-driven crawler tracks.
**Overall track length:** Series 6 tracks, 12 ft. (3.66 m) includes track fender.
**Track pad width:** 15.75 in. (400 mm).
**Track speed:** Variable up to 28 fpm (8.53 mpm) paving and 85 fpm (25.9 mpm) auxiliary.
**Ground pressure:** 22 psi based on 77,000 lb. (34,927 kg) machine with mold and weight evenly distributed.
**Leg height adjustment:** Each leg has 36 in. (914 mm) hydraulic height adjustment and manual height adjustment up to 11.75 in. (298 mm) for a total height adjustment of 47.75 in. (1212 mm).

**FOUR-TRACK SYSTEM**
**Type:** Four gear-driven.
**Overall track length:** Series 2 track, 6.3 ft. (1.92 m) includes track fender.
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** Variable up to 42 fpm (12.8 mpm) paving and 110 fpm (33.53 mpm) auxiliary.
**Ground pressure:** 37 psi based on 80,000 lb. (36,287 kg) machine with mold and weight evenly distributed.
**Leg height adjustment:** 42 in. (1067 mm) hydraulic adjustment and manual adjustment up to 36 in. (914 mm) for a total height adjustment of 78 in. (1981 mm).

**DIMENSIONS**
Operational with 24 ft. (7.32 m) 5000 series open-front mold, transport without mold.
Two-Track
  **Operational length:** 16.5 ft. (5.03 m).
  **Operational width:** 31.7 ft. (9.66 m).
  **Operational height:** 11.6 ft. (3.54 m).
  **Minimum transport length:** 20.1 ft. (6.13 m).
  **Minimum transport width:** 12.1 ft. (3.69 m).
  **Minimum transport height without mold:** 10.2 ft. (3.11 m).
Four-Track
  **Operational length:** 21.7 ft. (6.61 m).
  **Operational width:** 32.2 ft. (9.81 m).
  **Operational height:** 12.1 ft. (3.69 m) with 10 in. (254 mm) slab.
  **Minimum transport length:** 33.3 ft. (10.15 m).
  **Minimum transport width:** 9.2 ft. (2.8 m).
  **Minimum transport height:** 10.3 ft. (3.14 m).

**WEIGHTS** (approximate)
**Two-Track transport weight:** 52,000 lbs. (23,587 kg) without mold.
**Two-Track operational weight:** 77,000 lbs. (34,927 kg) with 24 ft. (7.32 m) 5000 series open-front mold.
**Four-Track transport weight:** 57,000 lbs. (25,855 kg) without mold.
**Four-Track operational weight:** 80,000 lbs. (36,287 kg) with 24 ft. (7.32 m) 5000 series open-front mold.
**Note:** Transport and operational weights and dimensions are variable, depending on the number of machine options.

**ATTACHMENTS/OPTIONS**
5000 series mold.
5400 series mold.
VHS, vertical hinged sideplates.
Auto-Float® attachment.
Computer-controlled power transition adjuster (PTA).
Ratchet-style edge slump.
Frame extensions.
GOMACO Smoothness Indicator (GSI®).
Sideplate extensions for bar insertion.
Manual bar inserter.
Air bar inserter.
Hydraulic bar inserter.
Bolt-on keyway attachments.
Spreader plow.
5400 series tie bar inserter.
GOMACO Remote Diagnostics (GRD).
On-board camera.

Other options are available to customize the machine to accommodate applications and customer needs.



The GOMACO GP3 slipforms a scab-on lane over continuous steel during a night pour on an interstate project. A GOMACO RTP-500 places the concrete in front of the GP3.



The GP3 slipforms a roadway that is 16.4 feet (5 m) wide. The GOMACO GP3 features an isolated operator's platform for optimum operator comfort. There is also easy access to the operator's platform from both sides of the machine.

Cover Photo: HW-051606-D14
Manufactured under one or more of the following U.S. or foreign patents:
5,924,817; 5,941,659; 6,099,204; 6,450,048; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; CA2,864,902; CA2,591,177; 8,855,967; 8,682,622; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195, 9,624,626; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,982,399; 9,963,836; 10,005,489; and patents pending.

GOMACO, Auto-Float, GOMACO Smoothness Indicator (GSI), and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2018 (7 GOMACO Corp.)

## -- DESIGNED FOR SAFETY --

The GP3 is carefully designed to give years of dependable and safe service. The emergency stop buttons are on the operator's console and on the corners of the machine, which are easily accessible from the ground level. The machine is equipped with a backup alarm, which is designed to alert personnel around the machine when the tracks are set to operate in reverse. Other safety features include track guards, warning decals, operator horn, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator with excellent visibility over the entire paving operation.



*The Worldwide Leader in Concrete Paving Technology*

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: +44 (0) 1993 705100
E-mail: pavinguk@gomaco.com

 GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar. 

Quality Policy: We Shall Meet Or Exceed Our Customers' Expectations.