# Exhibit 11




The GP-2400, four-track, paves a 6.5 foot (2 m) wide by 10 inch (254 mm) thick shoulder with a sidemounted mold.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 3 of 13

# GOMACO GP-2400

- Two-track or four-track slipform paver.

- Simple to operate with the new GOMACO designed G+® control system.

- Range of paving widths up to 16.5 feet (5 m) with the standard telescoping frame. Widths up to 24 feet (7.5 m) with frame inserts.

- T-beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Ultimate operator visibility.

- Powered by a 174.5 hp (129.5 kW) Caterpillar® diesel engine.

- Travel speed up to 105 feet per minute (32 mpm) on the two-track paver and up to 96 feet per minute (29 mpm) for the four-track paver for fast job-site mobility.

- Designed for minimum machine transport width for faster, easier, cost effective job-to-job mobility.

- 3100 series open-front mold.

- Right-side or left-side barrier with four-track paver.


The GP-2400 was designed for transportability between job sites.


A GP-2400, four-track, paves a new access road for an airport.


The GP-2400 with the 3100 series mold with adjustable stainless steel provides the GOMACO finish.



## GP-2400 Pours Safety Barrier With or Against Traffic

The versatile design of the GP-2400 four-track paver allows it to be a unique barrier machine capable of slipforming with or against traffic. Barrier paving is accomplished by swinging the paver's four legs to the outboard or transport position. The G+ control system on the GP-2400 has the ability to pave in Normal, Transport Mode Right, or Transport Mode Left. A 24 inch (610 mm) wide conveyor attaches to mountings on the front of the machine for concrete delivery and can be positioned accordingly.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 4 of 13

# Two-Track GP-2400





G+® control panel for a two-track system



Two-Track Front View




Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 5 of 13

# Two-Track GP-2400



3100 series open-front mold, vibrators, and a 14 inch (356 mm) diameter auger and adjustable stainless to provide the superior GOMACO finish.

Emergency stop buttons are located on strategic areas of the machine.

GOMACO's exclusive G+ control system.

U-shaped platform designed with the operator in mind provides easy access, a skid resistant surface, and ultimate operator visibility.

18 vibrator circuit controls located directly above the vibrators. The controls are within easy reach for the operator.

Frame has 6.5 foot (2 m) telescoping on left side.

Track guards provide added safety.

Hydraulic leg height adjustment of 36 inches (914 mm).

Hydraulic vibrators synchronized with machine movement.

Two 100 gallon (378.5 L) water tanks. High-pressure water system for clean-up.

Hydraulically powered, split vertical tamping system.

Reversible 14 inch (356 mm) diameter split auger.

Aluminum work bridge.

T-beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

Hydraulic pressure-compensated sideplates with up to 19 inches (483 mm) of adjustment.

Track circuits provide up to 35 fpm (11 mpm) operating speed and 105 fpm (32 mpm) for job-site mobility.

Vibrator lift.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 6 of 13

# G+® Controls — Positively Simple!

## GOMACO's Exclusive Proprietary Software And Control System

The GP-2400 features the exclusive GOMACO G+ control system with self-diagnostics for grade and steering. It is able to operate in multiple languages, by customer choice, and offers metric or imperial measurements. The G+ control system has been designed in-house by GOMACO's control experts. It features new and easy-to-operate hardware with steering and travel dials. The elevation jog buttons, located to the left of the display screen, are used to manually change the elevation of the leg when the control loop is set to manual mode. The steering jog buttons, located above the display screen, are used to manually change the steer direction of the leg when the control loop is in the manual mode. A full color display on the control panel illustrates the various aspects of the paver for set up and operation.

**G+ control panel for a four-track system**



Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 7 of 13

6


A GP-2400, two-track, paves a 16.4 foot (5 m) wide, eight inch (203 mm) thick slab for a parking lot.


A GOMACO 9500 is placing the concrete over longitudinal steel for the GP-2400 to slipform a scab-on shoulder.


The GP-2400's pedestal console is hinged, allowing it to shift forward for paving and retract back in for minimum shipping requirements.


A GP-2400 paves over longitudinal steel and is equipped with the GOMACO Auto-Float®.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 8 of 13

7

# Four-Track GP-2400



Four-Track Front View





### 3100 Series Open-Front Mold

The GP-2400 is equipped with the GOMACO exclusive 3100 series open-front mold with a 14 inch (356 mm) diameter hydraulically-powered split auger.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 9 of 13

8

# Four-Track GP-2400



3100 series open-front mold, vibrators, and a 14 inch (356 mm) diameter auger and adjustable stainless to provide the superior GOMACO finish.

Emergency stop buttons are located on strategic areas of the machine.

Industrial strength molded leg caps provide component protection.

GOMACO's exclusive G+® control system.

U-shaped platform designed with the operator in mind provides easy access, a skid resistant surface, and ultimate operator visibility.

Pivoting legs swing for easy positioning during operation and to the outboard position for easy loading and transport.

Frame has 6.5 foot (2 m) telescoping on left side.

Exclusive "smart" steering cylinders used for dependable steering control, with electronic feedback for push-button steering setup and setting parameters.

Manual leg height adjustment.

Hydraulic leg height adjustment of 42 inches (1067 mm).

Hydraulically powered, split vertical tamping system.

Track circuits provide up to 44 fpm (13 mpm) operating speed and 96 fpm (29 mpm) for job-site mobility.

Track guards provide added safety.

18 vibrator circuit controls located directly above the vibrators. The controls are within easy reach for the operator.

Reversible 14 inch (356 mm) diameter split auger.

Aluminum work bridge.

Two 100 gallon (378.5 L) water tanks. High-pressure water system for clean-up.

Hydraulic pressure-compensated sideplates with up to 19 inches (483 mm) of adjustment.

Hydraulic vibrators synchronized with machine movement.

T-beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold on the job site.

Vibrator lift.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 10 of 13

# GP-2400 Specifications

**ENGINE**
**Type:** Caterpillar® diesel engine (emission controlled).
**Power:** 174.5 hp (129.5 kW) @ 2200 rpm.
**Fuel economy:** 9.4 gph (35.58 Lph) @ 80% of rated hp.

**SERVICE CAPACITIES**
**Fuel reservoir:** 100 gal. (378.5 L).
**Hydraulic oil reservoir:** 161 gal. (609.45 L).

**AUTOMATED CONTROL SYSTEM**
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system with self-diagnostics for grade and steering and smart steer controls for paving accuracy and ease of operation.

**TELESCOPING FRAME**
**Telescoping:** Modular frame telescopes on the left side up to 6.5 ft. (2 m).

**WATER SYSTEM**
Two 100 gal. (378.5 L) polyurethane tanks with hydraulically driven high-pressure pump, trigger gun control, and adjustable pressure unloader for 0-2000 psi.

**AUGER SYSTEM**
**Type:** Reversible 14 in. (356 mm) diameter hydraulically powered split auger. (3100 series open-front mold).
**Speed:** Up to 66.9 rpm.

**TAMPER SYSTEM**
**Type:** Hydraulically powered split vertical tamping system.
**Tamper Speed:** Adjustable up to 120 strokes per minute.

**HYDRAULIC SYSTEM**
**Pumps:** Two double-stage pumps provide oil to the vibrator, auger, and tamper circuits.
One load-sensed pump for the track circuit.
One pressure-compensated control lift pump.

**Filtration**
**Type:** One 10 micron in-tank return filter, 25 psi bypass.
Three 100 mesh suction strainers, 3 psi bypass.
One 10 micron lift pressure filter, non bypass.

**Hydraulic Oil Cooling**
**Stationary cooler:** One stationary cooler with engine-driven fan to cool vibrator, track and auger circuit oil.

**SLIPFORM MOLD (3100 series open-front mold)**
**16 ft. mold:** Hydraulically pressure-compensated sideplates with adjustment up to 19 in. Additional insert sections for paving widths up to 24 ft. optional. Power transition adjuster (PTA) available for transitions.

**International 5 m mold:** Hydraulically pressure-compensated sideplates with adjustment up to 483 millimeters. Additional insert sections for paving widths up to 7.5 meters optional. Power transition adjuster (PTA) available for transitions.

**VIBRATORS**
**Type:** Hydraulic motor-in-head powering an eccentric weight.
**Quantity:** 10 vibrators and 18 vibrator circuits are standard.

**TWO-TRACK SYSTEM**
**Type:** Two hydraulically powered, gear-driven crawler tracks.
**Overall track length:** 10.4 ft. (3.17 m) including track fender.
**Track pad width:** 15.75 in. (400 mm).
**Gearbox reduction:** 131:1 gear reduction with two-speed hydraulic motors.
**Track speed:** Up to 35 fpm (11 mpm) operational mode and up to 105 fpm (32 mpm) in transport mode.
**Ground pressure:** 19 psi (131 kPa), based on 55,000 lb. (24,948 kg) with weight evenly distributed.
**Leg height adjustment:** 36 in. (914 mm) hydraulic adjustment.

**FOUR-TRACK SYSTEM**
**Type:** Four hydraulically powered, gear-driven crawler tracks.
**Overall track length:** 6.3 ft. (1.92 m) includes track fender.
**Track pad width:** 11.8 in. (300 mm).
**Gearbox reduction:** 100:1 gear reduction with two-speed hydraulic motors.
**Track speed:** Up to 44 fpm (13 mpm) operational mode and up to 96 fpm (29 mpm) in transport mode.
**Ground pressure:** 28 psi (193 kPa), based on 60,000 lb. (27,216 kg) with weight evenly distributed.
**Leg height adjustment:** 42 in. (1067 mm) hydraulic adjustment and manual adjustment up to 28 in. (711 mm) for a total height adjustment of 70 in. (1778 mm).
**Leg positioning:** Each leg has manual leg-mount pivoting arms which allow the leg to pivot up to 19 in. (483 mm) to the outside and up to 15 in. (381 mm) to the inside from the straight-ahead position.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 11 of 13

**WEIGHTS** (approximate, based on standard machine)
**Two-track transport weight without mold:** 37,000 lbs. (16,783 kg) with series two tracks.
**Two-track operational weight:** 55,000 lbs. (24,948 kg) equipped with series two tracks, 16 ft. (5 m) 3100 series open-front mold.
**Four-track transport weight without mold:** 42,000 lbs. (19,051 kg) with series two tracks.
**Four-track operational weight:** 60,000 lbs. (27,216 kg) equipped with series two tracks, 16 ft. (5 m) 3100 series open-front mold.
**NOTE:** Transport and operational weights are variable, depending on number of machine options.

**TWO-TRACK DIMENSIONS** (Based on standard machine with series two tracks and 3100 series open-front mold)
**Paving width:** Up to 16.5 ft. (5 m), with no inserts needed for frame.
**Optional:** Paving width up to 24 ft. (7.5 m), with additional vibrators and frame inserts.
**Two-track minimum transport width:** 10.4 ft. (3.17 m) with 3100 series open-front mold attached.
**Two-track minimum transport length:** 17.9 ft. (5.46 m).
**Two-track minimum transport height:** 9.8 ft. (2.99 m) without mold or 10.1 ft. (3.08 m) with 3100 series open-front mold attached.

**FOUR-TRACK DIMENSIONS** (Based on standard machine with series two tracks and 3100 series open-front mold)
**Paving width:** Up to 16.5 (5 m), with no inserts needed for frame.
**Optional:** Paving width up to 24 ft. (7.5 m), with additional vibrators and frame inserts.
**Four-track minimum transport width:** 8.2 ft. (2.5 m) without mold or work bridge or 10.2 ft. (3.11 m) with 3100 series open-front mold attached and work bridge.
**Four-track minimum transport length:** 29.6 ft. (9.02 m).
**Four-track minimum transport height:** 9.3 ft. (2.83 m) without mold or 10 ft. (3.05 m) with 3100 series open-front mold attached.

**ATTACHMENTS/OPTIONS AVAILABLE**
VHS, vertical hinged sideplates with hydraulic control and pressure-compensated.
Auto-Float® attachment.
5000 series open-front mold with 16 in. (406 mm) auger.
Air compressor and pressurized tank for air side bar inserters.
Two 150 gal. (567.8 L) steel tanks, 9.5 cfm (.27 cmm) air compressor, hose, and nozzles.
Frame extensions.
Grade averaging ski.
Sideplate extensions for bar insertion.
5400 series center bar inserter.
Manual side bar inserter.
Air-powered side bar inserter.
Hydraulic side bar inserter with vibration.
Keyway crimper and punch assembly.
Bolt-on male keyway attachments.
3D stringless control system.
V2 paving mold.

Other options are available to customize the machine in order to accommodate specific applications and customer needs.



A GP-2400, four-track, paves a 9.25 foot (2.82 m) wide slab that is nine inches (229.2 m) thick with 16 dowel units placed.



The operator's platform provides a complete view of the paving operation.

Case 5:20-cv-04007-CJW-KEM   Document 112-8   Filed 04/17/24   Page 12 of 13

11



A GP-2400 paves a 0.75 inch (19 mm) thick polymer overlay.



A paving train made up of the PS-2600, GP-2400, and T/C-400 paves an airport strip in a remote area. The airstrip is 10,499 feet (3200.1 m) long.

Cover photo: HW-061034-D19

Manufactured under one or more of the following U.S. or foreign patents: 5,190,397; 5,209,602; 5,924,817; 5,941,659; 6,099,204; 6,450,048; 2,211,331; 2,069,516; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; and patents pending.

GOMACO, Auto-Float, and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2013 (1 Printco 5000) GOMACO Corporation Order # 0405-0A10347

**You can always find us at: http://www.gomaco.com/gp2400**



The Worldwide Leader in Concrete Paving Technology

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 712-364-3347
www.gomaco.com
Email: info@gomaco.com

**European Headquarters**
GOMACO International Ltd. is located in Witney, England.

GOMACO has a worldwide distributor network for sales and service.

**-- DESIGNED FOR SAFETY --**
The GP-2400 is carefully designed to give years of dependable and safe service. The emergency stop buttons are on the operator's console, and on corners of the machine, which are easily accessible from the ground level. Another safety feature is a backup alarm, which is designed to alert personnel around the machine when the tracks are set to operate in reverse. Other safety features include track guards, warning decals, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator with excellent visibility over the entire paving operation.

**GOMACO CORPORATION RECOMMENDS THE IMPLEMENTATION OF ALL SAFETY PROCEDURES**



GOMACO Corporation's Quality Management System Is ISO 9001:2008 Certified By The American Systems Registrar.

Quality Policy: We Shall Meet Or Exceed Our Customers' Expectations.