Exhibit 12, part 1



COMMANDER III
TRIMMER | SLIPFORM PAVER

GOMACO®

*The Worldwide Leader in Concrete Paving Technology*

# Xtreme Radii Capabilities



CG-08142G-016

Contractors can now pave a 24 inch (610 mm) radius with the GOMACO Commander IIIx and G+ control system on stringline or 3D guidance system.

- Achieve Xtreme Steering with the rotary-sensored slew drives, on each of the three tracks for extreme steering.
  - The extreme steering capabilities, combined with the Commander IIIx's sensored All-Track Steering (ATS) and sensored All-Track Positioning (ATP), make it the ultimate, intelligent slipform paver.
  - The intelligent ATP on the Commander IIIx includes a smart hydraulic cylinder on all three legs. The smart cylinders allow G+ ® to know the position of all three tracks and can make steering adjustments as needed.

- The Commander IIIx can now pour Xtreme radii with ease.
  - G+ individual track speed control provides smooth machine travel around a radius.
  - The G+ control system easily operates on stringline or interfaces with the 3D guidance system for curb and gutter and tight radius applications.
  - The Commander IIIx features the GOMACO three-sensor radius system for stringline. When paving with stringline, the lead steering wand is allowed to leave the stringline and reference is switched to sensor number two for traveling around the extreme radius.

- Xtreme Intelligence
  - Intelligent offset is accomplished with smart hydraulic cylinders for telescoping the mold mounting system. This provides G+ the ability for repeatable mold offset. The trimmerhead and mold have independent vertical adjustments for raising and lowering.

- G+ Radius Software for stringline allows you to select the size of your radius and G+ calibrates and manages all aspects of traveling around the radius, including track angles and individual track speeds.
  - G+ Radius Software for the control system allows the operator to select the size of the radius and input it into the controller. As the Commander IIIx approaches the radius, with the values programmed in, the operator activates the radius feature, and the curb and gutter machine slipforms around the radius. An operator can now pour a radius with ease using the G+ Radius Software.

- GOMACO Remote Diagnostics (GRD) is so much more than telematics, and is available for machine troubleshooting, diagnostic reviews, software updates, and more. GRD provides you with live information of how, where, and when your equipment is being used.



The GOMACO Commander IIIx, three-track, uses rotary-sensored slew drives on each track to slipform this curved curb and gutter on a residential street in Canada. This Commander IIIx is equipped with GOMACO Remote Diagnostics (GRD) to assist in fleet management through your cell phone or laptop computer.

CG-06190-016

# Xtreme Commander IIIx



- Hydraulically powered charging conveyor with hydraulic positioning for slide and tilt. Optional auger available.

- Smart telescoping right leg.

- GOMACO G+® control system in the pivoting console.

- Vibrator controls with eight hydraulic circuits and four vibrators.

- Operator's platform provides easy access and ultimate operator visibility. The platform also features a special skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort.

- Smart power-slide rear leg.

- Rotary-sensored slew drives.

- Track circuits provide up to 49.5 feet per minute (15.2 mpm) operating speed and 131 feet per minute (39.9 mpm) for job-site mobility. Self-tensioning tracks are fully automatic and hydraulically lock in on machine start-up to maintain steady track tension on the track chain.

- Exclusive independent adjustable stainless steel troweling section seals and provides a superior GOMACO finish.

- Smart sideshifting mold.

- Mold drawbar and rolling hold-down assembly have 18 inches (457 mm) of pressure-compensated hydraulic vertical adjustment with an extra six inches (152 mm) of manual vertical adjustment and 36 inches (914 mm) of hydraulic sideshift, and are independent from the vertical and sideshifting trimmerhead.

- 42 inch (1067 mm) sectionalized trimmerhead has 18 inches (457 mm) of hydraulic vertical adjustment with an extra six inches (152 mm) of manual vertical adjustment and 36 inches (914 mm) of hydraulic sideshift. It is independent from the vertical and sideshifting mold drawbar and rolling hold-down assembly.

- Parallelogram on the smart power-swing front leg.

- Smart cylinders.

- G+Box on every leg to accommodate improved steering and grade with GPS+ controls.

- Smart power-swing front leg.

## Intelligent All-Track Positioning (ATP)

Intelligent ATP provides versatility in our slipform pavers. Each leg has a reinforced steel attachment plate that allows extra leg height adjustments. ATP provides the capability to perform various applications and work with differences in grade elevations and unique job-site logistics.





- Smart power-swing leg for positioning left-front track. Track also swings 5.3 inches (135 mm) to the right toward center.

33.4 in. (848 mm)

- Smart telescoping leg for positioning right-front track.

36 in. (914 mm)

6.5 ft. (1.98 m)

- Smart power-slide leg for positioning rear track.

The GOMACO Commander IIIx can be transformed from a three-track curb and gutter machine to a three-track slipform paver with an undermounted mold at a maximum of 15 feet (4.57 m) wide, by adding the parts designated in orange on the drawing above.



The four-track Commander IIIx is also available with rotary-sensored slew drives.

Extreme steering and G+ controls now allow the Commander IIIx to slipform tight radii. The tracks on the Commander IIIx can be turned to extreme angles, for getting on and off stringline and maneuvering around job-site obstacles.

The Commander IIIx three-track slipforms curb and gutter using 3D machine guidance in a new residential development.

CG-071713-02

The operator has a complete view of the paving operation, from the delivery of concrete to the finished product, while always maintaining full control with the pivoting operator's panel.

CG-111702-013

CG-101802-017

The three-track Commander IIIx has the ability to simultaneously trim the grade and slipform curb and gutter with ease.

CG-081718-007

Using 3D machine guidance, the Commander IIIx slipforms monolithic sidewalk and curb and gutter within a new subdivision.

CG-091802-017

A ten foot (3.05 m) wide bike bath is slipformed by the three-track Commander IIIx.



CG-101713-D15

The Commander IIIx features a platform that has a skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort during a full day of slipform paving.



CG-101810-D15

The three-track Commander IIIx slipforms curb and gutter in a residential area.

CG-041903-D9

A five foot (1.52 m) wide sidewalk in a new housing development area is being slipformed by the Commander IIIx three-track using trim and pour for maximum material utilization.



The four-track Commander IIIx slipforms the subbase for a highway at 13 feet (3.96 m) wide and eight inches (203 mm) thick with an integral curb on the right side using 3D machine guidance.

The roller frame is an essential part of the Commander IIIx and provides easy and accurate width changes. The frame hydraulically telescopes on the left side up to six feet (1.83 m).

# GOMACO Commander III



- Hydraulic telescoping leg for positioning right-front track.

- Hydraulic power-slide leg for positioning rear track.

- Hydraulic power-swing leg for positioning left-front track.

- Tool box.

- Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- The Commander III is the best selling multi-purpose machine of all time. Voted *Roads & Bridges* magazine's Contractor's Choice Award for both slipform paving and curb and gutter applications every year since 2007.

- The GOMACO Commander III is all about vision, safety, performance, and the operator.

- The Hydraulic Package on the Commander III provides independent hydraulic travel circuits to each track allowing G+® to control each individual track speed through a radius.

- The engine with its rear facing cooling package is designed for better operator visibility, quieter operation, and to provide clean air intake to the radiator while avoiding the concrete loading from a front-facing design. The redesigned engine shroud also allows for easy access to service and fill points.

- An optimized cooling package with a hydraulic fan, controlled by G+, adapts the cooling needs to job-site conditions for both a quiet and efficient operation.

- Excellent fuel efficiency combined with an increased fuel capacity allows for an uninterrupted day of paving on the project.

- The pivoting operator's console allows the operator to have hands-on control and a clear view no matter where they are on the platform.

- The vibrator circuits control panel is located for easy access and easy-reach control.

- The Commander III features an isolated platform which reduces vibration for all day operator comfort.

- G+ allows for simple connections to 3D guidance or GOMACO's complete library of sensors for steering and grade.

- Easy push-button steering set up with "smart" cylinders. This allows you to set track steering and other parameters.

- Features All-Track Steering (ATS) for loading, job-site mobility, and to set the machine to line quickly.

- Features All-Track Positioning (ATP) giving the contractor more options for dealing with obstacles, job-site logistics, and various applications.

- The Commander III is the choice for various applications such as monolithic sidewalk, curb and gutter, barrier, slotted drains, roll-over curb, parapet, and slipform paving.

- Telematics is available with GOMACO Remote Diagnostics (GRD) for machine troubleshooting, diagnostic reviews, software updates, and more.

- An on-board camera for visibility is available. The camera feeds full color video to the G+ control screen. This allows the operator to survey designated areas for the slipforming process.

- The G+ wireless remote control is an option for the Commander III. The G+ remote control allows an operator to work from the operator's platform or have the ability to move around the machine with hands-on control at all times.

# Three-Track Commander III

## All Track Positioning (ATP)

ATP provides versatility in our slipform pavers. Each leg has a reinforced steel attachment plate that allows extra leg height adjustments. ATP provides the capability to perform various applications and work with differences in grade elevations and unique job-site logistics.



36.8 in. (935 mm)
26 in. (660 mm)

- Pivoting power-swing leg for positioning left-front track.

36 in. (914 mm)

- Telescoping leg for positioning right-front track.

6.5 ft. (1.98 m)

- Power-slide leg for positioning rear track.

Three-track for slipforming barrier or parapet.

The Commander III features the side-shifting and vertical-lifting trimmerhead, mold drawbar and hold-down assembly.

Overall operating width of 9.7 ft. (2.96 m).



9.3 ft. (2.83 m)
18 in. (457 mm)
23.3 ft. (7.1 m)
27.9 ft. (8.5 m)

## Three-Track Commander III Shipping Dimensions

Transport height of 8.6 ft. (2.62 m) without the mold.



17.25 in. (438 mm)
19.4 in. (493 mm)
6 ft. (1.83 m)
6 ft. (1.83 m)
8.7 ft. (2.65 m)
11.1 in. (282 mm)
11 ft. (3.35 m)
43.6 in. (1107 mm)
8.5 ft. (2.59 m)



Case 5:20-cv-04007-CJW-KEM    Document 112-9    Filed 04/18/24    Page 12 of 17

# G+ Controls – Designed For Concrete Paving

*It is now the technology that pulls everything together...*
*G+ is the center that Connects all of the resources.*



Once you experience G+ controls, you won't be satisfied with anything else. It's a control system that is both easy to learn and easy to operate. G+ expresses itself in easy to understand international icons and full script explanations. It operates in all the major languages of the world and in imperial or the metric system. It has a lightning-fast processing speed and features two-way communications between the accessories and G+. Its instant digital feedback combined with the tight closed-loop electronic and hydraulic control creates a G+ experience that is smooth, efficient, and accurate. There is nothing on the market that can compare, because G+ is a proprietary system that was designed by our in-house control experts incorporating what we have learned from decades of experience in the field, and from what we have learned from you, our customer.

- Machine operation is simple.
- Machine response is fast.
- Troubleshooting is pinpointed, quick, and easy.
- Fault history available.
- Control from stringline, 2D, or 3D guidance.

A flat-panel 6.5 inch (165 mm) anti-glare display screen is provided with sensor-controlled backlight levels for superior visibility in all operating conditions. The screen is rugged and shock resistant in its construction to protect against dust, moisture, and rain. G+ provides a full color display on the control panel to illustrate the various aspects of the paver for set up and operation. A "run" screen on the control panel illustrates the various aspects of the paver. It includes leg position, paving speed and percentage of drive, steering, travel information, grade information, deviation meters, and more. Newly designed icons and color graphics make it easy to understand and easy to identify the targeted functions. G+ receives a track speed reading from pulse pickups in the track motors to give you real time feet (meters) per minute and total linear footage (meters). G+ controls feature a detailed fault history with the time stamp, date, and information to track when each fault occurred. GOMACO's G+ control system has been proven around the world.

## GBox

The Commander III has a GBox on every leg to accommodate improved steering and grade with G+ controls. It's part of GOMACO's electronic and hydraulic initiative. GOMACO's GBox features a new location for convenient access to the sensor bulkheads, valve overrides, and reduces hose and wiring needs. The GBox provides ease in serviceability, troubleshooting, and provides quick access with a horizontal swing door at ground level.



## GOMACO Remote Diagnostics (GRD)

The Commander III can be equipped with GOMACO Remote Diagnostics (GRD). This software allows operators to see when, where, and how their machines are being used. Operators have the capability to request software updates from GOMACO in Ida Grove, Iowa, remotely without service personnel traveling to the job site. GRD allows for fleet management through GPS location and troubleshooting abilities.

CG-021605-D8

The three-track Commander III slipforms curb and gutter through a radius in a residential area. The trimmerhead sideshifts on-the-go throughout the radius.

CG-101810-D8

The conveyor on the Commander III has a length of 17.1 feet (5.21 m) and a width of 24 inches (610 mm) to allow for continuous concrete flow to the hopper.

The three-track Commander III slipforms scab-on curb and gutter using 3D machine guidance for steering and grade.

CG-041804-D3

High-volume curb and gutter contractors choose the GOMACO Commander III because of its ability to quickly and efficiently slipform curb and gutter.

CG-031623-D4

CG-041604-D13

Equipped with a two inch (50.8 mm) inverted mold this Commander III four-track slipforms a 14 foot (4.27 m) wide slab on a dairy farm.

CG-051611-D9



All-Track Positioning (ATP) gives the operator more options for dealing with obstacles, job-site logistics, and switching between various applications.

CG-031614-D5

This GOMACO three-track Commander III slipforms parapet over steel on a bridge project.

CG-091803-D13



Five foot (1.52 m) wide monolithic sidewalk is just one application the Commander III can slipform with ease.

# Four-Track Commander III



- GOMACO G+® control system in the pivoting console.

- Operator's platform provides easy access and ultimate operator visibility. The platform also features a special skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort.

- Each leg is adjustable in four inch (102 mm) increments for 28 inches (711 mm) of manual adjustment with 42 inches (1067 mm) of hydraulic adjustment.

- GBox on every leg to accommodate improved steering and grade with G+ controls.

- Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- Optional aluminum work bridge extends from 10 feet (3.05 m) to 18.9 feet (5.76 m) and folds up for transport.

- Pressure-compensated, sideplates.

- 3100 series open-front mold, vibrators and a 14 inch (356 mm) diameter auger and adjustable stainless to provide the superior GOMACO finish.

- Vibrator controls with sixteen hydraulic circuits and four vibrators.

- Pivoting legs that swing to the outboard position for easy loading and transport.

- Piston-style legs.

- Track circuits provide up to 37.1 feet per minute (11.3 mpm) operating speed and 98 feet per minute (29.9 mpm) for job-site mobility.

- roller frame provides easy and accurate width changes. The Commander III's frame hydraulically telescopes on the left side up to six feet (1.83 m). The dual rollers, mounted to the top and bottom of the outer frame tubes, position the inner tube and reduce the amount of surface to surface contact area when telescoping. The roller frame was originally developed for the Commander III with a V2 mold. The V2 is GOMACO's dual mold system that is hydraulically adjustable for paving at different widths. The roller frame provides a fluid action as the V2 mold is making on-the-go width changes for tapered slabs. This roller frame is now standard on all GOMACO Commander III four-track machines. It can also be retrofitted in the field on existing Commander IIIs.

Case 5:20-cv-04007-CJW-KEM   Document 112-9   Filed 04/17/24   Page 17 of 17