Exhibit 12, part 2



Four-Track Paving Package in the transport mode for slipforming barrier or parapet.

The Four-Track Barrier Package assembly includes the fourth leg and track and a hydraulically extendible rear frame to extend the right rear leg and track.

Dimensions with tracks in straight ahead position.

## Dimensions

# Commander III Versatility

## 16 foot (5 m) Three-Track Paving Package



- 18 ft. (5.49 m)
- 11.9 ft. (3.63 m)
- 19.1 ft. (5.82 m)
- Telescoping Frame
- Frame Extension
- 900151-475_2
- 26.5 in. (673 mm)
- Telescoping Frame
- 16 ft. (5 m)
- Frame Extension
- 20.7 ft. (6.31 m)
- 29.7 in. (754 mm)

## 12 foot (3.66 m) Three-Track Paving Package

- 20.5 ft. (6.25 m)
- 18 ft. (5.49 m)
- 11.9 ft. (3.63 m)
- 900151-414_2
- 26.5 in. (673 mm)
- Telescoping Frame
- 12 ft. (3.66 m)
- 6 in. (152 mm)
- 14.8 ft. (4.51 m)



900151-472_front

### Additional Versatility

An economical four-track paving package for trails and small paving applications up to 11.5 feet (3.5 m) are easily achieved by adding the parts designated in orange on these drawings.



900151-472_rear

Case 5:20-cv-04007-CJW-KEM   Document 112-10   Filed 04/17/24   Page 3 of 9

18



The Commander III four-track slipforms a grooved dairy pad 11 feet (3.35 m) wide with a six inch (152 mm) integral curb on the right hand side.



A five foot (1.52 m) variable barrier is being slipformed by the four-track GOMACO Commander III. It is equipped with a sidemounted mold and the four-track barrier package. The Commander III features a pivoting operator's console allowing the operator to have hands-on control and a clear view of the paving operation.



A seven-foot (2.13 m) tall barrier is being slipformed by the GOMACO Commander III four-track barrier package slipform paver.



This barrier mold is mounted onto the four-track Commander III and is slipforming a 42 inch (1067 mm) tall variable barrier with continuous steel being fed into the mold. The Commander III is positioned in the transverse mode for barrier paving.



A rear view of the variable barrier from the operator's platform.

A front view of the continuous steel being fed into the machine.



The Commander III is the go-to paver on major projects for lane additions and fill-ins.



The GOMACO four-track Commander III with 3D machine guidance slipforms the floor of a tunnel at 14.7 feet (4.5 m) wide over continuous reinforced steel ahead of the paver. This Commander III is using high-rise tracks that are only six inches (150 mm) wide, for minimum clearance.



The GOMACO four-track Commander III slipforms a 12 foot (3.66 m) wide interstate ramp using 3D machine guidance. A GOMACO RTP-500 places the concrete over the steel reenforcement ahead of the Commander III.

22

Case 5:20-cv-04007-CJW-KEM   Document 112-10   Filed 04/17/24   Page 7 of 9

# Commander III Specifications

## ENGINE
Consult for options available.

## SERVICE CAPACITIES
**Fuel reservoir:** 88 gal. (333 L).
**Hydraulic oil reservoir:** 162 gal. (613 L).

## AUTOMATIC CONTROL SYSTEM
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system for paving accuracy and ease of operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow operator to monitor control signals for machine guidance on stringline or 3D.

## WATER SYSTEM
**Type:** High-pressure water system.
**Capacity:** 110 gal. (416 L) tank, hose, and nozzle.

## SLIPFORM MOLD
**Curb and gutter mold:** One curb and gutter mold standard. Optional molds available for curb and gutter, monolithic sidewalk and curb and gutter, barrier, parapet, irrigation canal, and more.

## VIBRATORS
**Type:** Hydraulically powered, motor-in-head, variable speed, independently controlled.
**Quantity Three-Track:** Eight hydraulic circuits and four hydraulic vibrators with mounts included are standard.
**Quantity Four-Track:** Sixteen hydraulic circuits and four hydraulic vibrators with mounts included are standard.

## MOLD DRAWBAR & HOLD-DOWN ASSEMBLY
**Hydraulic lift:** 18 in. (457 mm) pressure-compensated hydraulic vertical adjustment with 6 in. (152 mm) manual vertical adjustment, allowing up to 24 in. (610 mm) of vertical adjustment.
**Sideshift distance:** 36 in. (914 mm) hydraulic sideshift.

## SUBGRADE TRIMMER (sectionalized)
**Sectionalized trimmer:** Internal hydraulic drive system and 24 in. (610 mm) diameter trimming wheel.
**Trimmer wheel rotation:** Upward cut.
**Width:** 42 in. (1067 mm) sectionalized trimmerhead includes one 24 in. (610 mm) drive section with hydraulic internal drive and 18 in. (457 mm) extension.
**Sideshift and vertical adjustment:** The trimmerhead mount for the three-track machine has 36 in. (914 mm) hydraulic sideshift, 18 in. (457 mm) of hydraulic vertical adjustment and 6 in. (152 mm) of manual vertical adjustment, allowing up to 24 in. (610 mm) of vertical adjustment.

## CHARGING CONVEYOR
**Type:** Hydraulically powered, reversible with charging hopper.
**Length:** 17.1 ft. (5.21 m) between pulley centers.
**Width:** 24 in. (610 mm).
**Belt speed:** Variable to 362 fpm (110 mpm).
**Conveyor mount:** 36 in. (914 mm) hydraulic slide adjustment with 6 in. (152 mm) hydraulic tilt cylinder and manual pivoting mount (slide and tilt) for negotiating discharge from the ready-mix truck and negotiating grade variations. Allows truck positioning to front or side of machine. Hydraulically powered mount controls conveyor angle.
**Belt wiper:** Features special blades on adjustable spring steel rods for superior cleaning results. The unique, no-maintenance troughing rollers are greaseless and self-cleaning.

## TELESCOPING FRAME (four-track)
**Telescoping:** Frame hydraulically telescopes on the left side up to 6 ft. (1.83 m).

## TRACK SYSTEM
**Type:** Hydraulically powered gear-driven crawler tracks.
**Track length:** 5.1 ft. (1.55 m). Overall length with fenders 6 ft. (1.83 m).
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** For the three-track machine, up to 49.5 fpm (15.2 mpm) paving, and auxiliary up to 131 fpm (39.9 mpm); for the four-track machine, up to 37.1 fpm (11.3 mpm) paving; and auxiliary, up to 98 fpm (29.9 mpm).
**Track tension:** Fully automatic, hydraulically locks in on machine start-up, maintaining a steady tension on the track chain.
**Leg height adjustment:** Each leg adjustable in 4 in. (102 mm) increments for 28 in. (711 mm) manual adjustment with 42 in. (1067 mm) hydraulic adjustment.
**Telescoping leg for positioning right front track:** Hydraulically controlled, allows 36 in. (914 mm) lateral track adjustment range.
**Power-slide leg for positioning rear track:** Hydraulically controlled, allows 6.5 ft. (1.98 m) lateral track movement.
**Power-swing leg for positioning left front track on the Commander III:** Hydraulically controlled, allows track positioning from straight ahead to 13.5, 26, and 36.8 in. (343, 660, and 935 mm) to left outside of main frame or 13.5 and 26 in. (343 and 660 mm) to right toward center of main frame.
**Power-swing leg for positioning left front track on the Commander IIIx:** Hydraulically controlled, electronically sensored allows track positioning from straight ahead to 33.4 in. (848 mm) to left outside of mainframe or 5.3 in. (135 mm) to right toward center of mainframe.

## THREE-TRACK MACHINE DIMENSIONS
**Overall length:** 23.3 ft. (7.1 m) without the conveyor.
**Overall width:** 9.7 ft. (2.96 m).
**Overall height:** 9.3 ft. (2.83 m).
**Transport height:** 8.6 ft. (2.62 m) without the mold.
**Transport width:** 8.5 ft. (2.59 m) without ladder.
**Transport length:** 27.9 ft. (8.5 m) with conveyor (measurement varies with conveyor tilt, positioning and length) and 23.3 ft. (7.1 m) without conveyor.

## FOUR-TRACK PAVER DIMENSIONS
**Overall length:** 21.3 ft. (6.49 m).
**Overall width:** 25.1 ft. (7.65 m) extended and 19.1 ft. (5.82 m) retracted with ladder mounted.
**Operational height:** 11.6 ft. (3.54 m) with 3100 series mold and 10 in. (254 mm) paving depth.
**Transport height:** 9.7 ft. (2.96 m) without mold and stack, and 10.75 ft. (3.28 m) with 3100 series mold and without stack.
**Transport width:** 9.5 ft. (2.9 m) without ladder.
**Transport length:** 29.1 ft. (8.87 m).

## THREE-TRACK WEIGHT (approximate)
**Standard curb and gutter machine weight:** 29,500 lbs. (13,381 kg).

## FOUR-TRACK WEIGHT (approximate)
**Standard four-track paver with 12 ft. (3.66 m) 3100 series mold weight:** 49,500 lbs. (22,453 kg).
**Note:** Transport and operational weights and dimensions are variable, depending on machine options.

## OPTIONS
Barrier/parapet sidemount or centermount.
Monolithic sidewalk and curb and gutter package.
Trimmerhead extensions.
Left-hand discharge trimmerhead.
48 in. (1219 mm) charging conveyor extension to accommodate longer conveyor requirements.
Conveyor truss assembly required on 24 ft. (7.32 m) long conveyors. Auger provides fast and efficient concrete delivery.
Additional vibrator circuits and controls.
Hold-over assembly, hydraulically powered, required when paving adjacent to existing concrete slab.
Swinging drawbar extension, for use with molds wider than 48 in. (1219 mm).
Slipform molds, consult factory.
V2 paving mold.
24 in. (610 mm) section with supported or self-supported power transition adjuster (PTA).
Auto-Float® attachment.
Polyurethane track pads.
Wireless remote for G+ curb and gutter machines.
3D package for stringless control.
GOMACO Remote Diagnostics (GRD).
On-Board Camera.

Other options are available to customize machine to accommodate applications and customer needs.

Case 5:20-cv-04007-CJW-KEM   Document 112   Filed 04/17/24   Page 8 of 9



Intelligent All-Track Positioning (ATP) on the GOMACO Commander IIIx includes a smart hydraulic cylinder on each of the three legs. The smart cylinders allow G+ to know the position of all three tracks and make steering adjustments as needed.



The three-track Commander IIIx slipforms monolithic sidewalk and curb and gutter.

Cover Photo: CG-071710-D6

Manufactured under one or more of the following U.S. or foreign patents: 6,450,048; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; CA2,864,902; CA2,591,177; 8,855,967; 8,682,622; 9,051,696; 9,180,909; 9,204,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,545,715; 9,624,626; 9,637,872; 9,644,328; 9,633,162; 9,670,627; 9,747,019; 9,764,762; 9,869,063; 9,982,399; 9,963,836; 10,005,489; 10,086,016; AU2018100400; AU20191007143; and patents pending.

GOMACO and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2019 (12 Printco 5000)
GOMACO Corporation Order #0400-0A10103

## -- DESIGNED FOR SAFETY --

The Commander III is carefully designed to give years of dependable and safe service. Emergency stop (E-Stop) buttons are located on strategic areas of the machine. The E-Stops are on the operator's console and on corners of the machine, or can be positioned at various points on the machine providing optimal use for specific applications. Other safety features include track guards, warning decals, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator maximum visibility over the entire paving operation.





**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: 44-1993-705100
E-mail: pavinguk@gomaco.com

*The Worldwide Leader in Concrete Paving Technology*

GOMACO Corporation's Quality Management System Is
ISO 9001 Certified By The American Systems Registrar.

Quality Policy: We Shall Meet Or
Exceed Our Customers' Expectations.