# Exhibit 14




*The Worldwide Leader in Concrete Paving Technology*

Case 5:20-cv-04007-CJW-KEM   Document 112-12   Filed 04/17/24   Page 2 of 5

# Xtreme Curb and Gutter Machine

- **Xtreme Steering Capabilities** – The Xtreme GT-3600 is equipped with rotary-sensored slew drives, on each of the three tracks for extreme steering of the tracks.

    - The extreme steering capabilities, combined with the Xtreme GT-3600's sensored All-Track Steering and sensored All-Track Positioning, make it the ultimate, intelligent slipform paver.
    - The intelligent All-Track Positioning on the Xtreme GT-3600 includes a smart hydraulic cylinder on all three legs. The smart cylinders allow G+® to know the position of all three tracks and can make steering adjustments as needed.

- **Xtreme Intelligence** – Smart cylinder sideshifting of the mold for repeatable mold offset.

    - Intelligent offset is accomplished with a smart hydraulic cylinder for telescoping the mold mounting system. This provides G+ the ability for repeatable mold offset. The trimmerhead and mold have independent vertical adjustments for raising and lowering.

- **Xtreme Hydraulic Package** – Independent hydraulic travel circuits to each track allow G+ to control each individual track speed through a radius.

- **Xtreme Radius** – The Xtreme GT-3600 can pour a 24 inch (610 mm) radius.

    - The Xtreme GT-3600's G+ control system easily interfaces with stringline or a 3D guidance system for curb and gutter and tight radius applications.
    - The Xtreme GT-3600 features the GOMACO three-sensor radius system for stringline. When paving with stringline, the lead steering wand is allowed to leave the stringline and reference is switched to sensor number two for traveling around the tight radius.
    - Individual track speed control provides smooth machine travel around a radius.

- **G+ Radius Software** – Pick your radius and G+ calibrates and manages all aspects of traveling around the radius, including track angles and individual variable track speeds.

    - The G+ radius software for the control system allows the operator to program the size of the radius into the controller. As the Xtreme GT-3600 approaches the radius, with the values already dialed in, the operator activates the radius program, and the curb and gutter machine slipforms around the radius. It's now easy for any operator to pour a radius.

- The operator's platform is isolated to reduce vibration for a comfortable day of paving.

- Excellent fuel efficiency combined with an increased fuel capacity allows for an uninterrupted day of paving on the project.

- An optimized cooling package with a hydraulic fan controlled by G+ adapts the cooling needs to job-site conditions for both a quiet and efficient operation.

- The G+ wireless remote control is an option available for the Xtreme GT-3600. The G+ remote control allows the operator to work from the operator's platform or the ability to move around the machine with hands-on control at all times.

- The GOMACO Xtreme GT-3600 is also available with GOMACO Remote Diagnostics (GRD) for machine troubleshooting, diagnostic reviews, software updates, and more.

- G+ Connect™ for accessories and guidance systems.

- An optional on-board camera is available to monitor designated areas of the slipforming process. The camera can be positioned anywhere around the paver and feeds live video to the G+ display on the operator's console.

-  Designed for high-volume curb and gutter.



The Xtreme GT-3600 features extreme steering capabilities, combined with the sensored All-Track Steering and sensored All-Track Positioning, make it the ultimate, intelligent slipform paver.



Existing job-site obstacles are easily slipformed around when using the Xtreme GT-3600 with 3D machine guidance to achieve minimum-clearance.



The GOMACO Xtreme GT-3600 slipforms a five foot (1.52 m) sidewalk with 3D machine guidance.

Case 5:20-cv-04007-CJW-KEM   Document 112-12   Filed 04/17/24   Page 4 of 5



The Xtreme GT-3600's tracks can rotate farther than ever before. The rotary-sensored slew drives allow the tracks to rotate 90 degrees and more for quick side travel and to slipform a tight radius.



The operator's platform on the Xtreme GT-3600 is isolated to reduce vibration for a comfortable day of paving curb and gutter.



The Xtreme GT-3600 slipforms curb and gutter using 3D machine guidance. The intelligent All-Track Positioning on the Xtreme GT-3600 includes a smart hydraulic cylinder on all three legs. The smart cylinders allow G+® to know the position of all three tracks and can make steering adjustments as needed.

Cover Photo: CG-081809-D10
Manufactured under one or more of the following U.S. or foreign patents: 5,924,817; 5,941,659; 6,099,204; 6,450,048; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; CA2,864,902; CA2,591,177; 8,855,967; 8,682,622; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,624,626; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,982,399; 9,963,836; 10,005,489; and patents pending.

GOMACO and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2018 (12 GC) GOMACO Corporation

*The Worldwide Leader in Concrete Paving Technology*

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: 44-1993-705100
E-mail: pavinguk@gomaco.com