# Exhibit 16



# Press Release

## GOMACO GP-2600 Is A 'Contractors Choice'

The GP-2600 slipform paver has been awarded Roads & Bridges magazine's Gold Medal in the Concrete Paver category of their first annual Contractors' Choice Awards. The GP-2600 took the Gold Medal over the Guntert & Zimmerman S850 Quadra paver, the Terex/CMI SF2204B HVW paver, and the Power Pavers SF-3000 paver.

"GOMACO has proven itself as a leader and innovator in the concrete construction industry by taking home the Gold Medal in the Concrete Paver category for Roads & Bridges magazine's first annual Contractors' Choice Awards."

Roads & Bridges had asked manufacturers and service providers to nominate products to be eligible for the awards. An independent panel of judges selected the finalists, and contractors voted on the winners. A gold, silver and bronze award was presented in 21 different product categories, and the winners were highlighted in the July 2006 issue.

"Since February, hundreds of contractors have voted on their favorite products ranging from pavers to dozers. The Roads & Bridges Contractors' Choice is a special award because it is based on use and preference rather than product release lead generation."

GOMACO Corporation (www.gomaco.com) is the worldwide leader in concrete construction equipment with headquarters in Ida Grove, Iowa. GOMACO equipment will slipform concrete streets and highways, airport runways, curb and gutter, sidewalks and recreational trails, safety barrier, bridge parapet, and irrigation canals. Support equipment includes grade trimmers, concrete placers, concrete placer/spreaders, and texturing and curing machines. Equipment to finish flat slabs, bridges, and slopes is also offered. GOMACO will consult on equipment for large or unique concrete paving projects and products are offered through a worldwide distributor network for local sales, parts and service expertise.

Case 5:20-cv-04007-CJW-KEM   Document 112-14   Filed 04/17/24   Page 2 of 4



© 1998-2020 GOMACO Corporation
121 E. State Highway 175, Ida Grove, Iowa, USA
800-831-2320 / 712-364-3347
Contact Us (No Vendors Please)

**About Us**
About GOMACO
President's Message
Corporate Video
Directions & Lodging
Contact Us (No Vendors Please)

**Press Releases**
Press Releases
GOMACO World Magazine
Subscribe To GOMACO World

**Career Opportunities**
Current Job Postings

**Training**
GOMACO University

Case 5:20-cv-04007-CJW-KEM   Document 112-14   Filed 04/17/24   Page 3 of 4



Trimmer/Placers

Texture/Cure Machines

Finishers

Support Equipment

Airports

Canals

Dams & Spillways

**Distributor Locator**

United States

Canada

International

**Resources**

Distributors' Corner

International Literature

Industry Links

GOMACO Store

Photo Showcase

Sitemap

Godbersen Equipment Company (GEC)

Gomaco Trolley Company

BOBALEE Hydraulics