# Exhibit 17





home | about | news | products | parts & service | contact

about us | news | products | parts & service | contact
company profile | PR | concrete paving equipment | parts department | privacy
paving school | | canal lining equipment | service department | statement
careers | | eagle wheel trenchers | |

## Active Patents as of January 7, 2020:

Guntert & Zimmerman Const. Div., Inc. (G&Z) is a provider of paving equipment. G&Z's technology is used in the equipment and products sold by the company and those offered by its commercial partners.

This page is intended to serve as notice under 35 U.S.C. Section 287(a).

The following U.S. Patents apply to G&Z products:

| PATENTED ARTICLE BY MODEL | ASSOCIATED PATENT NUMBER(S) (PATENTED ARTICLE MAY BE COVERED BY ONE OR MORE OF THE FOLLOWING U.S. PATENTS) | ASSOCIATED PUBLISHED PATENT APPLICATION(S) |
|---|---|---|
| G&Z S400 Concrete Slipform Paver | DE 69834187.2-08 | |
| | BE 2419566 | |
| | CZ 2419566 | |
| | EP 2419566 | |
| | DE 60 2010 033 657.3 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |
| | US 8459898 | |
| | US 9359727 | |
| | US 9708020 | |
| | US 9908571 | |
| | US 10029749 | |
| | US 10053167 | |
| | US 10196101 | |
| G&Z S600 Concrete Slipform Paver | DE 69834187.2-08 | |
| | BE 2419566 | |
| | CZ 2419566 | |
| | EP 2419566 | |
| | DE 60 2010 033 657.3 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |
| | US 8459898 | |
| | US 9359727 | |
| | US 9708020 | |
| | US 9908571 | |
| | US 10029749 | |
| | US 10053167 | |
| | US 10196101 | |
| G&Z S850 Concrete Slipform Paver | DE 69834187.2-08 | |
| | BE 2419566 | |
| | CZ 2419566 | |
| | EP 2419566 | |
| | DE 60 2010 033 657.3 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |

© 2020 Guntert & Zimmerman Const. Div., Inc.

| | | |
|---|---|---|
| | US 8459898 | |
| | US 9359727 | |
| | US 9708020 | |
| | US 9908571 | |
| | US 10029749 | |
| | US 10053167 | |
| | US 10196101 | |
| G&Z S1500 Concrete Slipform Paver | DE 69834187.2-08 | |
| | BE 2419566 | |
| | CZ 2419566 | |
| | EP 2419566 | |
| | DE 60 2010 033 657.3 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |
| | US 8459898 | |
| | US 9359727 | |
| | US 9708020 | |
| | US 9908571 | |
| | US 10029749 | |
| | US 10053167 | |
| | US 10196101 | |
| G&Z Dowel Bar Inserter | US 6176643 | |
| | US 6390726 | |
| | US 6390727 | |
| | US 6579037 | |
| | US 8382396 | |
| | US 9039322 | |
| | US 9359726 | |
| G&Z PS1200 Placer Spreader | GB 2424022 | |
| | US 7316522 | |
| | US 7311465 | |
| | US 7458748 | |
| | US 7753619 | |
| G&Z MCP Series | US 6450679 | |
| G&Z TSM Series | US 6450679 | |