# Exhibit 20



Case 5:20-cv-04007-CJW-KEM   Document 112-18   Filed 04/17/24   Page 2 of 2