Exhibit 21



# GP3 Slipform Paver

- The GOMACO GP3 is designed for paving up to 30 feet (9.14 m) wide and to accommodate multiple width changes. The GP3 is available as a two-track or four-track slipform paver.

- The exclusive G+® control system easily interfaces with stringline or 3D machine guidance to slipform all of your project needs.

- GOMACO's GP3 two-track and four-track slipform pavers both feature dual-telescoping capabilities of up to seven feet (2.13 m) on each side of the paver, for a total of 14 feet (4.26 m) of automatic frame widening.

- The GP3 features smart cylinders in the roller frame to provide the width reference to the G+ controller and uses that information for steering setup and individual track speed control through radii.

- The four-track GP3's smart leg positioning includes rotary-sensored slew drives on the pivot arms of each of the paver's legs. The smart pivots on the legs provide the exclusive G+ control system with information on the pivot arm angle and works together with the track rotation sensors to maintain the tracks in the straight-ahead steering line.

- Rotary-sensored slew drives are also located on all four tracks for the ultimate in smart steering technology and extreme steering with the tracks having the ability to steer farther than ever before.

- The GOMACO four-track GP3 easily turns radii with smart leg positioning and smart track rotation.

- The GP3 slipform paver has been designed for easy transport.

- The slipform paver was designed to be easy to operate with the exclusive G+ control system. G+ allows quiet running technology and also load-sensed hydraulics for maximum paving performance and optimized fuel efficiency.

- The GOMACO GP3 has an isolated operator's platform for operator comfort during a long day of slipform paving.

- The optional GOMACO Navigator allows the GOMACO paver's smart accessories to be easily monitored and controlled.

- GOMACO Remote Diagnostics (GRD) is an available option that is so much more than telematics, giving owners the visibility of how, when, and where their equipment is being used.



A GOMACO paving train consisting of the PS-2600 placer/spreader, GP3 four-track slipform paver, and the T/C-600 texture/cure work to complete a highway project quickly and efficiently. GOMACO's leg mounted water tanks are bottom filling and require no ladder to refill.

2

## Transport Mode Made Easy

The GP3 slipform paver is designed for easy transport. The operator can take the paver to the transport mode in minutes without assistance. The paver can be switched to the transport mode by simply rotating the legs to the transport position. After the legs are in the transport position, G+ travel is switched to "Transport" for complete control. A retractable, sliding console reduces the shipping width of the machine.



Scan to watch this GP3 load onto the semi trailer.





## Smart Frame Widening

G+ knows the width of its dual-telescoping frame. Changing the width of the slipform paver's mainframe is accomplished with the Smart Cylinders and GOMACO roller frame.

The smart width provides easy, accurate width change setup and a reference for G+ to control proper steering and track speeds while turning a radius at varying widths of the paver.

## Smart Leg Positioning on Four-Track Pavers

Pivot arms for the paver legs feature rotary-sensored slew drives. These smart pivots provide the G+ controls with information on the pivot arm angle, which coupled with the track rotation sensors, maintain the tracks in the straight-ahead line for steering, even when the leg pivot is at an angle.

## Smart Track Steering on Four-Track Pavers

Track steering and rotation is accomplished with rotary-sensored slew drives. This smart track rotation provides the G+ controls with exact track location and position. Extreme steering is now possible with the tracks having the ability to steer farther than ever before.

Smart leg pivoting and smart track rotation now lets the G+ system automatically control the direction and speed of each individual track as it travels through a radius.



Pivot Slew

## GOMACO's G+ Selective Steer Controls



**Auto Steer Modes**

Stringline    3D

**Coordinated Steer**



**Crab Steer**

**Front Steer**

**Rear Steer**

**Counter-Rotation**



360°

Four-Track

# G+® Controls — Designed For Concrete Paving

## *It is now the technology that pulls everything together… G+ is the exclusive system for all of the resources.*

Once you experience G+ controls, you won't be satisfied with anything else. It's a control system that is both easy to learn and easy to operate. G+ expresses itself in easy to understand international icons and full script explanations. It operates in all the major languages of the world and in the imperial or metric units. It has a lightning-fast processing speed and features two-way communications between the accessories and G+. Its instant digital feedback combined with the tight closed-loop electronic and hydraulic control creates a G+ experience that is smooth, efficient, and accurate. There is nothing on the market that can compare, because G+ is a proprietary system that was designed by our in-house control experts incorporating what we have learned from decades of experience in the field, and from what we have learned from you, our customer. 

- Machine operation is simple.
- Machine response is fast.
- Troubleshooting is pinpointed, quick, and easy.
- Fault history available.

A flat-panel 6.5 inch (165 mm) anti-glare display screen is provided with sensor-controlled backlight levels for superior visibility in all operating conditions. The screen is rugged and shock resistant in its construction to protect against dust, moisture, and rain. G+ provides a full color display on the control panel to illustrate the various aspects of the paver for set up and operation. A "run" screen on the control panel illustrates the various aspects of the paver. It includes leg position, paving speed and percentage of drive, steering, travel information, grade information, deviation meters, and more. Newly designed icons and color graphics make it easy to understand and easy to identify the targeted functions. G+ receives a track speed reading from pulse pickups in the track motors to give you real-time speed and total distance traveled. G+ controls feature a detailed fault history with a time stamp, date, and information to track when each fault occurred. GOMACO's G+ control system has been proven around the world.



Using 3D machine guidance and the GOMACO G+ control system, this four-track GP3 slipforms a shoulder on an interstate project.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 5 of 29

4



This GOMACO four-track GP3 is equipped with two 5400 series bar inserters to slipform this interstate project. The 5400 series bar inserter is rear loading for quick and easy accessibility.



Night paving is only one of the challenges on this project. The four-track GP3 with 3D machine guidance slipforms ten feet (3.05 m) wide over continuous steel reinforcing, while the paver's left side tracks run within inches (millimeters) of the barrier wall.



The GOMACO four-track GP3 is equipped with a 27 foot (8.23 m) folding conveyor to slipform the variable barrier. The mounted conveyor feeds concrete into the mold's hopper to deliver a consistent flow of concrete into the barrier mold.



G+® allows the smart accessories and guidance system on the GOMACO paver to be easily interfaced. Simply connect a machine guidance system, IDBI, tie bar inserter (TBI), power transition adjuster (PTA), GSI® (GOMACO Smoothness Indicator), and more to the GP3 slipform paver.



A telescoping spreader plow on front of the mold spreads the concrete evenly ahead of the mold. Its telescoping ability also allows for easy width changes.



An optional side-mounted conveyor package available for minimum-clearance paving with the GP3 in transport mode.

Case 5:20-cv-04007-CJW-KEM Document 112-19 Filed 04/11/24 Page 8 of 29

7



- Vibrator modules are positioned across the front of the platform for ease in operational visibility and accessibility.

- Each leg has 36 in. (914 mm) hydraulic height adjustment and manual height adjustment of 11.75 in. (298 mm) for a total height adjustment of 47.75 in. (1212 mm).

- GOMACO's exclusive G+® control system. Retractable console to reduce shipping width.

- Revolutionary cooling package module incorporates variable speed fans for noise reduction and added cooling capacity.

- Power unit designed for quiet and efficient operation.

- Isolated operator's platform for operator comfort.

- T-beam mounting rail incorporated into the telescoping frame.

- Dual-telescoping with smart cylinders for accurate frame widening capabilities of seven feet (2.13 m) on each side (14 feet (4.26 m) total) and for automatic width reference for steering setup.

- Guard rail and operator's platform telescope with the frame.

- Multi-positioning pivoting ladder allows variable degrees of angle for safety and ease in climbing and access to the operator's platform. For minimum-clearance paving conditions, the ladder can be vertically positioned tight to the machine.

- Split, pressure-compensated sideplates.



Two-track GP3 slipform paver from above.

11.6 ft. (3.54 m) Operational Height With a 10 in. (254 mm) Slab

12.1 ft. (3.68 m)

16.5 ft. (5.03 m)

912651-065_side

10.2 ft. (3.11 m) Minimum Transport Height Without a 5000 Series Mold

10.6 ft. (3.23 m) Minimum Transport Height With a 5000 Series Mold

24 ft. (7.32 m)

15.75 in. (400 mm)

912651-065_front

31.7 ft. (9.66 m)



Outriggers can be added to the two-track GP3 for transport loading and frame widening. With the addition of the outriggers, the GP3 can be raised and a truck trailer can be backed underneath the machine.

10



Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 12 of 29

A special front mounted conveyor was added to this two-track GP3 for concrete placement. The ready mix trucks were unable to get in front of the machine because of the steel rebar grid laid out on the grade, so the conveyor was added and the trucks discharged the concrete from the left side of the paver.



- Each leg has 42 in. (1067 mm) hydraulic height adjustment and manual height adjustment up to 36 in. (914 mm) for a total height adjustment of 78 in. (1981 mm).

- Vibrator modules are positioned across the front of the platform for ease in operational visibility and accessibility.

- Revolutionary cooling package module incorporates variable speed fans for noise reduction and added cooling capacity.

- GOMACO's optional leg mounted water tanks are bottom filling and require no ladder.

- GOMACO's exclusive G+® control system. Retractable console to reduce shipping width.

- Power unit designed for quiet and efficient operation.

- Isolated operator's platform for operator comfort.

- T-beam mounting rail incorporated into the telescoping frame.

- Extreme Steering capabilities with rotary-sensored slew drives, GOMACO selective steer, and G+ controls.

- Dual-telescoping with smart cylinders for accurate frame widening capabilities of seven feet (2.13 m) on each side (14 feet (4.26 m) total) and for automatic width reference for steering setup.

- Guard rail and operator's platform telescope with the frame.

- Multi-positioning pivoting ladder allows variable degrees of angle for safety and ease in climbing and access to the operator's platform. For minimum-clearance paving conditions, the ladder can be vertically positioned tight to the machine.

- Split, pressure- compensated sideplates.

- Smart Pivot Arms for the paver legs feature rotary-sensored slew drives.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 13 of 29

12





Shown with a 24 ft. (7.32 m) 5000 Series Mold

11.5 ft. (3.5 m)
Operational Height With a 10 in. (254 mm) Slab

10.3 ft. (3.14 m) Minimum Transport Height Without Mold

10.6 ft. (3.23 m) Minimum Transport Height With a 5000 Series Mold

21.7 ft. (6.61 m)
Operational Length

912651-004

18.1 in. (459 mm)

11.8 in. (300 mm)

24 ft. (7.32 m)

29.7 ft. (9.05 m)

33.5 ft. (10.21 m)

33.9 in. (861 mm)

4.8 ft. (1.46 m)

# Sensored Leg Pivots and Track Rotation



Sensored steer feedback with sensored leg pivots provide continuous reference for the straight-ahead track positioning.

## Transverse Mode

912651-004_trav_top2

Full-steer tracks are turned perpendicular to the straight-ahead line. The G+ control system recognizes the track rotation and automatically adjusts for steering in the transverse mode.

## Transport Mode



912651-004_trav_top1

9.2 ft. (2.8 m) Minimum Transport Width

29.9 ft. (9.11 m) Minimum Transport Length

Full-steer tracks and hydraulic rotational sensored pivot arms allow the legs to be rotated to the transport position. Track direction of travel and steering control is automatic with the G+ control system.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 14 of 29

13



Equipped with 3D machine guidance along with two paver-mounted GSI® (GOMACO Smoothness Indicator) units, this GOMACO GP3 slipforms a 15 foot (4.57 m) wide section of highway.



This four-track GP3 is slipforming a 16.4 foot (5 m) wide loading dock slab.



This GP3 slipforms a 12 foot (3.66 m) wide truck apron with an eight inch (203 mm) high curb on the inside of a roundabout. The G+ control system allows the GP3 to maintain proper inside and outside track speeds through the radius.



A 25 foot wide (7.62 m) road is being slipformed by the four-track GP3. A GOMACO 9500 placer delivers the concrete in front of the slipform paver.



Minimum clearance is achieved when the GP3 is turned to transport mode with a sidemounted mold to slipform a 12 foot (3.66 m) section of interstate.

HW-041705-030

# GOMACO's 3100 and Optional 5000 Open-Front Mold

(1) The **spreader/auger** on the 3100 series open-front mold is a 14 inch (356 mm) auger with a maximum speed of 33 rpm. The spreader/auger on the 5000 series open-front mold has a 16 inch (406 mm) auger and maximum speed of 28 rpm.

(2) **Vibration** is provided to the throat area of the mold for consolidation of concrete. The vibrators, with an automatic on/off control, activated with machine movement, are hydraulically powered with variable speeds up to 10,500 vpm. The vibrator position is hydraulically controlled for start of paving and lifting over the bulkhead to finish paving.

(3) The GOMACO **tamper bar** system tamps down the aggregate level below the surface of the pan. The tamper bar is hydraulically powered with an automatic on/off control, activated with machine movement.

(4) The 3100 series mold and stainless is 48 inches (1219 mm) from front to back. The 5000 series mold and stainless is 60 inches (1524 mm) from front to back.

(5) Adjustable **stainless steel** is exclusive to the GOMACO paving mold systems.



2) Vibrator  3) Tamper Bar  5) Stainless
1) Spreader/Auger  4) Finishing Pan



The 5400 series mold and tie bar inserter are just a few options available for slipforming with the GP3. This GOMACO four-track GP3 is slipforming a boulevard with an integral curb on the right-hand side and is equipped with two 5400 series tie bar inserters with rear loading of the bars.

16

- 5400 series paving mold features a box design with durable 0.5 inch (13 mm) thick paving skin.

- Vertically-adjustable mold mount for precise leveling of mold to machine.

- Telescoping end sections with 24 inches (610 mm) of width variation on each side are optional.

- Edge slump adjustment.

- Hydraulic Vertical Hinged Sideplates, self-contained inside the mold.

- Pressure-compensated sideplates are standard.

- Split sideplates are optional on the 5400 series paving mold.

- Folding sideplate wings for transporting without removing.

- Pivoting mold mounting beam to eliminate stress points, created by crowning the mold.

- Self-supported power transition adjuster (PTA) is hydraulically driven with 3.5 inch (89 mm) ACME screws for up to a six inch (152 mm) crown.

- Front and rear top T-bar on mold for attaching accessories and structural integrity.

- Inserts are bolted together with front and rear alignment pins for easy mold assembly.

- Vibrator mounting tube attaches to T-bar on mold.
  – Vertical vibrator lift.
  – Rear lubrication system with grease zerks accessible from the work bridge.

- Tamper bar optional.

- Trailing stainless optional.



The box design of the 5400 series mold has a 54 inch (1372 mm) finishing length front to back and is equipped with a durable 0.5 inch (13 mm) thick paving skin that is welded to the mold to increase the structural integrity.

**Telescoping End Sections for Easy Width Changes**- Inserts are available in quarter-inch (6 mm), half-inch (13 mm), three inch (76 mm), or six inch (152 mm) increments. This drawing shows a six inch (152 mm) insert for the telescoping end section.





The end section can be telescoped from five to seven feet (1.52 to 2.13 m).



This 5400 series paving mold is equipped with two telescoping end sections and has two 36 inch (914 mm), two 24 inch (610 mm), and two 12 inch (305 mm) mold sections. The 5400 series paving mold also features edge slump adjustment and a self-supported TA. 5400 series paving molds can be equipped with one or more bar inserters. The mold above is equipped with a center-mounted 5400 series bar inserter. This GP3 with 5400 series slipforming mold is paving an integral curb on the right-side of the slab.

A six inch (152 mm) insert is lifted and hooked into place after the end section telescopes out.



Insert the telescoping end section and front retract the mold back in to resume paving.



The 5400 series mold's telescoping end sections are added onto one side of the mold.



Scan to watch a video of the telescoping end sections being added onto the mold.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 18 of 29

# Bar Insertion Versatility

## Bar Insertion Systems Designed to Fit Your Project Specifications

GOMACO offers several bar insertion systems that are designed to accommodate your project specifications. Hydraulic cylinder, air-powered, and manual insertion are the three types of bar insertion. Bar inserters include the frame-mounted, sidemounted, 5400 series, and trailing form. GOMACO's bar inserters provide easy and accurate bar placement to job specifications.

### 5400 Series Bar Inserter



The 5400 series bar inserter is front or rear loading and front inserting for ease of use. It mounts to the mold's T-bar and allows on-the-go crown changes, while maintaining a constant depth. The bar box is mounted to the paver's rear T-beam mounting rail for easy access and loading of the bar magazine. There are individual depth guides on the right and the left side of the bar inserter in order to keep bars parallel to the top of slab. The 5400 series bar inserter can hold up to 50 bars in the bar magazine and bar loading chain system.



The trailing form with manual, air-powered, or hydraulic bar insertion is designed to trail the track on two-track pavers. This system will accommodate most types of bars.



Trailing form with air-powered bar insertion.





GOMACO's sidemounted manual or hydraulic frame-mounted bar inserter.



Hydraulic high side bar inserter (SBI).

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 19 of 29



The hydraulic system includes vibration to the bar, and is designed for large bars. Vibration is applied to the bar during insertion, which provides consolidation of concrete around the bars. This system requires one vibrator circuit. The minimum slab depth required is six inches (152 mm) and the maximum bar length is 48 inches (1219 mm).



The four-track paver's hydraulic powered bar inserter is located in front of the rear paver leg at the end of the mold.

The two-track hydraulic powered bar inserter trails behind the mold and tracks.

## Trailing Form and Bar Inserter

The trailing form and manual bar inserter is designed to trail the track on a two-track paver. This system will accommodate most types of bars.













The GOMACO four-track GP3 is equipped with an IDBI attachment. The IDBI is an independent attachment that is self-contained, self-powered, and can insert transverse dowel bars into the pavement.



The hydraulic powered magazine-style side bar inserter allows personnel to load dowel bars into the clip, the bar inserter then releases a single bar and places it at the specified distance.

The photos above show the trailing form and manual bar inserter in action. When the machine stops for the header. When the slipforming begins, the trailing form is lowered and the manual bar insertion resumes.

# GOMACO's Navigator

- The GOMACO Navigator software is an optional screen for your paver to bring all of your G+® paver accessories together for easy control and monitoring.

- The touchscreen can be mounted at ground level on the paver to allow personnel the ability to fine tune the slipform paver's performance and configure settings for the GSI® (GOMACO Smoothness Indicator), SBI (side bar inserter), TBI (tie bar inserter), and PTA (power transition adjuster).

- Ground personnel can monitor the elevation and steering deviations for the machine and adjust elevation sensitivities when required. The deviation meters are customizable and can be shown in a G+ bar graph, circular, or oscilloscope/histogram mode.

- The Navigator can be configured to make G+ accessories available on older G21/G22 slipform pavers.



Navigator G+ Paver home screen shown.

# Navigator GSI®

- The GSI (GOMACO Smoothness Indicator) screen on the Navigator allows ground personnel to monitor paving smoothness for up to four GSI traces (two visible at a time) using either a real-time localized roughness graph or a simulated California profilograph.

- The machine speed is now logged, which makes it possible to relate the machine speed with the smoothness, as well as automatically track the machine's start and stop events.



The Navigator's GSI trace screen showing the simulated California Profilograph graph.

- The ACC (Accessories) tab on the Navigator will allow ground personnel to monitor the pave time operation of the tie bar inserter (TBI), side bar inserter (SBI), and power transition adjuster (PTA).

- The Navigator supports up to four PTAs. To transition the PTAs, simply enter the new target height values for each PTA, enter the transition distance, and press start transition. The yellow line represents the current height of each PTA, and the red line represents the target height for each PTA.

- Four TBIs and two SBIs are supported on the Navigator. The machine position in the current dowel bar spacings is indicated by the red vertical line that will travel across the screen when the machine is moving. When the paver (red line) passes a TBI/SBI fire position, the fire lamps are illuminated.



The SBI and TBI setup allows personnel to adjust the number of bars to be inserted and the distance between each bar. Simply set the DBI space, number of bars desired, and the bar spacings are calculated automatically.



ACC (Accessories) Screen shows how many PTAs, TBIs, and SBIs are set up on the paver, and the distance between them.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 23 of 29

# GSI® (GOMACO Smoothness Indicator)

- GSI (GOMACO Smoothness Indicator) utilizes compact and ruggedized CAN-based sonic sensors and a CAN-based digital slope sensor to read the smoothness profile anywhere on the slab's surface.

- The GSI is mounted on lightweight aluminum to allow for easy handling and assembly and less maintenance.

-  The lower profile mounting system allows the work bridge to be mounted directly above the GSI, if needed.

- A new mounting system places the GSI units evenly across the back of the paver for accurate measuring.

- Each GSI mount features a digital color LCD screen on each tracer bar providing digital diagnostics right at the sensor location.

- The optional Navigator's GSI screen provides a full diagnostics platform incorporating the GSI traces, bar insertion locations, transition adjusters, and G+ control in one location and on ground level.



Thanks to the redesigned lower-profile mounting system, the work bridge can be placed over top of the GSI tracing units.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 24 of 29



Equipped with a 5000 series paving mold, GP3 Ⅱ (GP-3000 Ⅱ) slip-form paver (Xi'an) with automatic integral side bar/tie-bar inserters.



A two-track GOMACO GP3 slipforms a project with integral curb on both sides of the slab using 3D machine guidance. This GP3 is also equipped with GOMACO Remote Diagnostics (GRD), allowing for fleet management from a cell phone or laptop computer.



The GP3 with 5400 series mold produces a smooth, clean, and sharp edge or with keyway on this new roadway project for a commercial development.

Scan to watch a video of this GP3 slipforming the roundabout.



An 18 foot (5.49 m) wide roundabout with a 22 foot (6.71 m) inside radius is being slipformed by the GOMACO GP3 four-track slipform paver using 3D machine guidance.

Case 5:20-cv-04007-CJW-KEM   Document 112-19   Filed 04/17/24   Page 26 of 29



The four-track GP3 slipforms variable barrier with the mold sidemounted on the paver and the conveyor mounted on the endcar.

HW-071709-D10

## ENGINE
Consult for options available.

## SERVICE CAPACITIES
**Fuel reservoir:** 160 gal. (605.7 L).
**Oil reservoir:** 230 gal. (870.6 L).

## AUTOMATED CONTROL SYSTEM
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system features self-diagnostics for grade and steering and smart steer controls for paving accuracy and ease in operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow operator to monitor control signals for machine guidance on stringline or 3D.

## WATER SYSTEM
**High-pressure water system:** Two 100 gal. (378.5 L) tanks. High-pressure with trigger gun control and adjustable pressure unloader for up to 2000 psi.
**Option:** Two 100 gal. (378.5 L) tanks with hoses, nozzles, and 14.5 cfm (.41 cmm) air compressor for pressurized spray system.

## SLIPFORM MOLD
One right-hand drive section, one left-hand drive section, and one center insert with power transition adjuster (PTA) section. Balance of inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

**International mold:** One right-hand drive section, one left-hand drive section, and one power transition adjuster (PTA) section. Balance of metric inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

## VIBRATORS
**Type:** Hydraulic motor-in-head powering an eccentric weight.
**Quantity:** 16 vibrators and 20 vibrator circuits are standard.

## AUGER SYSTEM
**Type:** Electronic-over-hydraulic circuitry. Reversible, hydraulically-powered split auger.

## TAMPER SYSTEM
**Type:** Electronic-over-hydraulic circuitry. Hydraulically-powered split vertical tamping system.
**Tamper speed:** Adjustable up to 120 strokes per minute.

## TWO-TRACK SYSTEM
**Type:** Two hydraulically powered, gear-driven crawler tracks.
**Overall track length:** Series 6 tracks, 12 ft. (3.66 m).
**Track pad width:** 15.75 in. (400 mm).
**Track speed:** Variable up to 28 fpm (8.53 mpm) paving and 85 fpm (25.9 mpm) auxiliary.
**Ground pressure:** 22 psi based on 77,000 lb. (34,927 kg) machine with mold and weight evenly distributed.
**Leg height adjustment:** Each leg has 36 in. (914 mm) hydraulic height adjustment and manual height adjustment of 11.75 in. (298 mm) for a total height adjustment of 47.75 in. (1212 mm).

## FOUR-TRACK TELESCOPING FRAME
**Telescoping:** 16 in. (406 mm) deep modular roller frame telescopes up to 7 ft. (2.13 m) on both sides for a total of 14 ft. (4.27 m) of telescoping capability.
**Paving widths:** 12 ft. (3.66 m) to 26 ft. (7.92 m) optional to 30 ft. (9.14 m) with additional frame inserts.

## FOUR-TRACK SYSTEM
**Type:** Four gear-driven tracks.
**Overall track length:** Series 2 track, 6.3 ft. (1.92 m) includes track fender.
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** Variable up to 42 fpm (12.8 mpm) paving and 110 fpm (33.53 mpm) auxiliary.
**Ground pressure:** 37 psi based on 80,000 lb. (36,287 kg) machine with mold and weight evenly distributed.
**Leg height adjustment:** 42 in. (1067 mm) hydraulic adjustment and manual adjustment up to 36 in. (914 mm) for a total height adjustment of 78 in. (1981 mm).
**Optional Tracks:**
**Type:** Four gear-driven tracks.
**Overall track length:** Series 2 track, 7 ft. (2.13 m) includes track fender.
**Track pad width:** 15.75 in. (400 mm).
**Track speed:** Variable up to 42 fpm (12.8 mpm) paving and 110 fpm (33.53 mpm) auxiliary.
**Ground pressure:** 24 psi based on 80,000 lb. (36,287 kg) machine with mold and weight evenly distributed.

## DIMENSIONS
**Two-Track operational with 24 ft. (7.32 m) 5000 series open-front mold.**
   **Operational length:** 16.5 ft. (5.03 m).
   **Operational width:** 31.7 ft. (9.66 m).
   **Operational height:** 11.6 ft. (3.54 m) with 10 in. (254 mm) slab.

**Two-Track transport.**
   **Minimum transport length with 24 ft. (7.32 m) 5000 Series Mold:** 29.7 ft. (9.05 m).
   **Minimum transport width:** 12.1 ft. (3.69 m).
   **Minimum transport height without mold:** 10.2 ft. (3.11 m).

**Four-Track operational with 24 ft. (7.32 m) 5000 series open-front mold.**
   **Operational length:** 21.7 ft. (6.61 m).
   **Operational width:** 32.2 ft. (9.81 m).
   **Operational height:** 12.1 ft. (3.69 m) with 10 in. (254 mm) slab.
**Four-Track transport without the mold.**
   **Minimum transport length:** 29.9 ft. (9.11 m).
   **Minimum transport width:** 9.2 ft. (2.8 m).
   **Minimum transport height:** 10.3 ft. (3.14 m).

## WEIGHTS (approximate)
**Two-Track transport weight:** 52,000 lbs. (23,587 kg) without mold.
**Two-Track operational weight:** 77,000 lbs. (34,927 kg) with 24 ft. (7.32 m) 5000 series open-front mold.
**Four-Track transport weight:** 57,000 lbs. (25,855 kg) without mold.
**Four-Track operational weight:** 80,000 lbs. (36,287 kg) with 24 ft. (7.32 m) 5000 series open-front mold.
**Note:** Transport and operational weights and dimensions are variable, depending on the number of machine options.

## ATTACHMENTS/OPTIONS
5000 series mold.
5400 series mold.
VHS, vertical hinged sideplates.
Auto-Float® attachment.
Computer-controlled power transition adjuster (PTA).
Ratchet-style edge slump.
Frame extensions.
GSI® (GOMACO Smoothness Indicator).
Sideplate extensions for bar insertion.
Manual bar inserter.
Air bar inserter.
Hydraulic bar inserter.
Bolt-on keyway attachments.
Spreader plow.
5400 series tie bar inserter.
IDBI (Independent Dowel Bar Inserter).
GOMACO Remote Diagnostics (GRD).
On-board camera.
Navigator.
Other accessories available to customize the machine to accommodate applications and customer needs.



A scab-on lane is being slipformed by the four-track GOMACO GP3, over continuous steel during a night pour on an interstate project. A GOMACO RTP-500 places the concrete in front of the GP3 from the other side of the barrier.

Cover Photo: HW-051606-D14

Manufactured under one or more of the following U.S. or foreign patents: 6,450,048; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; CA2,864,902; CA2,591,177; 8,855,967; 8,682,622; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,567,715; 9,624,626; 9,637,872; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,982,399; 9,963,836; 10,005,489; 10,206,016; AU2018100400; AU2019100743; and patents pending.

GOMACO, Auto-Float, GOMACO Smoothness Indicator (GSI), and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

## -- SAFETY BY DESIGN --

The GP3 is carefully designed to give years of dependable and safe service. The emergency stop buttons are on the operator's console and on the corners of the machine, which are easily accessible from the ground level. The machine is equipped with a backup alarm, which is designed to alert personnel around the machine when the tracks are set to operate in reverse. Other safety features include track guards, warning decals, operator horn, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator with excellent visibility over the entire paving operation.

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: 44-1993-705100
E-mail: pavinguk@gomaco.com



*The Worldwide Leader in Concrete Paving Technology*

GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar.



Quality Policy: We Shall Meet Or Exceed Our Customers' Expectations.