# Exhibit 23

# GT-3600
## HYBRID



- The Xtreme GT-3600 is now available as a hybrid machine! The industry's first hybrid curb and gutter machine.

- The prototype machine is powered by:
  – 74 horsepower (55 kW) engine.
  – 48 volt generator/motor.
  – Four (up to six) 7 kWh capacity lithium-ion batteries providing supplemental power when needed.

- The diesel engine operates at its peak efficiency point at all times.
  – When less than peak power is required by the Xtreme GT-3600 Hybrid, the excess power operates the onboard generator/motor in "Generator Mode" to charge the lithium-ion batteries.
  – When more than 74 horsepower (55 kW) is required, the GOMACO-exclusive G+® control system switches the generator/motor into "Motor Mode" to provide extra horsepower.

- The GOMACO-exclusive G+ control system regulates the power flow for load and efficiency.

- Hybrid system offers an estimated 10 to 15 percent fuel savings or more, based on machine application and job-site conditions.

- Eliminates the inconvenience and extra expense of DEF (Diesel Exhaust Fluid).

- Caterpillar C2.8 with U.S. EPA and CARB Tier 4 Final/ EU Stage V diesel engine.

- The Xtreme GT-3600 Hybrid is available with GOMACO Remote Diagnostics (GRD).

- A larger rear-platform houses the lithium-ion batteries. Overall size of the GT-3600 did not increase, it features the same frame and engine shroud as the current model.

- Currently available on Xtreme GT-3600 only.

- Xtreme GT-3600 features:
  – Xtreme Steering Capabilities with rotary-sensored slew drives on each of the three tracks.
  – Xtreme Intelligence with repeatable mold offset.
  – Xtreme Hydraulic Package for independent hydraulic travel control to each track.
  – Xtreme Radius to slipform a 24 inch (610 mm) radius.

**GOMACO**
The Worldwide Leader in Concrete Paving Technology

# GT-3600 Hybrid Curb and Gutter Machine



On-board water system designed with safety in mind. The 100 gallon (378.5 L) water tank is bottom filling and does not require a ladder to fill.

Telescoping operator's platform provides easy access and ultimate operator visibility.

Smart power-swing front leg.

Rotary-sensored slew drive.

Sideshifting trimmerhead with 48 inches (1219 mm) of hydraulic sideshift, 16 inches (406 mm) of hydraulic vertical adjustment.

Vertical-lifting mold and smart sideshifting mold.

Smart telescoping right leg.

Four lithium-ion batteries provide supplemental power during the paving operation when needed. The GT-3600's battery box can accommodate up to six batteries.

The operator's platform has two access points. The ladder folds out of the way for transport or operation.

GOMACO's Hook-and-Go system.

Tool box.

Smart power-slide rear leg.

Exclusive independent adjustable stainless steel troweling section seals and provides a superior GOMACO finish.

Larger rear operator's platform houses the lithium-ion batteries.

Each leg has 36 inches (914 mm) of hydraulic leg height adjustment and an additional manual adjustment of eight inches (203 mm).

Three hydraulically powered, gear-driven crawler tracks, six feet (1.83 m) long.

Emergency stop buttons are located at strategic areas around the machine.

Case 5:20-cv-04007-CJW-KEM   Document 112-21   Filed 04/17/24   Page 3 of 5



*The GT-3600's sideshifting trimmerhead has four feet (1.22 m) of hydraulic sideshift, and 16 inches (406 mm) of hydraulic vertical adjustment.*

*Smart leg placement allows ultimate maneuverability around job-sites and loading and unloading the curb and gutter machine.*

# GT-3600 Hybrid Preliminary Specifications

**ENGINE**
**Model:** Caterpillar C2.8
**Emission Level:** U.S. EPA & CARB Tier 4 Final/EU Stage V.
**Power:** 74 hp (55 kW) at 2200 rpm.

**SERVICE CAPACITIES**
**Fuel reservoir:** 41 gal. (155 L).
**Hydraulic oil reservoir:** 104 gal. (394 L).

**GENERATOR/MOTOR:**
**Voltage:** 48 volt.

**AUTOMATIC CONTROL SYSTEM**
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+ control system for paving accuracy and ease of operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow operator to monitor control signals for machine guidance on stringline or 3D.
**Reverse auto control:** Single switch sets controls for automated control with machine traveling in reverse.
**Remote control:** Tethered remote control handset included for operator convenience.

**WATER SYSTEM**
**Type:** On-board water system.
**Capacity:** 100 gal. (378.5 L) water tank with hydraulically driven pump, hose, and nozzle.

**SLIPFORM MOLD**
**Curb and gutter mold:** Optional molds available for curb and gutter, barrier, parapet, and more.

**VIBRATORS**
**Type:** Hydraulically powered, motor-in-head, variable speed, independently controlled, and synchronized with machine movement.
**Quantity:** Four hydraulic circuits and two hydraulic vibrators with mounts included with each machine.

**MOLD & HOLD-DOWN ASSEMBLY**
**Hydraulic lift:** 18 in. (457 mm) pressure-compensated hydraulic vertical adjustment with 16 in. (406 mm) manual vertical adjustment, allowing up to 34 in. (864 mm) of vertical adjustment.
**Sideshift distance:** 48 in. (1219 mm) maximum hydraulic sideshift.

**SUBGRADE TRIMMER** (sectionalized)
**Direct-drive trimmer:** Trimmerhead is directly driven with a radial piston hydraulic motor which provides maximum torque for trimming capacity. 24 in. (610 mm) diameter trimming wheel.
**Trimmer wheel rotation:** Upward cut.
**Width:** 24 in. (610 mm) to 66 in. (1676 mm) sectionalized trimmerhead with hydraulic sideshift capability. Right-hand discharge standard.
**Sideshift distance:** 48 in. (1219 mm) maximum hydraulic sideshift.
**Hydraulic lift trimmer:** 16 in. (406 mm) hydraulic vertical adjustment.

**CHARGING CONVEYOR**
**Type:** Hydraulically powered, reversible with charging hopper. Pivot mount conveyor with hydraulic lift and positioning.
**Length:** 16 ft. (4.88 m).
**Width:** 24 in. (610 mm).
**Belt speed:** Variable up to 284 fpm (86.6 mpm).
**Conveyor mount:** 42 in. (1067 mm) hydraulic slide adjustment with hydraulic tilt cylinder and manual pivoting mount (slide and tilt) for negotiating discharge from the ready-mix truck and negotiating grade variations. Allows truck positioning to front or side of machine. Hydraulically powered mount controls conveyor angle.
**Belt wiper:** Features a solid polyurethane blade and torsional spring for quick maintenance and superior cleaning results.
**Hopper:** Designed for more concrete capacity to allow slipforming a complete radius without waiting for concrete delivery.

**TRACK SYSTEM**
**Type:** Three hydraulically powered, gear-driven crawler tracks.
**Track length:** 6 ft. (1.83 m) fender to fender.
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** Variable up to 42 fpm (12.8 mpm) paving, and variable up to 125 fpm (38 mpm) auxiliary.
**Track tension:** Fully automatic, hydraulically locks in on machine start-up, maintaining a steady tension of the track chain.
**Leg height adjustment:** Each leg has 36 in. (914 mm) hydraulic adjustment and an additional manual adjustment of 8 in. (203 mm).
**Telescoping leg for positioning right-front track:** Hydraulically controlled, allows 24 in. (610 mm) lateral track adjustment range.
**Power-slide leg for positioning rear track:** Hydraulically controlled, allows up to 36 in. (914 mm) lateral track movement.
**Power-swing pivoting left-front track mount:** Hydraulically positions left-front track up to 21 in. (533 mm) to the left or up to 12.25 in. (311 mm) to the right of the straight-ahead position.

**DIMENSIONS**
**Transport length:** 22.3 ft. (6.8 m) with conveyor. 17.5 ft. (5.33 m) without conveyor.
**Transport height:** 9.1 ft. (2.77 m) with trimmerhead.
**Transport width:** 8.4 ft. (2.56 m) with trimmerhead. 8.3 ft. (2.5 m) without trimmerhead.
**WEIGHT** (approximate):
29,550 lbs. (13,404 kg). Weight can vary depending on size of mold and options.
**Note:** Transport and operational weights and dimensions are variable, depending on machine options.

**OPTIONS**
Barrier/parapet sidemount attachment.
Maximum slipforming height of 50 in. (1270 mm).
Guillotine-style curb depressor has a straight blade that enters the face of the curb. Hydraulically powered, for use on curb and gutter molds while slipforming through driveways. Can be changed to other molds if they are slotted and clamped to accept the driveway cutout.
California-style curb depressor has a curved blade that enters the face of the curb. Hydraulically powered, for use on curb and gutter molds while slipforming through driveways.
Hydraulic pressure-compensated sideplates.
Additional vibrators and mounts.
Left-hand discharge trimmerhead.
Curb and gutter molds will be built to customer specifications. Various mold options are available.
High-pressure water system, includes trigger gun control and adjustable pressure unloader for up to 2000 psi.
Polyurethane track pads, 81 pads required.
Radius wheels for use on radius work, saving time on stringline set-up.
3D package for stringless guidance.
Other options are available to customize the machine to accommodate applications and customer needs.



*The Worldwide Leader in Concrete Paving Technology*

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: 44-1993-705100
E-mail: pavinguk@gomaco.com

Manufactured under one or more of the following U.S. or foreign patents: 7284472, 7517171, 7850395, 7845878, 8682622, 8855967, 9051696, 9180909, 9200414, 9404228, 9428869, 9458581, 9464716, 9541195, 9567715, 9624626, 9637872, 9644328, 9663162, 9670627, 9739019, 9764762, 9869063, 9963836, 9982399, 10005489, 10206016, 10501913, 10822029, 10940883, 11060245, 11149388, 11254359, 11686053, 11702803, 11713073, AU2018100400, AU2018211060, AU2019100743, AU2020201238, CA2591177, CA2864902, CA2899768, CA2984201, EP3294955, EP3571111, JP6768709, KR10-2256018, IDP000068640, RU2757433, RU2760718, and patents pending.

GOMACO and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2024 (01GOMACO)

GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar. Quality Policy: We Shall Meet or Exceed Our Customers' Expectations.

