# Exhibit 24

   

**Active Patents as of January 22, 2024:**

Guntert & Zimmerman Const. Div., Inc. (G&Z) is a provider of paving equipment. G&Z's technology is used in the equipment and products sold by the company and those offered by its commercial partners.

This page is intended to serve as notice under 35 U.S.C. Section 287(a).

The following U.S. Patents apply to G&Z products:

| PATENTED ARTICLE BY MODEL | ASSOCIATED PATENT NUMBER(S) (PATENTED ARTICLE MAY BE COVERED BY ONE OR MORE OF THE FOLLOWING U.S. PATENTS) | ASSOCIATED PUBLISHED PATENT APPLICATION(S) |
|---|---|---|
| G&Z S400 Concrete Slipform Paver | BE 2419566 | |
| | DE 60 2010 033 657.3 | |
| | EP 2419566 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |
| | US 8459898 | |
| | US 9359727 | |
| | US 10053167 | |
| | DE 102011010479 | |
| | DE 102011014666 | |
| | US 10589807 | |
| | US 11535318 | |
| | US 11772723 | |
| G&Z S600 Concrete Slipform Paver | BE 2419566 | |
| | DE 60 2010 033 657.3 | |
| | EP 2419566 | |
| | NL 2419566 | |
| | PL 2419566 | |
| | US 7950874 | |
| | US 8118518 | |
| | US 8459898 | |
| | US 9359727 | |
| | US 10053167 | |
| | DE 102011010479 | |
| | DE 102011014666 | |
| | US 10589807 | |
| | US 11535318 | |
| | US 11772723 | |
| G&Z S850 Concrete Slipform Paver | BE 2419566 | |

Case 5:20-cv-04007-CJW-KEM    Document 112-22    Filed 04/17/24    Page 2 of 3

|  |  |  |
|---|---|---|
|  | DE 60 2010 033 657.3 |  |
|  | EP 2419566 |  |
|  | NL 2419566 |  |
|  | PL 2419566 |  |
|  | US 7950874 |  |
|  | US 8118518 |  |
|  | US 8459898 |  |
|  | US 9359727 |  |
|  | US 10053167 |  |
|  | DE 102011010479 |  |
|  | DE 102011014666 |  |
|  | US 10589807 |  |
|  | US 11535318 |  |
|  | US 11772723 |  |
| G&Z S1500 Concrete Slipform Paver | BE 2419566 |  |
|  | DE 60 2010 033 657.3 |  |
|  | EP 2419566 |  |
|  | NL 2419566 |  |
|  | PL 2419566 |  |
|  | US 7950874 |  |
|  | US 8118518 |  |
|  | US 8459898 |  |
|  | US 9359727 |  |
|  | US 10053167 |  |
|  | DE 102011010479 |  |
|  | DE 102011014666 |  |
|  | US 10589807 |  |
| G&Z Dowel Bar Inserter | US 8382396 |  |
|  | US 9039322 |  |
|  | US 9359726 |  |
|  | US 10738421 |  |
|  | US 11193244 |  |
| G&Z PS1200 Placer Spreader | US 7311465 |  |
|  | US 7316522 |  |
|  | US 7458748 |  |
| G&Z MP550 Material Placer | US 10760226 |  |
|  | US 11186958 |  |

**about**
company profile
paving school
careers
library

**news**

**products**
concrete paving equipment
canal lining equipment
wheel trenchers

**parts & service**
parts department
service department

**contact**
privacy statement



© 2020 Guntert & Zimmerman Const. Div., Inc.

Case 5:20-cv-04007-CJW-KEM   Document 112-22   Filed 04/17/24   Page 3 of 3

https://www.guntert.com/patents.html                                                                                                                          2/2