# Exhibit 25




# Press Release

## GOMACO's Xtreme Line of Concrete Curb and Gutter Pavers on Display at CONEXPO-CON/AGG 2020

Ida Grove, IA, USA – GOMACO Corporation designs and builds their full line of concrete paving equipment to slipform the challenging projects, the tight radii, and the unique applications with a quality end product their owners take pride in. GOMACO will be bringing the majority of their product line to CONEXPO-CON/AGG 2020 so contractors can see first-hand the many benefits of owning an Xtreme paver.

GOMACO's Xtreme line of concrete curb and gutter machines will be featured in the GOMACO booth as part of the company's display. The new pavers feature Xtreme steering capabilities with rotary-sensored slew drives on each track, Xtreme intelligence with smart hydraulic cylinders combined with G+ control, Xtreme hydraulic packages with independent hydraulic travel circuits to each track with G+ control on each individual track's speed and smooth travel around radii, and Xtreme radius capabilities when paving with 3D guidance or stringline.

The GOMACO 3300 is GOMACO's multi-application paver with a symmetrical design for right-side and left-side paving. It can also be equipped with a mold mounting kit to undermount a paving mold and be utilized as a transverse slipform paver. The 3300 will be displayed for the first time ever this show season with a 12 foot (3.7 m) wide undermounted transverse paving mold. The GOMACO G+ control system is the magic behind the 3300's transverse paving ability. The operator simply uses G+ controls to turn the 3300's tracks 90 degrees into the transverse position and transverse paving configuration. In this configuration, the 3300 is capable of paving entrance/exit ramps, sidewalk/walking trails, dolly pads, polymer overlays, and more. Then, when flat paving applications are complete, the contractor can drop the paving mold, press the button on the G+ digital control screen to put the 3300 into curb and gutter mode, and it becomes a fully functional curb and gutter machine capable of slipforming a large variety of applications including tight radii. Its versatility is endless. GOMACO will also showcase a 3300 right-side mounted barrier mold so show attendees can see in person the 3300's versatility.



A GOMACO 3300 slipforms 10 foot (3 m) wide sidewalk with an undermounted transverse paving mold on a project in Indianapolis, Indiana.

Other Xtreme curb and gutter machines in the GOMACO booth capable of slipforming tight radii are the Xtreme GT-3600 and Commander IIIx. The Xtreme Commander IIIx and GT-3600 are the curb and gutter machines contractors rely on for high-production, maximum quality curb and gutter, barrier, parapet, sidewalk, recreational path, small canal, water channel, and more, multi-application slipform machines. And both can slipform a 24 inch (610 mm) radius. Rotary-sensored slew drives and smart hydraulic cylinders allow the G+ control system to know the position of all three tracks of the curb and gutter machines to make as needed steering adjustments. Independent hydraulic travel circuits to each track allow G+ to control each track's speed through the radius. Both machines also feature the GOMACO three-sensor radius system when paving on stringline. The radius system allows the lead steering wand to leave the stringline and switch reference to the second sensor for traveling around the tight radius. The Xtreme turning capabilities also make them the ideal machines for navigating around job-site obstacles, getting on and off stringline and paving passes, and loading and unloading the machine for transport.

Rounding out GOMACO's curb and gutter machine line up at CONEXPO-CON/AGG 2020 will be the GT-3200, GOMACO's compact curb and gutter paver. The curb and gutter machines on display will feature the different stringline and stringless paving options from Topcon, Leica Geosystems and Trimble. GOMACO equipment has been paving with 3D systems for over 20 years and is able to seamlessly integrate with the three major suppliers of stringless systems.

GOMACO Corporation (www.gomaco.com) is the worldwide leader in concrete construction equipment with headquarters in Ida Grove, Iowa, USA, and our subsidiary GOMACO International Limited located in the United Kingdom. GOMACO equipment will slipform concrete streets and highways, airport runways, curb and gutter, sidewalks and recreational trails, farm roads, animal sheds, concrete safety barrier, bridge parapet, slab track for rails, tunnels, irrigation canals and dams. Support equipment includes grade trimmers, material handling placers, concrete placer/spreaders, and concrete surface texturing and curing machines. The company also offers a range of equipment to finish flat slabs, bridge decks, and slopes. GOMACO will consult on unique concrete paving applications and in turn develop suitable equipment. Products are offered through a worldwide distributor network for local sales, parts and service expertise.

Case 5:20-cv-04007-CJW-KEM   Document 112-23   Filed 04/17/24   Page 2 of 3





© 1998-2024 GOMACO Corporation
121 E. State Highway 175, Ida Grove, Iowa, USA

800-831-2320 / 712-364-3347

Contact Us (No Vendors Please)

    

**About Us**
About GOMACO
Directions & Lodging
Contact Us (No Vendors Please)
Federal Transparency in Coverage

**Press Releases**
Press Releases
GOMACO World Magazine
Subscribe To GOMACO World

**Career Opportunities**
Current Job Postings

**Training**
GOMACO University

**Product Line**
Curb & Gutter
Slipform Pavers
Placer/Spreaders
Trimmer/Placers
Texture/Cure Machines
Finishers
Support Equipment
International Literature
Airports
Canals
Road Building
Tunnel & Rail
Dams & Spillways
Stringless Technology

Diecast Models

**Distributor Locator**
United States
Canada
International

**Resources**
Distributors' Corner
GOMACO Store
Photo Showcase
Sitemap
Patents
Godbersen Equipment Company (GEC)
Gomaco Trolley Company
BOBALEE Hydraulics

Case 5:20-cv-04007-CJW-KEM    Document 112-23    Filed 04/17/24    Page 3 of 3