IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONST. DIV., INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GOMACO CORP., an Iowa Corporation, <br><br> Defendant. | Case No. 5:20-cv-04007-CJW-KEM <br><br> **DECLARATION OF JAMES HANNAH IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

I, James Hannah, declare:

1. I am an attorney licensed to practice law in the State of California and a partner at Kramer Levin Naftalis and Frankel LLP, counsel of record for Plaintiff Guntert and Zimmerman Construction Division, Inc ("G&Z"). I submit this declaration in support of G&Z's Motion for Leave to File Second Amended Complaint ("SAC") ("Motion").

2. I have conferred personally, in good faith, with counsel for Defendant Gomaco Corp. ("Gomaco") about the proposed SAC, both over the phone and through correspondence, from March 20, 2024 to April 2, 2024. Counsel for Gomaco indicated that they oppose this motion.

3. Attached to G&Z's Motion as Exhibit A is G&Z's proposed SAC in its entirety.

4. Attached to G&Z's Motion as Exhibit B is a redline showing the amendments between G&Z's Amended Complaint filed on June 4, 2020 (Dkt. No. 29) and G&Z's proposed SAC.

5. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 11,535,318 B2, dated December 27, 2022, issued to G&Z, also attached as Exhibit 18 to the

1

proposed SAC.

6. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 11,772,723 B2, dated October 3, 2023, issued to G&Z, also attached as Exhibit 19 to the proposed SAC.

7. Attached hereto as Exhibit 3 is a true and correct copy of a brochure describing Gomaco's full line of products, available at http://www.gomaco.com/downloads/FullLine_English.pdf, last visited on April 17, 2024.

8. Attached hereto as Exhibit 4 is a true and correct copy of a brochure for Gomaco's Three-Track Commander III, Four-Track Commander III, and Xtreme Commander IIIx, available at http://www.gomaco.com/downloads/CIII_brochure.pdf, last visited on April 17, 2024.

9. Attached hereto as Exhibit 5 is a true and correct copy of a brochure for Gomaco's GP-2400, available at http://www.gomaco.com/downloads/gp2400brochure.pdf, last visited on April 17, 2024.

10. Attached hereto is Exhibit 6 is a true and correct copy of a brochure for Gomaco's Two-Track GP3 and Four-Track GP3, available at http://www.gomaco.com/downloads/GP3_brochure.pdf, last visited on April 17, 2024, also attached as Exhibit 21 to the proposed SAC.

11. Attached hereto as Exhibit 7 is a true and correct copy of a brochure for Gomaco's Two-Track GP4 and Four-Track GP4, available at http://www.gomaco.com/downloads/GP4_brochure.pdf, last visited on April 17, 2024, also attached as Exhibit 22 to the proposed SAC.

12. Attached hereto as Exhibit 8 is a true and correct copy of a brochure for Gomaco's GT-3600, available at https://www.gomaco.com/downloads/gt3600_brochure.pdf, last

visited on April 17, 2024.

13. Attached hereto as Exhibit 9 is a true and correct copy of a brochure for Gomaco's Xtreme GT-3600, available at https://www.gomaco.com/downloads/gt3600_xtreme_brochure.pdf, last visited on April 17, 2024.

14. Attached hereto as Exhibit 10 is a true and correct copy of a brochure for Gomaco's Xtreme GT-3600 Hybrid, available at https://www.gomaco.com/downloads/gt3600_hybrid_brochure.pdf, last visited on April 17, 2024, also attached as Exhibit 23 to the proposed SAC.

15. Attached hereto as Exhibit 11 is a true and correct copy of a Gomaco press release titled: "GOMACO's Xtreme Line of Concrete Curb and Gutter Pavers on Display at CONEXPO-CON/AGG 2020," available at https://www.gomaco.com/resources/pressreleases/pressreleases_conexpo_2020_xtreme.html, last visited on April 3, 2024, also attached as Exhibit 25 to the proposed SAC.

16. Attached hereto as Exhibit 12 is a true and correct photo of G&Z's S850SL product, also attached as Exhibit 20 to the proposed SAC.

17. Attached hereto as Exhibit 13 is a true and correct capture of G&Z's webpage listing all active patents and the products they cover, dated January 22, 2024, available at https://www.guntert.com/patents.html, last visited on April 16, 2024, also attached as Exhibit 24 to the proposed SAC.

18. Attached hereto as Exhibit 14 is a true and correct copy of an article titled "Gomaco GT 3600 Hybrid Walk-Around," dated January 31, 2024, available at https://www.constructionequipment.com/paving-equipment-materials-production/video/33035528/gomaco-gt-3600-hybrid-walk-around, last visited on April 17, 2024.

19. Attached hereto as Exhibit 15 is a true and correct copy of a Gomaco LinkedIn webpage showing Gomaco's GT-3600 Hybrid, available at https://www.linkedin.com/posts/tradelinkmedia_gomaco-gt-3600-hybrid-activity-7160192810170671104-QrYV, last visited on April 17, 2024.

20. Attached hereto as Exhibit 16 is a true and correct copy of a document titled "Order Denying Defendant's Partial Motion to Dismiss," filed on June 6, 2023 as Docket No. 108 in the matter *FUJIFILM Sonosite, Inc. v. Butterfly Network, Inc.*, Case No. 1:22-cv-00309-JPM (D. Del.).

21. Attached hereto as Exhibit 17 is a true and correct copy of a document titled "Order," filed on August 29, 2017 as Docket No. 103 in the matter *Traxxas, L.P. v. Hobbico, Inc.*, No. 2:16-cv-00768-JRG-RSP (E.D. Tex.).

22. Attached hereto as Exhibit 18 is a true and correct copy of the Mandate issued on February 27, 2024 as Docket No. 62 in the matter *Guntert & Zimmerman Const. Div., Inc. v. Godbersen-Smith Const. Co.*, No. 22-1831 (Fed. Cir.).

23. Attached hereto as Exhibit 19 is a true and correct copy of a document titled "Order," filed on August 10, 2020 as Docket No. 78 in the matter *Nitride Semiconductors Co. v. Digi-Key Corp.*, No. 17-cv-04359 (D. Minn.).

24. Attached hereto as Exhibit 20 is a true and correct copy of a document titled "Order," filed on January 23, 2023 as Docket No. 29 in the matter *Triumph LLC v. B. Braun Med., Inc*, No. 3:22-cv-01177-L (N.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct. Executed on April 17, 2024 in Redwood Shores, California.

*/s/ James Hannah*
James Hannah

Respectfully submitted,

By: */s/ Paul J. Andre*

| | |
|---|---|
| Paul D. Lundberg (#WO0003339) | Paul J. Andre (admitted *pro hac vice*) |
| (Lead Counsel) | Lisa Kobialka (admitted *pro hac vice*) |
| GOOSMANN LAW FIRM | James Hannah (admitted *pro hac vice*) |
| 510 5th Street | KRAMER LEVIN NAFTALIS |
| Sioux City, IA  51101 | & FRANKEL LLP |
| (712) 226-4000 | 333 Twin Dolphin Drive, Suite 700 |
| lundbergp@goosmannlaw.com | Redwood Shores, CA 94065 |
| | (650) 752-1700 |
| Dated: April 17, 2024 | pandre@kramerlevin.com |
| | lkobialka@kramerlevin.com |
| | jhannah@kramerlevin.com |

*Attorneys for Plaintiff*
*Guntert & Zimmerman Const. Div., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to the following counsel of record.

| | |
|---|---|
| Luke J McCammon<br>David Mroz<br>Sonja W Sahlsten<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>luke.mccammon@finnegan.com<br>david.mroz@finnegan.com<br>sonja.sahlsten@finnegan.com | Thaddeus E. Cosgrove<br>Cosgrove Law Firm<br>102 N Main<br>PO Box 50<br>Holstein, IA 51025<br>cosgrove1@frontiernet.net |

*Counsel for Defendant*
*Gomaco Corp.*

By: */s/ Paul J. Andre*
Paul J. Andre
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752-1700
pandre@kramerlevin.com