# Exhibit 3



GOMACO Corporation was founded by Harold and Gary Godbersen, and began selling equipment in 1965 in Ida Grove, Iowa, USA. The company manufactured and marketed three original products for finishing bridge decks, the RC-120 side discharge conveyor, F-500 double-oscillating screed finisher (USA patent number 3,299,786) and the Spanit® Work Bridge. Today, GOMACO manufactures 35 different models of concrete paving and support equipment, has sold equipment into more than 125 countries, and has a worldwide distributor network to sell and support their equipment. GOMACO's European headquarters, with full sales and service offices, is located in Witney, England.

GOMACO Corporation (www.gomaco.com) is the worldwide leader in concrete construction equipment, with headquarters in Ida Grove, Iowa, USA. GOMACO equipment will slipform concrete streets and highways, airport runways, curb and gutter, sidewalks and recreational trails, safety barrier, bridge parapet, and irrigation canals. Support equipment includes 3D machine guidance systems, grade trimmers, concrete placers, concrete placer/spreaders, and texturing and curing machines. The company also offers equipment to finish flat slabs, bridges, and slopes. GOMACO will consult on unique concrete paving applications and equipment needs.



Case 5:20-cv-04007-CJW-KEM   Document 112-29   Filed 04/17/24   Page 3 of 31

*GOMACO Corporation's manufacturing plant #2 in Ida Grove, Iowa, USA.*

OF-110905-D1

# Canal Slipform Trimmers/Pavers

- Canal slipforming option is available with any GOMACO paver.

- Customized canal paver, along with other support equipment, to match project specifications.

- Available concrete distribution system in front of paver features an auger for moving the concrete down the slope and a system of baffles to collect the material and keep it from sliding to the bottom.

- Transverse and longitudinal joint cutters available.

- Paver runs off stringline, grade skis, or 3D guidance systems.

- Ability to insert water stop material, on-the-go, into the wet concrete.

- Paver can be equipped for slope and converted to flat paving projects for total machine versatility.



SLJ-120713-D2

# C-450 and SL-450

- The C-450 cylinder finisher is designed for finishing bridge decks, streets, or nearly any flat slab project. The SL-450 cylinder finisher is designed for finishing canal or slope projects.

- Frame width for the C-450 with transitional frame is up to a maximum of 104 feet (31.7 m). Frame width without the transitional frame is up to 72 feet (21.95 m).

- End panel drive, positioned at either end of the frame, is designed for ease in controlling travel speed and direction of the carriage.

- Traction drive system with two hydraulically-driven flanged wheels, 3.25 inch (83 mm) double-flanged bogie wheels for two inch (51 mm) square tubing or cupped wheels to run on two inch (51 mm) pipe.

- Hydraulic power transition adjusters (PTAs) are available for on-the-go crown elevation changes made automatically from the operator's console. On-the-go automatic advance and self-widening features are standard.

- Optional GOMACO high-production screed is available.



CL-06211S-DJ5

CL-06211B-D13

The optional GOMACO high-production screed can advance as much as four feet (1.22 m) in a single pass to drastically reduce your finishing time, providing savings in your concrete delivery cost and total project labor.

Case 5:20-cv-04007-CJW-KEM    Document 112-29    Filed 04/17/24    Page 5 of 31

# 650 Series

- The 650 Series cylinder finishers are ideal for finishing city streets, highways, building slabs, parking lots, airport aprons, slopes, and almost any concrete slab.

- Finishing widths up to 51 feet (15.54 m) with the 650 Series.

- All-welded steel, pin-connected sections provide fast setup time and the versatility to fit exact job requirements.

- The 650 Series has a self-contained hydraulic console with easy-to-operate controls.

- The 650 Series is designed for fast concrete spreading and finishing, strict tolerances, even on 1:1 (45 degree) slopes, with a minimal amount of handfinishing.

- The 650 Series is available as a form riding cylinder finisher with two hydraulically-driven bogies and two idler bogies, or as a slipform cylinder finisher with two hydraulically gear-driven crawler tracks.

- Hydraulic power transition adjusters (PTAs) are available for on-the-go crown elevation changes made automatically from the operator's console. On-the-go automatic advance is available.

- Optional GOMACO high-production screed is available.



SL-04090I-D11

# C-750 and SL-750

- The C-750 cylinder finisher is designed for bridge decks and flat slabs and the SL-750 for slope and canal finishing.

- The C-750 provides high-production results with one-pass finishing widths up to 160 feet (48.77 m), without overhead truss assembly required.

- Automatic advance allows the machine to automatically advance to any pre-set distance at the end of each carriage pass.

- Automatic self-widening can control the carriage travel distance through the use of proximity switches for widening or tapering of decks.

- The console and operator's platform is designed to be positioned anywhere within the framework sections providing excellent operator visibility.

- Power transition adjuster (PTA) is hydraulically operated for on-the-go grade elevation changes.

- Optional GOMACO high-production screed is available.



SL-031610-D17

# RC Conveyor/Slope Conveyor

- RC Conveyor and slope conveyor designed to place concrete across flat slabs or on slopes up to 135 feet (41.15 m) wide.

- 24 inch (610 mm) frame depth for spans up to 75 feet (22.86 m) and 32 inch (813 mm) frame depth for spans up to 135 feet (41.15 m).

- Bogies designed to allow frame to be set at any skewed angle up to 55 degrees.

- Concrete is discharged directly into the receiving hopper from ready-mix trucks.

- Conveyor with double-flanged or cupped, steel trolley wheels runs on any type of rail system or paving forms.

- Conveyor counterbalanced with console and receiving hopper at opposite ends, removing operator from congested area.

- Diverter car discharges to the front or rear and is operated by hydraulically powered, positive chain drive.



SL-061309-D4

# 9500

- High-volume trimming and placing machine.

- Sectionalized trimmer widths up to 18.7 feet (5.7 m).

- Front-mounted trimmer allows for trimming to the end of each pass or within inches (millimeters) of front obstacles. Designed for easy removal of trimmerheads for transport. Sidemounted trimmer available for shoulder work.

- 35 foot (10.67 m) long rear conveyor has 160 degrees of hydraulic swing and hydraulic height adjustment up to 16.2 feet (4.94 m).

- Placer receiving hopper, 11.9 feet (3.63 m) wide and a capacity of 1.47 cubic yards (1.12 m³), and auger diameter of 12 inches (305 mm).

- Optional hydraulic front lifting arms, for ease in loading and unloading of trimmerheads.

- Optional folding conveyor.



FT-042001-D15

9

# RTP-500

- High-volume placer with high-speed mobility.

- The auger-style receiving hopper is 10.75 feet (3.28 m) wide and working capacity is 4.75 cubic yards (3.63 m³). Equipped with pivoting roller or quick-hitch for truck pusher.

- Hopper features 12 inch (305 mm) hydraulic vertical adjustment to allow for gate height on end dump trucks. Shaft-mounted eccentric vibrators provide vibration for emptying the hopper after each load and increased flowability.

- 36 inch (914 mm) wide transfer conveyor moves material quickly to the rear placing conveyor at speeds up to 608 feet per minute (185 mpm).

- 35 foot (10.67 m) long and 36 inch (914 mm) wide, hydraulically folding, rear placing conveyor. 12 foot (3.66 m) hydraulic elevation adjustment and 170 degree hydraulic swing.



HW-022110-D1

Case 5:20-cv-04007-CJW-KEM   Document 112-29   Filed 04/17/24   Page 10 of 31

- Two-track machine designed to place and spread materials from 12 feet (3.66 m) up to 32 feet (9.75 m).

- Unique frame hydraulically telescopes on left side up to 6.5 feet (1.98 m).

- Hinged belt hydraulically raises in eight seconds and lowers in six seconds.

- Belt can be mounted to the right or left side of the placer, and accommodates both end dump trucks and ready-mix trucks.

- Hydraulic conveyor deflector directs the flow of concrete at the discharge end of conveyor.

- The auger system provides the final spreading with a reversible, hydraulically-powered 20 inch (508 mm) diameter split auger.

- PS-2600, equipped with the GOMACO rock hopper, provides high-production placing and spreading of aggregate.



HW-102104-D10

11

# GP360

- High-production placer/spreader up to 36 feet (10.97 m) wide.

- Equipped with a 60 inch (1524 mm) conveyor belt that is designed to hold up against heavy loads from end-dump trucks.

- The prime mover can be converted into a GP3 two-track slipform paver, and allows paving up to 30 feet (9.14 m) wide.

- The belt can be mounted for right-side or left-side haul roads.

- The strike-off features independent vertical adjustment to control the placed concrete depth without raising and lowering the prime mover. The placement depth can be accomplished from the optional GOMACO Navigator on the concrete paver, giving the GP360 true M2M communications.

- The GOMACO strike-off features a PTA (Power Transition Adjuster) for crown adjustment with the placed material.



Case 5:20-cv-04007-CJW-KEM    Document 112-29    Filed 04/17/24    Page 12 of 31

## Xtreme Commander IIIx

- Ability to pour a 24 inch (610 mm) radius.

- Xtreme radius curb and gutter machine.
  - Xtreme steering capabilities.
  - Xtreme intelligence.
  - Xtreme hydraulic package with independent track travel circuits.
  - G+® radius software.
  - Smart telescoping right leg.
  - Smart power-swing front left leg.
  - Smart power-slide rear leg.
  - Smart sideshifting of the mold for repeatable mold offset.

## Commander III

- The choice for various applications, including curb and gutter, monolithic sidewalk, barrier, slotted drains, roll-over curb, parapet, irrigation channels, and paving widths up to 16 feet (5 m) wide.

- All-Track Steering (ATS) for loading, job-site mobility, and setting the machine to line quickly. All-Track Positioning (ATP) gives the contractor more options for dealing with obstacles, job-site logistics, and various applications.

- The pivoting operator's console is about visibility and hands-on control. Operators can position the console for better visibility of travel during different applications.



Case 5:20-cv-04007-CJW-KEM   Document 112-29   Filed 04/17/24   Page 13 of 31

- Three-track slipform paver.

- Designed for right-side and left-side pour.

- An intelligent multi-application paver.
  – Smart front pivot arms.
  – Smart power-slide on rear leg.
  – Extreme steering capabilities.
  – G+® radius software.
  – Smart sideshifting of the mold for repeatable mold offset.

- Sliding console for operating off either side and locks out of sight when not in use.

- GOMACO's Hook-and-Go mold mounting system for quick mold changes.

- All-Track Steering for tight radius work up to 24 inches (610 mm) and job-site mobility.

- Multi-application versatility.



CG-01202-D17

14

- Four-track right-side and left-side barrier paver.

- Barrier Hook-and-Go mold mounting system to quickly attach molds up to 39.4 inches (1000 mm) tall.

- Side-mount option available for barrier taller than 39.4 inches (1000 mm) or existing molds.

- Control console slides from side-to-side for ultimate operator control and visibility of the left-side and right-side paving operation.

- Auger with pitch and speed designed specifically for transporting low-slump concrete.

- Four-way hydraulic positioning allows perfect placement of the auger for concrete receiving and delivery on either side of the 4400.

- Optional molds available for barrier, parapet, curb and gutter, and sidewalk.



CG-121907-D1

## Optional Xtreme GT-3600

- Ability to pour a 24 inches (610 mm) radius.

- Xtreme radius curb and gutter machine.
  - Xtreme steering capabilities.
  - Xtreme intelligence.
  - Xtreme hydraulic package with independent track travel circuits.
  - G+® radius software.
  - Smart telescoping right leg.
  - Smart power-swing front left leg.
  - Smart power-slide rear leg.
  - Smart sideshifting of the mold for repeatable mold offset.

## GT-3600

- Slipforms a 24 inch (610 mm) radius.

- Hook-and-Go mold mount system for quick and easy mold changes.

- All-Track Steering (ATS) for loading, job-site mobility, and to set the machine to line quickly. All-Track Positioning (ATP) giving the contractor more options for dealing with obstacles, job-site logistics, avnd various applications.

- Telescoping right-front leg. Power-swing left-front leg. Power-slide rear leg for positioning.

- Multi-application with curb and gutter, sidewalk, recreational trail, barrier wall, bridge safety parapet, and paving up to 10 feet (3 m) wide.





## GT-3200

- Three-track trimmer/slipform paver.

- Slipforms a 24 inches (610 mm) radius.

- Right-side or left-side pour capable.

- Hydraulically telescoping frame allows up to 36 inches (914 mm) of lateral right-leg movement.

- Independent travel.

- Front-steer, piston-style leg.

- The versatile GT-3200 provides multi-application capabilities with curb and gutter, barrier wall, sidewalk, recreational trail, and paving up to five feet (1.5 m) wide.



CG-092002-D5

## GT-3200 Sidewalk Paver

- Three-track sidewalk paver.

- Slipforming up to 12 feet (3.66 m) wide.

- Designed for narrower-width, zero-clearance sidewalk paving for residential sidewalks.

- Operates in a sidewalk lane alongside trees, utility poles, and other obstacles.

- 14 foot (4.27 m) long, pivoting and folding conveyor for continuous paving.



CG-061616-D3

17

# Curb Cadet

- Compact curb machine with Tier 4 engine.

- Slipforms a 24 inches (610 mm) radius.

- Slipforms concrete curb or extrudes asphalt or concrete curb.

- Right-side or left-side slipform capable. Hopper and mold are adjustable up to 15 inches (381 mm) for side pour.

- Self-propelled and compact in size for easy loading and transporting.

- Coordinated stop switch provides automatic on/off control of vibrator and/ or auger synchronized with forward travel.

- Elevation is controlled by three hydraulic cylinders with 10 inch (254 mm) stroke and additional five inch (127 mm) manual adjustment.

- With the slipform mold, the Curb Cadet can place concrete over dowels or continuous reinforcing bar.

- Three-track option available.

## CC-1200e

A lithium-ion battery powered CC-1200e is available with zero emissions and equipped with the same slipforming power of the Curb Cadet. The CC-1200e is controlled through a remote controller, allowing the operator to move around the job site.



CG-102106-D8



CG-012204-D3

18

- Two-track trimmer and slipform paver.

- Features a six foot (1.83 m) long conveyor to feed the mold. The conveyor has a belt speed of 350 feet per minute (106.7 mpm) to load the hopper quickly and efficiently.

- Maximum paving speed of 54 feet per minute (16.46 mpm) and a travel speed of 84 feet per minute (25 mpm).

- An isolated operator's platform for comfort during paving.

- A pivoting console allows for maximum visibility and hands-on control.

- Equipped with a 60 inch (1524 mm) wide sectional direct-drive trimmerhead for exacting grade preparation.

- Designed to simultaneously trim and pour a variety of applications.



CG-011802-DS

19

- The T/C-5600 texture/cure machine is equipped with four crawler tracks.

- The four-track design allows for All-Track Steering (ATS) for easy transport and width changes.

- The frame design has the structural integrity to go up to 56 feet (17.07 m) wide.

- The T/C-5600 features a walking end car with cure tank. Frame sections can be added or removed by turning the tracks 90 degrees, and walking the end car with attached cure tank to the required width.

- All new Tracer Texture Control for transverse tining depth accuracy.

- Tracks turn 90 degrees for transport.

- The spray bar and work bridge assembly hydraulically fold up for transport.

- Optional hot water tank on-board can be used to flush out the cure pump and nozzles at the end of each paving day.



CL-051919-D20

20

- The T/C-600 and T/C-400 steel welded frames with pin-connected frame sections permit width adjustment from 12 feet (3.66 m) to 48 feet (14.63 m).

- T/C-600 features crawler tracks and T/C-400 has two end-cars having two foam-filled rubber flotation tires.

- GOMACO's texturing/curing machines provide increased efficiency on any project where the surface of the slab requires texturing and application of curing compound.

- Central operator station and power supply provides hydraulic control from one location.

- Texturing system travels transversely across the width of the slab or longitudinally.

- Adjustable pressure on the texturing member controls depth and angle of wire tines.

- Curing assembly includes a reservoir with hydraulic motor, pump, and controls. The spray bar has nozzles spaced 12 inches (305 mm) apart and adjustable height above the surface of the concrete for even coverage.



HW-101805-D9

21

- Up to 50 foot (15.24 m) wide paving.

- Two-track or four-track slipform paver.

- Frame hydraulically telescopes on the left side up to 3.5 feet (1.07 m) to accommodate variable width paving.

- Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- T-Beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Unique counter-rotation programming allows the paver to turn 360 degrees within its own dimensions, providing excellent job-site mobility.



HW-02112-D3

Case 5:20-cv-04007-CJW-KEM   Document 112-29   Filed 04/17/24   Page 22 of 31

- Up to 40 foot (12.19 m) wide paving.

- Two-track or four-track slipform paver.

- An intelligent slipform paver.
  - Smart pivot arms for leg positioning.
  - Smart track steering technology.
  - G+® managed fuel efficiency.
  - G+ quiet running technology.

- Modular frame has telescoping capabilities up to seven feet (2.13 m) on each side for a total of 14 feet (4.27 m).

- GOMACO roller frame and smart dual-telescoping capabilities.

- T-Beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Easily converts to transport mode.



HW-012104-D16

23

- Up to 32 foot (9.75 m) wide paving.

- Two-track or four-track slipform paver.

- Frame hydraulically telescopes on left side up to 6.5 feet (1.98 m).

- Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- T-Beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Unique counter-rotation programming allows the paver to turn 360 degrees within its own dimensions, providing excellent job-site mobility.



Case 5:20-cv-04007-CJW-KEM   Document 112-29   Filed 04/17/24   Page 24 of 31

# GP3

- Up to 9.14 meters wide paving.

- Two-track or four-track slipform paver.

- An intelligent slipform paver.
  - Smart pivot arms for leg positioning.
  - Smart track steering technology.
  - G+$_\circledR$ managed fuel efficiency.
  - G+ quiet running technology.

- Modular frame has telescoping capabilities up to 2.13 m on each side for a total of 4.27 m.

- GOMACO roller frame and smart dual-telescoping capabilities.

- T-Beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Easily converts to transport mode.



HW-011603-D7

# GP-2400

- Up to 24 foot (7.32 m) wide paving.

- Two-track or four-track slipform paver.

- Frame telescopes on the left side up to six feet (1.83 m).

- Pivoting legs swing for easy positioning during operation and to the outboard position for easy loading and transport.

- T-Beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- Unique counter-rotation programming allows the paver to turn 360 degrees within its own dimensions, providing excellent job-site mobility.

- The four-track GP-2400 can slipfrom bidirectional barrier.

- Optional rotary-sensored slew drives on the four-track slipform paver for Xtreme steering capabilities.



HW-052013-01

26

## Commander III

- Up to 20 feet (6.1 m) wide paving. Median barrier and bridge parapet are other popular applications.

- Four-track slipform paver.

- Roller frame provides easy and accurate width changes. Frame telescopes up to six feet (1.83 m) on the left side.

- Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- The pivoting operator's console is about visibility and hands-on control. Operators can position the console for better visibility of travel during different applications.

- Pivoting legs swing to the outboard position for mobility and ease in loading for transport.

## Xtreme Commander IIIx

- Up to 20 feet (6.1 m) wide paving. Median barrier and bridge parapet are other popular applications.

- Hydraulic package provides independent hydraulic travel circuits to each track allowing G+ to control each individual track speed through a radius.

- Achieve Xtreme steering with the rotary-sensored slew drives on each of the tracks for extreme steering.

- Extreme steering capabilities, combined with the sensored All-Track Steering (ATS) and sensored All-Track Positioning (ATP), making it the ultimate intelligent slipform paver.

- Intelligent offset is accomplished with smart hydraulic cylinders for telescoping the mold mounting system. This provides G+ the ability for repeatable mold offset.



CG-061944-D13



CG-041911-D5

27

- Independent unit providing dowel bar insertion behind the paver.

- Available for all GOMACO four-track pavers and can be retrofitted to most existing GOMACO pavers already working in the field.

- Self-contained, self-powered, and inserts transverse joint bars in pavements up to 50 feet (15.2 m) wide.

- CAN cable connects IDBI controls to the controller on the paver and allows the two systems to communicate.

- Bar-loading tray accommodates dowel bars ranging in size up to 1.5 inches (38 mm) in diameter and up to 24 inches (610 mm) in length.

- Insertion forks designed to reduce amount of scarring and vibration enhances consolidation of concrete around bars.



HW-101905-D19

# GOMACO Navigator and GSI®

- The GOMACO Navigator software and display screen is an optional add-on for your GOMACO slipform paver to bring all of your G+® paver accessories together for easy control and monitoring.

- The touchscreen can be mounted at ground level on the paver to allow personnel to fine tune the paver's performance and configure settings for the GSI® (GOMACO Smoothness Indicator), SBI (side bar inserter), TBI (tie bar inserter), and PTA (power transition adjuster).

- Ground personnel can monitor the elevation and steering deviations for the machine and adjust sensitivities when required.

- The Navigator can be configured to make G+ accessories available on older G21/G22 slipform pavers.



Navigator G+ paver home screen shown.

## GSI (GOMACO Smoothness Indicator)

- GSI utilizes compact and ruggedized CAN-based sonic sensors and a CAN-based digital slope sensor to read the smoothness profile anywhere on the slab's surface.

- The GSI is mounted on lightweight aluminum to allow for easy handling and assembly with less maintenance. The lower profile mounting system allows the work bridge to be mounted directly above the GSI, if needed.

- The optional Navigator's GSI screen allows ground personnel to monitor paving smoothness for up to four GSI traces (two visible at a time) using either a real-time localized roughness graph or a simulated California profilograph.

  - The machine speed is now logged, which makes it possible to relate the machine speed with the smoothness, as well as automatically track the machine's start and stop events.

The LCD screens provide digital diagnostics at the sensor location or can send readouts to the optional Navigator system attached on the side of the paver.



The Navigator's GSI trace screen showing the simulated California profilograph graph.

29



*The Worldwide Leader in Concrete Paving Technology*



GOMACO equipment is carefully designed for safety, to give years of dependable and safe service. Emergency stop buttons are located on strategic areas of the machines. The E-Stops are on the operator's console, on corners of the machine, or can be positioned at various points on the machine providing optimal use for specific applications. Other safety features include track guards, warning decals, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator maximum visibility over the entire paving operation. GOMACO Corporation recommends the implementation of all safety procedures.

Front Cover Image: HW-012131-D3. Back Cover Image: HW-102129-D3
Manufactured under one or more of the following U.S. or foreign patents: 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; 8,682,622; 8,855,967; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,567,715; 9,624,626; 9,637,872; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,963,836; 9,982,399; 10,005,489; 10,206,016; 10,501,913; 10,822,029; 10,829,898; 10,940,883; 11,060,245; 11,149,388; 11,254,329; CA2591177; CA2864902; CA2899768; CA2984201; AU2018100400; AU2018211060; AU2019100743; AU2020201238; RU2757433; RU2760718; EP3294955; JP6768709; KR10-2256018; IDP000068640; and patents pending.

GOMACO, GOMACO Smoothness Indicator (GSI), and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2022 (05Anderson4000) GOMACO Corporation Full Line: English

**Worldwide Headquarters**
GOMACO Corporation
GOMACO International
121 E State Highway 175
PO Box 151
Ida Grove, IA USA 51445

Ph: 1-712-364-3347
Fax: 712.364.3986
International Fax: 712.364.4717
E-mail: info@gomaco.com

**GOMACO International Ltd.**
Units 14 & 15, Avenue One,
Station Lane, Witney, Oxon
OX28 4XZ United Kingdom

Ph: 44 (0)1993 705100
Fax: 44 (0)1993 704512
E-mail: pavinguk@gomaco.com

**www.gomaco.com**

GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar..
Quality Policy, We Shall Meet or Exceed Our Customers' Expectations.



