# Exhibit 4



# Xtreme Radii Capabilities

- Achieve Xtreme Steering with the rotary-sensored slew drives, on each of the three tracks for extreme steering.
    - The extreme steering capabilities, combined with the Commander IIIx's sensored All-Track Steering (ATS) and sensored All-Track Positioning (ATP), make it the ultimate, intelligent slipform paver.
    - The intelligent ATP on the Commander IIIx includes a smart hydraulic cylinder on all three legs. The smart cylinders allow G+® to know the position of all three tracks and can make steering adjustments as needed.

- The Commander IIIx can now pour Xtreme radii with ease.
    - G+ individual track speed control provides smooth machine travel around a radius.
    - The G+ control system easily operates on stringline or interfaces with the 3D guidance system for curb and gutter and tight radius applications.
    - The Commander IIIx features the GOMACO three-sensor radius system for stringline. When paving with stringline, the lead steering wand is allowed to leave the stringline and reference is switched to sensor number two for traveling around the extreme radius.

- Xtreme Intelligence
    - Intelligent offset is accomplished with smart hydraulic cylinders for telescoping the mold mounting system. This provides G+ the ability for repeatable mold offset. The trimmerhead and mold have independent vertical adjustments for raising and lowering.

- G+ Radius Software for stringline allows you to select the size of your radius and G+ calibrates and manages all aspects of traveling around the radius, including track angles and individual track speeds.
    - G+ Radius Software for the control system allows the operator to select the size of the radius and input it into the controller. As the Commander IIIx approaches the radius, with the values programmed in, the operator activates the radius feature, and the curb and gutter machine slipforms around the radius. An operator can now pour a radius with ease using the G+ Radius Software.

- GOMACO Remote Diagnostics (GRD) is so much more than telematics, and is available for machine troubleshooting, diagnostic reviews, software updates, and more. GRD provides you with live information of how, where, and when your equipment is being used.



XTREME
24 Inch (610 mm) Radius

CG081426-D16

Xtreme 24 Inch (610 mm) radius with the Commander IIIx and G+ control system on stringline or 3D guidance system.

2



The GOMACO Commander IIIx, three-track, uses rotary-sensored slew drives on each track to slipform this curved curb and gutter on a residential street in Canada. This Commander IIIx is equipped with a GOMACO Remote Diagnostics (GRD) to assist in fleet management throughout a project from a handset or computer.

Case 5:21-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 4 of 25

# Xtreme Commander IIIx



- Hydraulically powered charging conveyor with hydraulic positioning for slide and tilt. Optional auger available.

- Smart telescoping right leg.

- Smart power-swing front leg.

- GOMACO G+® control system in the pivoting console.

- GBox on every leg to accommodate improved steering and grade with G+ controls.

- Vibrator controls with eight hydraulic circuits and four vibrators.

- Smart cylinders.

- Operator's platform provides easy access and ultimate operator visibility. The platform also features a special skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort.

- Parallelogram on the smart power-swing front leg.

- 42 inch (1067 mm) sectionalized trimmerhead has 18 inches (457 mm) of hydraulic vertical adjustment with an extra six inches (152 mm) of manual vertical adjustment and 36 inches (914 mm) of hydraulic sideshift. It is independent from the vertical and sideshifting mold drawbar and rolling hold-down assembly.

- Smart power-slide rear leg.

- Rotary-sensored slew drives.

- Smart sideshifting mold.

- Mold drawbar and rolling hold-down assembly have 18 inches (457 mm) of pressure-compensated hydraulic vertical adjustment with an extra six inches (152 mm) of manual vertical adjustment and 36 inches (914 mm) of hydraulic sideshift, and are independent from the vertical and sideshifting trimmerhead.

- Exclusive independent adjustable stainless steel troweling section seals and provides a superior GOMACO finish.

- Track circuits provide up to 49.5 feet per minute (15.2 mpm) operating speed and 131 feet per minute (39.9 mpm) for job-site mobility. Self-tensioning tracks are fully automatic and hydraulically lock in on machine start-up to maintain steady track tension on the track chain.

4

## Intelligent All-Track Positioning (ATP)

Intelligent ATP provides versatility in our slipform pavers. Each leg has a reinforced steel attachment plate that allows extra leg height adjustments. ATP provides the capability to perform various applications and work with differences in grade elevations and unique job-site logistics.



33.4 in. (848 mm)

900151-286_ghost

6.5 ft. (1.98 m)

- Smart power-swing leg for positioning left-front track. Track also swings 5.3 inches (135 mm) to the right toward center.

- Smart power-slide leg for positioning rear track.

36 in. (914 mm)

- Smart telescoping leg for positioning right-front track.



900151-x69_rear_left_top

The GOMACO Commander IIIx can be transformed from a three-track curb and gutter machine to a three-track slipform paver with an undermounted mold at a maximum of 15 feet (4.57 m) wide, by adding the parts designated in orange on the drawing above.



Extreme steering and G+ controls now allow the Commander IIIx to slipform tight radii. The tracks on the Commander IIIx can be turned to extreme angles, for getting on and off stringline and maneuvering around job-site obstacles.

900151-424_crabwalk



900151-465_iso_l

The four-track Commander IIIx is also available with rotary-sensored slew drives.



The operator has a complete view of the paving operation, from the delivery of concrete to the finished product, while always maintaining full control with the pivoting operator's panel.



The SF-6100 powerfully three-track slipforms curb and gutter using 3D machine guidance in a new residential development.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 7 of 25



Using 3D machine guidance, the Commander IIIx slipforms monolithic sidewalk and curb and gutter within a new subdivision.



A ten foot (3.05 m) wide bike path is slipformed by the three-track Commander IIIx.



The three-track Commander IIIx has the ability to simultaneously trim the grade and slipform curb and gutter with ease.

Case 5:20-cv-04607-CJW-KEM   Document 112-30   Filed 04/17/24   Page 8 of 25



A five foot (1.52 m) wide sidewalk in a new housing development area is being slipformed by the Commander IIIx three-track using trim and pour for maximum material utilization.



The Commander IIIx features a platform that has a skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort during a full day of slipform paving.



The three-track Commander IIIx slipforms curb and gutter in a residential area.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 9 of 25





The four-track Commander IIIx slipforms the subbase for a highway at 13 feet (3.96 m) wide and eight inches (203 mm) thick with an integral curb on the right side using 3D machine guidance.

The roller frame is an essential part of the Commander IIIx and provides easy and accurate width changes. The frame hydraulically telescopes on the left side up to six feet (1.83 m).



# GOMACO Commander III

- The Commander III is the best selling multi-purpose machine of all time. Voted *Roads & Bridges* magazine's Contractor's Choice Award for both slipform paving and curb and gutter applications every year since 2007.

- The GOMACO Commander III is all about vision, safety, performance, and the operator.

- The Hydraulic Package on the Commander III provides independent hydraulic travel circuits to each track allowing G+® to control each individual track speed through a radius.

- The engine with its rear facing cooling package is designed for better operator visibility, quieter operation, and to provide clean air intake to the radiator while avoiding the concrete loading from a front-facing design. The redesigned engine shroud also allows for easy access to service and fill points.

- An optimized cooling package with a hydraulic fan, controlled by G+, adapts the cooling needs to job-site conditions for both a quiet and efficient operation.

- Excellent fuel efficiency combined with an increased fuel capacity allows for an uninterrupted day of paving on the project.

- The pivoting operator's console allows the operator to have hands-on control and a clear view no matter where they are on the platform.

- The vibrator circuits control panel is located for easy access and easy-reach control.

- The Commander III features an isolated platform which reduces vibration for all day operator comfort.

- G+ allows for simple connections to 3D guidance or GOMACO's complete library of sensors for steering and grade.

- Easy push-button steering set up with "smart" cylinders. This allows you to set track steering and other parameters.

- Features All-Track Steering (ATS) for loading, job-site mobility, and to set the machine to line quickly.

- Features All-Track Positioning (ATP) giving the contractor more options for dealing with obstacles, job-site logistics, and various applications.

- The Commander III is the choice for various applications such as monolithic sidewalk, curb and gutter, barrier, slotted drains, roll-over curb, parapet, and slipform paving.

- Telematics is available with GOMACO Remote Diagnostics (GRD) for machine troubleshooting, diagnostic reviews, software updates, and more.

- An on-board camera for visibility is available. The camera feeds full color video to the G+ control screen. This allows the operator to survey designated areas for the slipforming process.

- The G+ wireless remote control is an option for the Commander III. The G+ remote control allows an operator to work from the operator's platform or have the ability to move around the machine with hands-on control at all times.



- Hydraulic telescoping leg for positioning right-front track.
- Hydraulic power-swing leg for positioning left-front track.
- Hydraulic power-slide leg for positioning rear track.
- Tool box.
- Exclusive "smart" steering cylinders, used for dependable steering setup, and setting parameters.

900151-xx1_1

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/01/24   Page 11 of 25

# Three-Track Commander III

Three-track for slipforming barrier or parapet.



The Commander III features the sideshifting and vertical-lifting trimmerhead, mold drawbar and hold-down assembly.

## All Track Positioning (ATP)

ATP provides versatility in our slipform pavers. Each leg has a reinforced steel attachment plate that allows extra leg height adjustments. ATP provides the capability to perform various applications and work with differences in grade elevations and unique job-site logistics.



36.8 in. (935 mm)

26 in. (660 mm)

6.5 ft. (1.98 m)

• Pivoting power-swing leg for positioning left-front track.

• Power-slide leg for positioning rear track.

36 in. (914 mm)

• Telescoping leg for positioning right-front track.

## Three-Track Commander III Shipping Dimensions

Transport height of 8.6 ft. (2.62 m) without the mold.



43.6 in. (1107 mm)

11 ft. (3.35 m)

8.7 ft. (2.65 m)

6 ft. (1.83 m)

17.25 in. (438 mm)

19.4 in. (493 mm)

6 ft. (1.83 m)

8.5 ft. (2.59 m)

11.1 in. (282 mm)

Overall operating width of 9.7 ft. (2.96 m).

9.3 ft. (2.83 m)

18 in. (457 mm)

23.3 ft. (7.1 m)

27.8 ft. (8.5 m)

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 12 of 25

# G+ Controls – Designed For Concrete Paving

*It is now the technology that pulls everything together…
G+ is the center that Connects all of the resources.*



Once you experience G+ controls, you won't be satisfied with anything else. It's a control system that is both easy to learn and easy to operate. G+ expresses itself in easy to understand international icons and full script explanations. It operates in all the major languages of the world and in imperial or the metric system. It has a lightning-fast processing speed and features two-way communications between the accessories and G+. Its instant digital feedback combined with the tight closed-loop electronic and hydraulic control creates a G+ experience that is smooth, efficient, and accurate. There is nothing on the market that can compare, because G+ is a proprietary system that was designed by our in-house control experts incorporating what we have learned from decades of experience in the field, and from what we have learned from you, our customer.

- Machine operation is simple.
- Machine response is fast.
- Troubleshooting is pinpointed, quick, and easy.
- Fault history available.
- Control from stringline, 2D, or 3D guidance.

A flat-panel 6.5 inch (165 mm) anti-glare display screen is provided with sensor-controlled backlight levels for superior visibility in all operating conditions. The screen is rugged and shock resistant in its construction to protect against dust, moisture, and rain. G+ provides a full color display on the control panel to illustrate the various aspects of the paver for set up and operation. A "run" screen on the control panel illustrates the various aspects of the paver. It includes leg position, paving speed and percentage of drive, steering, travel information, grade information, deviation meters, and more. Newly designed icons and color graphics make it easy to understand and easy to identify the targeted functions. G+ receives a track speed reading from pulse pickups in the track motors to give you real time feet (meters) per minute and total linear footage (meters). G+ controls feature a detailed fault history with the time stamp, date, and information to track when each fault occurred. GOMACO's G+ control system has been proven around the world.

## GBox

The Commander III has a GBox on every leg to accommodate improved steering and grade with G+ controls. It's part of GOMACO's electronic and hydraulic initiative. GOMACO's GBox features a new location for convenient access to the sensor bulkheads, valve overrides, and reduces hose and wiring needs. The GBox provides ease in serviceability, troubleshooting, and provides quick access with a horizontal swing door at ground level.



## GOMACO Remote Diagnostics (GRD)

The Commander III can be equipped with GOMACO Remote Diagnostics (GRD). This software allows operators to see when, where, and how their machines are being used. Operators have the capability to request software updates from GOMACO in Ida Grove, Iowa, remotely without service personnel traveling to the job site. GRD allows for fleet management through GPS location and troubleshooting abilities.



Case 5:20-cv-02007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 13 of 25



The conveyor on the Commander III has a length of 17.1 feet (5.21 m) and a width of 24 inches (610 mm) to allow for continuous concrete flow to the hopper.



The three-track Commander III slipforms curb and gutter through a radius in a residential area. The trimmerhead sideshifts on-the-go throughout the radius.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 14 of 25



High-volume curb and gutter contractors choose the GOMACO Commander III because of its ability to quickly and efficiently slipform curb and gutter.



The three-track Commander III slipforms scab-on curb and gutter using 3D machine guidance for steering and grade.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 15 of 25



The GOMACO three-track Commander III slipforms parapet over steel on a bridge project.



Equipped with a two inch (50.8 mm) inverted mold this Commander III four-track slipforms a 14 foot (4.27 m) wide slab on a dairy farm.



Five foot (1.52 m) wide monolithic sidewalk is just one application the Commander III can slipform with ease.



All-Track Positioning (ATP) gives the operator more options for dealing with obstacles, job-site logistics, and switching between various applications.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 16 of 25



- • GOMACO G+® control system in the pivoting console.

- • Operator's platform provides easy access and ultimate operator visibility. The platform also features a special skid-resistant surface on the walkway for safety and is vibration isolated for operator comfort.

- • Vibrator controls with sixteen hydraulic circuits and four vibrators.

- • Each leg is adjustable in four inch (102 mm) increments for 28 inches (711 mm) of manual adjustment with 42 inches (1067 mm) of hydraulic adjustment.

- • Pivoting legs that swing to the outboard position for easy loading and transport.

- • Piston-style legs.

- • GBox on every leg to accommodate improved steering and grade with G+ controls.

- • Exclusive "smart" steering cylinders, used for dependable steering control feedback for push-button steering setup, and setting parameters.

- • Track circuits provide up to 37.1 feet per minute (11.3 mpm) operating speed and 98 feet per minute (29.9 mpm) for job-site mobility.

- • A roller frame provides easy and accurate width changes. The Commander III's frame hydraulically telescopes on the left side up to six feet (1.83 m). The dual rollers, mounted to the top and bottom of the outer frame tubes, position the inner tube and reduce the amount of surface to surface contact area when telescoping. The roller frame was originally developed for the Commander III with a V2 mold. The V2 is GOMACO's dual mold system that is hydraulically adjustable for paving at different widths. The roller frame provides a fluid action as the V2 mold is making on-the-go width changes for tapered slabs. This roller frame is now standard on all GOMACO Commander III four-track machines. It can also be retrofitted in the field on existing Commander IIIs.

- • Pressure-compensated, sideplates.

- • 3100 series open-front mold, vibrators and a 14 inch (356 mm) diameter auger and adjustable stainless to provide the superior GOMACO finish.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 17 of 25



The Four-Track Barrier Package assembly includes the fourth leg and track and a hydraulically extendible rear frame to extend the right rear leg and track.



Four-Track Paving Package in the transport mode for slipforming barrier or parapet.

# Dimensions



Dimensions with tracks in straight ahead position.



# Commander III Versatility

## 12 foot (3.66 m)
## Three-Track Paving Package



## 16 foot (5 m)
## Three-Track Paving Package

**Additional Versatility**

An economical four-track paving package for trails and small paving applications up to 11.5 feet (3.5 m) are easily achieved by adding the parts designated in orange on these drawings.



Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 19 of 25





A five foot (1.52 m) variable barrier is being slipformed by the four-track GOMACO Commander III. It is equipped with a sidemounted mold and the four-track barrier package. The Commander III features a pivoting operator's console allowing the operator to have hands-on control and a clear view of the paving operation.



The Commander III four-track slipforms a grooved dairy pad 11 feet (3.35 m) wide with a six inch (152 mm) integral curb on the right hand side.



A seven-foot (2.13 m) tall barrier is being slipformed by the GOMACO Commander III four-track barrier package slipform paver.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 21 of 25



The Commander III is the go-to paver on major projects for lane additions and fill-ins.



The GOMACO four-track Commander III with 3D machine guidance slipforms the floor of a tunnel at 14.7 feet (4.5 m) wide over continuous reinforced steel ahead of the paver. This Commander III is using high-rise tracks that are only six inches (150 mm) wide, for minimum clearance.



This barrier mold is mounted onto the four-track Commander III and is slipforming a 42 inch (1067 mm) tall variable barrier with continuous steel being fed into the mold. The Commander III is positioned in the transverse mode for barrier paving.



A top view of the continuous steel being fed into the machine.

An operator's view of the variable barrier from the operator's platform.



The GOMACO four-track Commander III slipforms a 12 foot (3.66 m) wide interstate ramp using 3D machine guidance. A GOMACO RTP-500 places the concrete over the steel reenforcement ahead of the Commander III.

CG-031801-011

## ENGINE
Consult for options available.

## SERVICE CAPACITIES
**Fuel reservoir:** 88 gal. (333 L).
**Hydraulic oil reservoir:** 162 gal. (613 L).

## AUTOMATIC CONTROL SYSTEM
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system for paving accuracy and ease of operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow operator to monitor control signals for machine guidance on stringline or 3D.

## WATER SYSTEM
**Type:** High-pressure water system.
**Capacity:** 110 gal. (416 L) tank, hose, and nozzle.

## SLIPFORM MOLD
**Curb and gutter mold:** One curb and gutter mold standard. Optional molds available for curb and gutter, monolithic sidewalk and curb and gutter, barrier, parapet, irrigation canal, and more.

## VIBRATORS
**Type:** Hydraulically powered, motor-in-head, variable speed, independently controlled.
**Quantity Three-Track:** Eight hydraulic circuits and four hydraulic vibrators with mounts included are standard.
**Quantity Four-Track:** Sixteen hydraulic circuits and four hydraulic vibrators with mounts included are standard.

## MOLD DRAWBAR & HOLD-DOWN ASSEMBLY
**Hydraulic lift:** 18 in. (457 mm) pressure-compensated hydraulic vertical adjustment with 6 in. (152 mm) manual vertical adjustment, allowing up to 24 in. (610 mm) of vertical adjustment.
**Sideshift distance:** 36 in. (914 mm) hydraulic sideshift.

## SUBGRADE TRIMMER (sectionalized)
**Sectionalized trimmer:** Internal hydraulic drive system and 24 in. (610 mm) diameter trimming wheel.
**Trimmer wheel rotation:** Upward cut.
**Width:** 42 in. (1067 mm) sectionalized trimmerhead includes one 24 in. (610 mm) drive section with hydraulic internal drive and 18 in. (457 mm) extension.
**Sideshift and vertical adjustment:** The trimmerhead mount for the three-track machine has 36 in. (914 mm) hydraulic sideshift, 18 in. (457 mm) of hydraulic vertical adjustment and 6 in. (152 mm) of manual vertical adjustment, allowing up to 24 in. (610 mm) of vertical adjustment.

## CHARGING CONVEYOR
**Type:** Hydraulically powered, reversible with charging hopper.
**Length:** 17.1 ft. (5.21 m) between pulley centers.
**Width:** 24 in. (610 mm).
**Belt speed:** Variable to 362 fpm (110 mpm).
**Conveyor mount:** 36 in. (914 mm) hydraulic slide adjustment with 6 in. (152 mm) hydraulic tilt cylinder and manual pivoting mount (slide and tilt) for negotiating discharge from the ready-mix truck and negotiating grade variations. Allows truck positioning to front or side of machine. Hydraulically powered mount controls conveyor angle.
**Belt wiper:** Features special blades on adjustable spring steel rods for superior cleaning results. The unique, no-maintenance troughing rollers are greaseless and self-cleaning.

## TELESCOPING FRAME (four-track)
**Telescoping:** Frame hydraulically telescopes on the left side up to 6 ft. (1.83 m).

## TRACK SYSTEM
**Type:** Hydraulically powered gear-driven crawler tracks.
**Track length:** 5.1 ft. (1.55 m). Overall length with fenders 6 ft. (1.83 m).
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** For the three-track machine, up to 49.5 fpm (15.2 mpm) paving, and auxiliary up to 131 fpm (39.9 mpm); for the four-track machine, up to 37.1 fpm (11.3 mpm) paving; and auxiliary, up to 98 fpm (29.9 mpm).
**Track tension:** Fully automatic, hydraulically locks in on machine start-up, maintaining a steady tension on the track chain.
**Leg height adjustment:** Each leg adjustable in 4 in. (102 mm) increments for 28 in. (711 mm) manual adjustment with 42 in. (1067 mm) hydraulic adjustment.
**Telescoping leg for positioning right front track:** Hydraulically controlled, allows 36 in. (914 mm) lateral track adjustment range.
**Power-slide leg for positioning rear track:** Hydraulically controlled, allows 6.5 ft. (1.98 m) lateral track movement.
**Power-swing leg for positioning left front track on the Commander III:** Hydraulically controlled, allows track positioning from straight ahead to 13.5, 26, and 36.8 in. (343, 660, and 935 mm) to left outside of main frame or 13.5 and 26 in. (343 and 660 mm) to right toward center of main frame.
**Power-swing leg for positioning left front track on the Commander IIIx:** Hydraulically controlled, electronically sensored allows track positioning from straight ahead to 33.4 in. (848 mm) to left outside of mainframe or 5.3 in. (135 mm) to right toward center of mainframe.

## THREE-TRACK MACHINE DIMENSIONS
**Overall length:** 23.3 ft. (7.1 m) without the conveyor.
**Overall width:** 9.7 ft. (2.96 m).
**Overall height:** 9.3 ft. (2.83 m).
**Transport height:** 8.6 ft. (2.62 m) without the mold.

**Transport width:** 8.5 ft. (2.59 m) without ladder.
**Transport length:** 27.9 ft. (8.5 m) with conveyor (measurement varies with conveyor tilt, positioning and length) and 23.3 ft. (7.1 m) without conveyor.

## FOUR-TRACK PAVER DIMENSIONS
**Overall length:** 21.3 ft. (6.49 m).
**Overall width:** 25.1 ft. (7.65 m) extended and 19.1 ft. (5.82 m) retracted with ladder mounted.
**Operational height:** 11.6 ft. (3.54 m) with 3100 series mold and 10 in. (254 mm) paving depth.
**Transport height:** 9.7 ft. (2.96 m) without mold and stack, and 10.75 ft. (3.28 m) with 3100 series mold and without stack.
**Transport width:** 9.5 ft. (2.9 m) without ladder.
**Transport length:** 29.1 ft. (8.87 m).

## THREE-TRACK WEIGHT (approximate)
**Standard curb and gutter machine weight:** 29,500 lbs. (13,381 kg).

## FOUR-TRACK WEIGHT (approximate)
**Standard four-track paver with 12 ft. (3.66 m) 3100 series mold weight:** 49,500 lbs. (22,453 kg).
**Note:** Transport and operational weights and dimensions are variable, depending on machine options.

## OPTIONS
Barrier/parapet sidemount or centermount.
Monolithic sidewalk and curb and gutter package.
Trimmerhead extensions.
Left-hand discharge trimmerhead.
48 in. (1219 mm) charging conveyor extension to accommodate longer conveyor requirements.
Conveyor truss assembly required on 24 ft. (7.32 m) long conveyors.
Auger provides fast and efficient concrete delivery.
Additional vibrator circuits and controls.
Hold-over assembly, hydraulically powered, required when paving adjacent to existing concrete slab.
Swinging drawbar extension, for use with molds wider than 48 in. (1219 mm).
Slipform molds, consult factory.
V2 paving mold.
24 in. (610 mm) section with supported or self-supported power transition adjuster (PTA).
Auto-Float® attachment.
Polyurethane track pads.
Wireless remote for G+ curb and gutter machines.
3D package for stringless control.
GOMACO Remote Diagnostics (GRD).
On-Board Camera.

Other options are available to customize machine to accommodate applications and customer needs.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 24 of 25



CG-061907-D13

The three-track Commander IIIx slipforms monolithic sidewalk and curb and gutter.



CG-101713-02

Intelligent All-Track Positioning (ATP) on the GOMACO Commander IIIx includes a smart hydraulic cylinder on each of the three legs. The smart cylinders allow G+ to know the position of all three tracks and make steering adjustments as needed.

Cover Photo: CG-071710-D6
Manufactured under one or more of the following U.S. or foreign patents: 6,450,048; 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; CA2,864,902; CA2,591,177; 8,855,967; 8,682,622; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,567,715; 9,624,626; 9,637,872; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,982,399; 9,963,836; 10,005,489; 10,206,016; AU2018100400; AU2019100743; and patents pending.

GOMACO and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2020 (08/20)
GOMACO Corporation Order #0400-0A10103

**-- DESIGNED FOR SAFETY --**

The Commander III is carefully designed to give years of dependable and safe service. Emergency stop (E-Stop) buttons are located on strategic areas of the machine. The E-Stops are on the operator's console and on corners of the machine, or can be positioned at various points on the machine providing optimal use for specific applications. Other safety features include track guards, warning decals, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator maximum visibility over the entire paving operation.

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
Fax: 1-712-364-3986
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: +44 1993 705100
E-mail: pavinguk@gomaco.com

*GOMACO*
*The Worldwide Leader in Concrete Paving Technology*

GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar.

Quality Policy: We Shall Meet Or Exceed Our Customers' Expectations.

Case 5:20-cv-04007-CJW-KEM   Document 112-30   Filed 04/17/24   Page 25 of 25