# Exhibit 5



# GP-2400
## SLIPFORM PAVER

# GOMACO
*The Worldwide Leader in Concrete Paving Technology*

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 2 of 17

# GOMACO GP-2400

- The GOMACO GP-2400 is designed for paving up to 16 feet (4.88 m) wide with the standard telescoping frame and up to 24 feet (7.3 m) wide with frame inserts.

- Available as a two-track or four-track slipform paver.

- GOMACO's GP-2400 has telescoping capabilities of up to six feet (1.83 m) on the left side of the paver.

- The exclusive G+® digital control system easily interfaces with stringline or 3D machine guidance to slipform all of your project needs.

- T-beam mounting rail for accurate and quick mold positioning, quick mounting, and removal of the mold.

- A U-shaped operator's platform is designed with the operator in mind. It provides easy access to the controls, a skid-resistant surface, and ultimate visibility.

- The GP-2400 can slipform bidirectional barrier with the four-track slipform paver.

- Designed for minimum machine transport width for faster, easier, cost-effective job-to-job mobility.

- Pivoting legs on the four-track slipform paver swing for easy positioning during operation and to the outboard position for easy loading and transport.

- Optional rotary-sensored slew drives are located on all four tracks for the ultimate in smart steering technology and Xtreme steering with the tracks having the ability to steer farther than ever before.



The two-track GP-2400 was designed for minimum transport width and for easy transportability between job sites.



This four-track GP-2400 features optional rotary-sensored slew drives.

## GP-2400 Pours Safety Barrier With or Against Traffic

The versatile design of the GP-2400 four-track paver allows it to be a unique barrier machine capable of slipforming with or against traffic. Barrier paving is accomplished by swinging the paver's four legs to the outboard or transport position. The G+ control system on the GP-2400 has the ability to pave in Normal, Transport Mode Right, or Transport Mode Left. A 24 inch (610 mm) wide conveyor attaches to mountings on the front of the machine for concrete delivery and can be positioned accordingly.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 3 of 17



The GP-2400's ability to pave up to 24 feet (7.3 m) wide on tight radius work allows it to place municipal 12-31 A two-lane roadways for a this 4-way city street with a female keyway, in between existing obstacles.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 4 of 17

3

# Two-Track GP-2400

Shown with the standard 16 foot (4.88 m) wide 3100 series open-front mold.



Emergency stop buttons are located on strategic areas of the machine.

- GOMACO's exclusive G+® control system. Retractable console to reduce shipping width.
- U-shaped platform designed with the operator in mind provides easy access, a skid-resistant surface, and ultimate operator visibility.
- 18 vibrator circuit controls located directly above the vibrators. The controls are within easy reach for the operator.
- Frame has six feet (1.83 m) of telescoping ability on left side.
- Hydraulic leg height adjustment of 36 inches (914 mm).
- Hydraulically powered, split vertical tamping system.
- Aluminum work bridge.
- Two 110 gallon (416 L) high-pressure water systems for clean-up.
- Reversible 14 inch (356 mm) diameter split auger.
- No ladder is required with GOMACO's bottom filling water tanks.
- T-beam mounting rail incorporated into the telescoping frame.
- Vibrator lift.
- Track circuits provide up to 35 fpm (11 mpm) paving speed and 105 fpm (32 mpm) auxiliary for job-site mobility.
- Hydraulic pressure-compensated sideplates with up to 19 inches (483 mm) of adjustment.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 5 of 17






Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 6 of 17

# Versatility With The GOMACO GP-2400



The GOMACO RTP-500 places concrete over dowel baskets in front of a two-track GP-2400 slipforming a new city street.



A two-track GP-2400 is slipforming a dairy pad against the existing feed bunk. The left end frame and leg straddle the feed bunk, and sonic sensors are being used within the bunk for grade.



Existing trees created tight-clearance conditions for this four-track GP-2400. The paver is equipped with an auger/strike-off and a spreader plow to level the concrete ahead of the slipform paver.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 7 of 17


Mainline highway paving is being performed with ease using this four-track GP-2400 equipped with 3D machine guidance.


A GP-2400 paves a 0.75 inch (19 mm) thick polymer overlay on a new bridge deck.


When transitioned into transport mode, the four-track GP-2400 is capable of slipforming barrier wall up to seven feet (2.13 m) tall.


The GP-2400 with a sidemounted mold paves scab-on shoulder using 3D machine guidance.

# Four-Track GP-2400

Shown with a 16 foot (4.88 m) 3100 series open-front mold.

Emergency stop buttons are located on strategic areas of the machine.



- 18 vibrator circuits are positioned across the front of the platform for ease in operational visibility and accessibility.

- U-shaped platform designed with the operator in mind provides easy access, a skid-resistant surface, and ultimate operator visibility.

- Pivoting legs swing for easy positioning during operation and to the outboard position for easy loading and transport.

- GOMACO's exclusive G+® control system. Retractable console to reduce shipping width.

- Frame has six feet (1.83 m) of telescoping ability on the left side.

- Each leg has 42 inches (1067 mm) hydraulic height adjustment and manual height adjustment up to 28 inches (711 mm) for a total height adjustment of 70 inches (1778 mm).

- Optional Xtreme steering capabilities with rotary-sensored slew drives, GOMACO selective steer, and G+ controls.

- Aluminum work bridge.

- T-beam mounting rail incorporated into the telescoping frame.

- Hydraulically powered, split vertical tamping system.

- Two 110 gallon (416 L) high-pressure water systems for clean-up.

  No ladder is required with GOMACO's bottom filling water tanks.

- Reversible 14 inch (356 mm) diameter split auger.

- Hydraulic pressure-compensated sideplates with up to 19 inches (483 mm) of adjustment.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 9 of 17



# GOMACO's 3100 and Optional 5000 Open-Front Mold

(1) The **spreader/auger** on the 3100 series open-front mold is a 14 inch (356 mm) auger with a maximum speed of 33 rpm. The spreader/auger on the 5000 series open-front mold has a 16 inch (406 mm) auger and maximum speed of 28 rpm.

(2) **Vibration** is provided to the throat area of the mold for consolidation of concrete. The vibrators, with an automatic on/off control, activated with machine movement, are hydraulically powered with variable speeds up to 10,500 vpm. The vibrator position is hydraulically controlled for start of paving and lifting over the bulkhead to finish paving.

(3) The GOMACO **tamper bar** system tamps down the aggregate level below the surface of the pan. The tamper bar is hydraulically powered with an automatic on/off control, activated with machine movement.

(4) The 3100 series mold and stainless is 48 inches (1219 mm) from front to back. The 5000 series mold and stainless is 60 inches (1524 mm) from front to back.

(5) Adjustable **stainless steel** is exclusive to the GOMACO paving mold systems.



2) Vibrator  3) Tamper Bar  5) Stainless
1) Spreader/Auger  4) Finishing Pan



Minimum clearance is achieved with the four-track GP-2400 using 3D machine guidance to slipform a new interstate lane with existing traffic running next to the paving operation.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 11 of 17

# Optional 5400 Series Paving Mold

- 5400 series paving mold features a box design with durable 0.5 inch (13 mm) thick paving skin.
- Vertically-adjustable mold mount for precise leveling of mold to machine.
- Telescoping end sections with 24 inches (610 mm) of width variation on each side are optional.
- Edge slump adjustment.
- Hydraulic Vertical Hinged Sideplates, self-contained inside the mold.
- Pressure-compensated sideplates are standard.
- Split sideplates are optional on the 5400 series paving mold.
- Folding sideplate wings for transporting without removing.
- Pivoting mold mounting beam to eliminate stress points, created by crowning the mold.
- Self-supported power transition adjuster (PTA) is hydraulically driven with 3.5 inch (89 mm) ACME screws for up to a six inch (152 mm) crown.
- Front and rear top T-bar on mold for attaching accessories and structural integrity.
- Inserts are bolted together with front and rear alignment pins for easy mold assembly.
- Vibrator mounting tube attaches to T-bar on mold.
    – Vertical vibrator lift.
    – Rear lubrication system with grease zerks accessible from the work bridge.
- Tamper bar optional.
- Trailing stainless optional.



The box design of the 5400 series mold has a 54 inch (1372 mm) finishing length front to back and is equipped with a durable 0.5 inch (13 mm) thick paving skin that is welded to the mold to increase the structural integrity.

**Telescoping End Sections for Easy Width Changes**- Inserts are available in quarter-inch (6 mm), half-inch (13 mm), three inch (76 mm), or six inch (152 mm) increments. This drawing shows a six inch (152 mm) insert for the telescoping end section.





A GP-2400 featuring a 5400 series mold with two telescoping end sections, end slump adjustment, and a self-supported PTA paves a new airport ramp.



The end section can be telescoped from five to seven feet (1.52 to 2.13 m).





A six inch (152 mm) insert is lifted and hooked into place after the end section telescopes out.



Telescope the end section out and add your desired insert size, along with the front insert plate, into the 5400 series mold. Then retract the telescoping end section and resume paving.



The 5400 series mold's telescoping end section with an integral curb on one side of the mold.



Scan to watch a video of the 5400 series mold with telescoping end sections, and see how the inserts are added to achieve the desired width.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 12 of 17

11

# Bar Insertion Versatility

## Bar Insertion Systems Designed to Fit Your Project Specifications

GOMACO offers several bar insertion systems that are designed to accommodate your project specifications. Hydraulic cylinder, air-powered, and manual insertion are the three types of bar insertion. Bar inserters include the frame-mounted, sidemounted, 5400 series, and trailing form. GOMACO's bar inserters provide easy and accurate bar placement to job specifications.

### 5400 Series Bar Inserter



The 5400 series bar inserter is front or rear loading and front inserting for ease of use. It mounts to the mold's T-bar and allows on-the-go crown changes, while maintaining a constant depth. The bar box is mounted to the paver's rear T-beam mounting rail for easy access and loading of the bar magazine. There are individual depth guides on the right and the left side of the bar inserter in order to keep bars parallel to the top of slab. The 5400 series bar inserter can hold up to 50 bars in the bar magazine and bar loading chain system.



The trailing form with manual, air-powered, or hydraulic bar insertion is designed to trail the track on two-track pavers. This system will accommodate most types of bars.



Trailing form with air-powered bar insertion.

### Trailing Form and Bar Inserter

The trailing form and manual bar inserter is designed to trail the track on a two-track paver. This system will accommodate most types of bars.



  

The photos above show the trailing form and manual bar inserter raised to position as the machine comes off the header.

12

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 13 of 17



The hydraulic system includes vibration to the bar, and is designed for large bars. Vibration is applied to the bar during insertion, which provides consolidation of concrete around the bars. This system requires one vibrator circuit. The minimum slab depth required is six inches (152 mm) and the maximum bar length is 48 inches (1219 mm).



The four-track paver's hydraulic powered bar inserter is located in front of the rear paver leg at the end of the mold.

The two-track hydraulic powered bar inserter trails behind the mold and tracks.



Male keyway with side bar inserter.





When the slipforming begins, the trailing form is lowered and the manual bar insertion resumes.

The hydraulic powered magazine-style side bar inserter allows personnel to load multiple bars into a magazine clip. The bar inserter then releases a single bar and places it at the specified distance.

# GOMACO's Navigator

- The GOMACO Navigator software and display screen is an optional add-on for your paver to bring all of your G+® paver accessories together for easy control and monitoring.

- The touchscreen can be mounted at ground level on the paver to allow personnel the ability to fine tune the slipform paver's performance and configure settings for the GSI® (GOMACO Smoothness Indicator), SBI (side bar inserter), TBI (tie bar inserter), and PTA (power transition adjuster).

- Ground personnel can monitor the elevation and steering deviations for the machine and adjust sensitivities when required. The deviation meters are customizable and can be shown in a G+ bar graph, circular, or oscilloscope/histogram mode.

- The Navigator can be configured to make G+ accessories available on older G21/G22 slipform pavers.



Navigator G+ paver home screen shown.

## Navigator GSI®

- GSI (GOMACO Smoothness Indicator) utilizes compact and ruggedized CAN-based sonic sensors and a CAN-based digital slope sensor to read the smoothness profile anywhere on the slab's surface.

- The GSI is mounted on lightweight aluminum to allow for easy handling and assembly with less maintenance. The lower profile mounting system allows the work bridge to be mounted directly above the GSI, if needed.

- The optional Navigator's GSI (GOMACO Smoothness Indicator) screen allows ground personnel to monitor paving smoothness for up to four GSI traces (two visible at a time) using either a real-time localized roughness graph or a simulated California profilograph.

- The machine speed is now logged, which makes it possible to relate the machine speed with the smoothness, as well as automatically track the machine's start and stop events.



The LCD screens provide digital diagnostics at the sensor location or can send readouts to the optional Navigator system attached on the side of the paver.



The Navigator's GSI trace screen showing the simulated California profilograph graph.

## Navigator Accessories

- The ACC (Accessories) tab on the Navigator will allow ground personnel to monitor the real time operation of the tie bar inserter (TBI), side bar inserter (SBI), and power transition adjuster (PTA).

- The Navigator supports up to four PTAs. To transition the PTAs, simply enter the new target height values for each PTA, enter the transition distance, and press start transition. The yellow line represents the current height of each PTA, and the red line represents the target height for each PTA.

- Up to four TBIs and two SBIs are supported on the Navigator. The machine position in relation to the current dowel bar spacings is indicated by the red vertical line that will travel across the screen when the machine is moving. When the paver (red line) passes a TBI/SBI fire position, the fire lamps are illuminated.



ACC (Accessories) Screen shows how many PTAs, TBIs, and SBIs are set up on the paver, and the distance between each.



Personnel enter the number of bars required between each horizontal joint into the TBI/SBI setup menu. Navigator then calculates the space between each bar and the horizontal joint and makes managing bar placement simple and easy.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 15 of 17

# GP-2400 Specifications

**ENGINE**
Consult for options available.

**SERVICE CAPACITIES**
**Fuel reservoir:** 100 gal. (378.5 L).
**Hydraulic oil reservoir:** 161 gal. (609.45 L).

**AUTOMATED CONTROL SYSTEM**
**Type:** Electronic-over-hydraulic.
**Controls:** GOMACO's exclusive G+® control system features self-diagnostics for grade and steering and smart steer controls for paving accuracy and ease in operation. It features multi-language, metric or imperial settings, and a 6.5 in. (165 mm) anti-glare display screen.
**Control indicators:** Color graphical performance indicators allow the operator to monitor control signals for machine guidance on stringline or 3D.

**TELESCOPING FRAME**
**Telescoping:** Modular frame telescopes on the left side up to 6 ft. (1.83 m).

**WATER SYSTEM**
Two 110 gal. (416 L) polyurethane tanks with hydraulically driven high-pressure pump, trigger gun control, and adjustable pressure unloader for 0-2000 psi.

**AUGER SYSTEM**
**Type:** Reversible 14 in. (356 mm) diameter hydraulically powered split auger.
**Speed:** Up to 66.9 rpm.

**TAMPER SYSTEM**
**Type:** Hydraulically powered, split vertical tamping system.
**Tamper speed:** Adjustable up to 120 strokes per minute.

**SLIPFORM MOLD** (3100 Series Open-Front)
One right-hand drive section, one left-hand drive section, and one center insert with power transition adjuster (PTA) section. Balance of inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

**International mold:** One right-hand drive section, one left-hand drive section, and one power transition adjuster (PTA) section. Balance of metric inserts per customer specifications. Hydraulically pressure-compensated sideplates with variable depth adjustments.

**VIBRATORS**
**Type:** Hydraulic motor-in-head powering an eccentric weight.
**Quantity:** 10 vibrators and 18 vibrator circuits are standard.

**TWO-TRACK SYSTEM**
**Type:** Two hydraulically powered, gear-driven crawler tracks.
**Overall track length:** 10.4 ft. (3.17 m) including track fender.
**Track pad width:** 15.75 in. (400 mm).
**Track speed:** Up to 35 fpm (11 mpm) paving and up to 105 fpm (32 mpm) auxiliary.
**Ground pressure:** 18 psi (124 kPa), based on 52,000 lb. (23,587 kg) with weight evenly distributed.
**Leg height adjustment:** 36 in. (914 mm) hydraulic adjustment.

**FOUR-TRACK SYSTEM**
**Type:** Four hydraulically powered, gear-driven crawler tracks.
**Overall track length:** 6.3 ft. (1.92 m) includes track fender.
**Track pad width:** 11.8 in. (300 mm).
**Track speed:** Up to 44 fpm (13 mpm) paving and up to 96 fpm (29 mpm) auxiliary.
**Ground pressure:** 28 psi (193 kPa), based on 60,000 lb. (27,216 kg) with weight evenly distributed.
**Leg height adjustment:** 42 in. (1067 mm) hydraulic adjustment and manual adjustment up to 28 in. (711 mm) for a total height adjustment of 70 in. (1778 mm).
**Leg positioning:** Each leg has manual or hydraulic adjustable pivot arms which allow the leg to pivot up to 19 in. (483 mm) to the outside and up to 15 in. (381 mm) to the inside from the straight-ahead position.

**TWO-TRACK DIMENSIONS**
**Paving width:** Up to 16 ft. (4.88 m), with no inserts needed for frame.
**Optional:** Paving width up to 24 ft. (7.32 m), with additional vibrators and frame inserts.
**Two-track minimum transport width:** 10.4 ft. (3.17 m) with 16 ft. (4.88 m) wide 3100 series open-front mold attached.
**Two-track minimum transport length:** 18.2 ft. (5.55 m) with the frame fully retracted.
**Two-track minimum transport height:** 9.5 ft. (2.9 m) without mold or 9.9 ft. (3.02 m) with the 16 ft. (4.88 m) wide 3100 series open-front mold attached.

**FOUR-TRACK DIMENSIONS**
**Paving width:** Up to 16 ft. (4.88 m), with no inserts needed for frame.
**Optional:** Paving width up to 24 ft. (7.32 m), with additional vibrators and frame inserts.
**Four-track minimum transport width:** 8.2 ft. (2.5 m) without mold or work bridge or 10.2 ft. (3.11 m) with the 3100 series open-front mold and work bridge attached.
**Four-track minimum transport length:** 29.6 ft. (9.02 m) without the mold attached.
**Four-track minimum transport height:** 9.4 ft. (2.87 m) without mold or 10.1 ft. (3.08 m) with the 3100 series open-front mold attached.

**WEIGHTS** (approximate)
**Two-track transport weight without mold:** 35,000 lbs. (15,876 kg) with series two tracks.
**Two-track operational weight:** 52,000 lbs. (23,587 kg) equipped with series two tracks and a 16 ft. (4.88 m) 3100 series open-front mold.
**Four-track transport weight without mold:** 42,000 lbs. (19,051 kg) with series two tracks.
**Four-track operational weight:** 60,000 lbs. (27,216 kg) equipped with series two tracks and a 16 ft. (4.88 m) 3100 series open-front mold.
**Note:** Transport and operational weights are variable, depending on number of machine options.

**ATTACHMENTS/OPTIONS AVAILABLE**
Auto-Float® attachment.
5000 series open-front mold with 16 in. (406 mm) auger.
5400 series paving mold.
V2 paving mold.
Air pressure regulator, filter, and oiler for air side bar inserters.
Two 150 gal. (567.8 L) steel tanks.
Two 100 gal. (378.54 L) leg-mounted plastic tanks.
Frame extensions.
Grade averaging ski.
Sideplate extensions for bar insertion.
Frame-mounted bar inserter.
5400 series center bar inserter.
Manual side bar inserter.
Air-powered side bar inserter.
Hydraulic side bar inserter with vibration.
Bolt-on male keyway attachments.
3D stringless control system.
Xtreme steering capabilities on the four-track slipform paver with rotary-sensored slew drives.
GOMACO Remote Diagnostics (GRD).
Navigator.
GSI® (GOMACO Smoothness Indicator).
Polyurethane track pads.

Other options are available to customize the machine in order to accommodate specific applications and customer needs.

Case 5:20-cv-04007-CJW-KEM   Document 112-31   Filed 04/17/24   Page 16 of 17




A GOMACO four-track GP-2400 with optional rotary-sensored slew drives slipforms a highway using 3D machine guidance. The left side is using high-rise tracks that are only six inches (152 mm) wide to achieve minimum clearance.

The GOMACO four-track GP-2400 scabs on a single lane with an integral curb on the right side during a night pour using 3D machine guidance.

Cover Image: HW-041831-D13
Manufactured under one or more of the following U.S. or foreign patents: 7,044,680; 7,284,472; 7,517,171; 7,845,878; 7,850,395; 8,682,622; 8,855,967; 9,051,696; 9,180,909; 9,200,414; 9,404,228; 9,428,869; 9,458,581; 9,464,716; 9,541,195; 9,567,715; 9,624,626; 9,637,872; 9,644,328; 9,633,162; 9,670,627; 9,739,019; 9,764,762; 9,869,063; 9,963,836; 9,982,399; 10,005,489; 10,206,016; 10,2256018; 10,501,913; 10,822,029; 10,829,898; 10,940,838; CA2,591,177; CA2,864,902; AU2018100400; AU2019100743; and patents pending.

GOMACO, Auto-Float, GOMACO Smoothness Indicator (GSI), and G+ are registered trademarks of GOMACO Corporation.

GOMACO Corporation reserves the right to make improvements in design, material, and/or changes in specifications at any time without notice and without incurring any obligation related to such changes. Performance data is based on averages and may vary from machine to machine.

Printed in U.S.A. © 2021 (07Anderson300)
GOMACO Corporation Order # 0405-0A10347

**-- SAFETY BY DESIGN --**

The GP-2400 is carefully designed to give years of dependable and safe service. The emergency stop buttons are on the operator's console and on the corners of the machine, which are easily accessible from the ground level. The machine is equipped with a backup alarm, which is designed to alert personnel around the machine when the tracks are set to operate in reverse. Machine decals are shown as internationally recognized symbols. Other safety features include track guards, warning decals, an operator horn, an operator's manual, and a safety manual. GOMACO machines are also designed to provide the operator with excellent visibility over the entire paving operation.

**Worldwide Headquarters**
GOMACO Corporation
PO Box 151
Ida Grove, IA USA 51445
Ph: 1-712-364-3347
www.gomaco.com
E-mail: info@gomaco.com

**European Headquarters**
GOMACO International Ltd.
Units 14 & 15
Avenue One, Station Lane
Witney, Oxon, OX28 4XZ, United Kingdom
Ph: +44 1993 705100
E-mail: pavinguk@gomaco.com



*The Worldwide Leader in Concrete Paving Technology*

GOMACO Corporation's Quality Management System Is ISO 9001 Certified By The American Systems Registrar.

Quality Policy: We Shall Meet Or Exceed Our Customers' Expectations.

