# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONST. DIV., INC., a California Corporation, | Case No. 5:20-cv-04007-CJW-KEM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| v. | |
| GOMACO CORP., an Iowa Corporation, | |
| Defendant. | |

After consideration of the pleadings, papers, declarations, and other evidence submitted by the parties, the arguments of counsel, and good cause appearing, Plaintiff Guntert & Zimmerman Construction Division, Inc. ("G&Z")'s Motion for Leave to File a Second Amended Complaint is GRANTED.

ENTERED this ___ day of _____, 2024

_____
C.J. Williams
United States District Judge
Northern District of Iowa

<div style="display: flex;">

<div>
Paul D. Lundberg (#WO0003339)  
(Lead Counsel)  
GOOSMANN LAW FIRM  
510 5th Street  
Sioux City, IA  51101  
(712) 226-4000  
lundbergp@goosmannlaw.com  

Dated: April 17, 2024
</div>

<div>
Respecfully submitted,

By: */s/ Paul J. Andre*  
Paul J. Andre (admitted *pro hac vice*)  
Lisa Kobialka (admitted *pro hac vice*)  
James Hannah (admitted *pro hac vice*)  
KRAMER LEVIN NAFTALIS  
& FRANKEL LLP  
333 Twin Dolphin Drive, Suite 700  
Redwood Shores, CA 94065  
(650) 752-1700  
pandre@kramerlevin.com  
lkobialka@kramerlevin.com  
jhannah@kramerlevin.com  

*Attorneys for Plaintiff*  
*Guntert & Zimmerman Const. Div., Inc.*
</div>

</div>

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to the following counsel of record.

| | |
|---|---|
| Luke J McCammon<br>David Mroz<br>Sonja W Sahlsten<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>luke.mccammon@finnegan.com<br>david.mroz@finnegan.com<br>sonja.sahlsten@finnegan.com<br><br>*Counsel for Defendant*<br>*Gomaco Corp.* | Thaddeus E. Cosgrove<br>Cosgrove Law Firm<br>102 N Main<br>PO Box 50<br>Holstein, IA 51025<br>cosgrove1@frontiernet.net |

By: */s/ Paul J. Andre*
Paul J. Andre
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752-1700
pandre@kramerlevin.com