# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONSTRUCTION DIVISION, INC., Plaintiff/Counter-Defendant, vs. GOMACO CORPORATION, Defendant/Counter-Plaintiff. | **HEARING MINUTES** Sealed: No<br>Case No.: 20-CV-04007-CJW-KEM<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Benjamin Louviere<br>Official Court Record: Sarah Dittmer  Contract? No<br>Contact Information: reportingwhereur@yahoo.com |

| Date: | 08/16/2024 | Start: | 1:55 PM | Adjourn: | 2:50 PM | Courtroom: | 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | Time in Chambers: | --- | | Telephonic? | No |

| Appearances: | Plaintiff: | James Hannah, Ester Levy |
|---|---|---|
| | Defendant: | David Mroz, Sonja Sahlsten |
| | U.S. Probation: | --- |
| | Interpreter: | ---    Language: ---   Certified: ---   Phone: -- |

**TYPE OF PROCEEDING:** MOTION HEARING

Contested? No    Continued from a previous date? No

| **MOTION:** | 1. | Plaintiff's Motion for Leave to File Second Amended Complaint | Doc. # | 112 |
|---|---|---|---|---|
| | Ruling: | The Court takes this matter under advisement with order to follow. | Order to follow? | Yes |
| | 2. | --- | Doc. # | |
| | Ruling: | --- | Order to follow? | |

**Witness/Exhibit List is** ---

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** The Court held hearing for oral argument on plaintiff's motion for leave to file a second amended complaint.

Page **1** of 1