IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| GUNTERT & ZIMMERMAN CONST. DIV., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOMACO CORP., an Iowa Corporation,<br><br>Defendant. | Case No. 5:20-cv-4007-CJW-KEM<br><br>**DECLARATION OF RONALD M. GUNTERT, JR. IN SUPPORT OF PLAINTIFF'S RESISTANCE TO DEFENDANT'S MOTION TO STAY PENDING INTER PARTES REVIEW AND POST GRANT REVIEW [DKT. NO. 137], AND MOTION TO CERTIFY DISMISSAL OF THE U.S. PATENT NO. 10,053,167 FOR APPEAL PURSUANT TO FED. R. CIV. P. 54(b), OR PURSUANT TO 28 U.S.C. § 1292(b)** |

I, Ronald M. Guntert, Jr. declare:

    1.    I am the CEO of Plaintiff Guntert & Zimmerman Const. Div., Inc. ("G&Z"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of G&Z's Resistance to Defendant Gomaco Corp.'s ("Defendant" or "Gomaco") Motion to Stay Pending *Inter Partes* Review ("IPR") and Post Grant Review ("PGR") (Dkt. No. 137) and G&Z's Motion to Certify Dismissal of the U.S. Patent No. 10,053,167 for Appeal Pursuant to Fed. R. Civ. P. 54(b), or Pursuant to 28 U.S.C. § 1292(b).

    2.    As the Court is aware, my father founded the parent company to G&Z in 1942 in Stockton, CA, as a shipyard for building marine vessels for the war effort. After the war, G&Z turned its attention to and was a pioneer in making concrete slipform pavers for constructing canals, highways, airports and other large special equipment for large infrastructure projects all over the world. G&Z designed and built the first crawler track mounted, concrete slipform paver with automatic line and grade in 1956 first used California on State Route 99 near G&Z's

1

factory today. The business has stayed within the family for three generations and has continued to make and sell concrete slipform pavers around the world with a long history of pioneering and industry leading innovation. At peak in 2nd Quarter of 2018 we had 199 total employees. Today, due to continued competitive pressure of having to compete against our own technology copied by all our competitors, we have had to let go of almost 149 employees since 2nd Quarter of 2018. Ex.[1]1 (showing the employee numbers for both G&Z and Guntert Steel ("GS") which was shut down in 2022).

3. G&Z introduced its revolutionary new AccuSteer / SmartLeg technology to the industry in 2010. This revolutionary advancement was a game-changer, significantly enhancing efficiency by reducing nonproductive paving tasks. Nonproductive paving tasks that took concrete paving contractor days to complete with prior, state of the art paving machines wasting precious concrete paving days, were reduced to a couple hours by G&Z's patented technology. Understanding the potential industry value, G&Z applied for and were granted US patents to protect its inventions.

4. G&Z and Gomaco compete in a global niche market for concrete slipform pavers. In 2020, Gomaco's annual revenues are estimated to be at least 4 times greater than G&Z's. The first G&Z Slipform Paving Machine with the new SmartLeg / AccuSteer technology introduced was their four track S600 model in 2010 followed by the S850SL model in 2012, and then S400 model in 2015. Gomaco responded due to market pressures and introduced directly competing 4 track paver models with SmartLeg / AccuSteer, namely the GP3, GP4, GP-2400 product, and Commander III and Xtreme Commander III products.

---

[1] References to "Ex." within are to exhibits attached to and being filed concurrently herewith to this declaration.

5. Over the years, G&Z has made a substantial investment in its research and development, which has led to its many innovative product offerings today. For example, G&Z spent 2 years developing its "SmartLeg" technology, which is a specialized swing leg that includes a unique jacking column with crawler track slew drive steering arrangement ("AccuSteer") for G&Z's slipform pavers. G&Z's slipform pavers with SmartLeg / AccuSteer technology include its S400, S600 and S850 line of slipform paving machines ("SmartLeg Slipform Paving Machines"). These SmartLeg / AccuSteer Slipform Paving Machines are marked with the U.S. Patent Nos. 11,535,318 ("the '318 Patent") and 11,772,723 ("the '723 Patent") numbers and are covered by the '318 and '723 Patents. G&Z estimates that it spent at least $1.5 million over two years in engineering and development costs for creating its innovative swing legs of the '318 and '723 Patents. This does not include the subsequent costs incurred in improving the original design based on experience in the field with both the S600 and S850SL Pavers.

6. G&Z worked to develop the S600 tractor to be a highly versatile in the future for both inset or offset paving and even conceived of other "compact" four track or three track paving applications. With the swing leg (with jacking column and a slew drive with angular transducer between the jacking column and the crawler track), its mounting bracket and the angular transducer (to measure location of the swing leg in relationship to the machine frame), and with the right software, the possible crawler track locations in relationship to the tractor frame were almost unlimited. After over a year of testing the S600 prototype in at the factory and in the USA and Europe from 2010 to 2012, we finally perfected the software and design to realize our design goals on the SmartLeg / AccuSteer technology.

7. G&Z realized in mid-2009 that this SmartLeg / AccuSteer design they conceived was a major, and valuable new innovation for the industry and was very careful about disclosing the design to the public prior to our patent application filing in March 2010. The prototype G&Z S600 Paver, introduced in the summer of 2010, after a lot of effort to perfect it to realize our design goals, was hugely successful and its sales grew exponentially. During prototyping and use of the earliest S600s, G&Z continued to find more advantages, improvements and applications for this new technology. In fact, the new S600 Paver with SmartLeg / AccuSteer technology productivity advantages were so compelling, that G&Z started to rapidly convert Gomaco customers and other paver manufacturer's customers to G&Z. All a contractor had to do was see the technology with their own eyes and the machine sold itself. It was so successful that G&Z's engineering team immediately went to work and added as an option to a S850 Paver the choice of swing legs with patented SmartLeg / AccuSteer design in lieu of our patented Telescopic Bolsters. This "S850SL" model with swing legs was delivered in 2012. In 2015, G&Z delivered its first smaller "Entry Level" S400 Paver with SmartLeg / AccuSteer technology which was equally successful.

8. The number of North American contractors that buy larger concrete slipform pavers is less than 250. The price for a four track SmartLeg / AccuSteer Slipform Paving Machine, such as G&Z's S400, at the time of filing the complaint against Gomaco in 2020 averaged around $750,000 while a S600 and S850SL average $1,000,0000 and $1,350,000 respectively depending on selected options. Each sale of a concrete slipform paver by G&Z often results in the sale of collateral products such as Dowel Bar Inserters ("DBI") attachments, Placers, Placer Spreaders and Texture Cure Machines. When a contractor buys a new "paving spread," many times it includes not only a Paver but a DBI, or a Placer or Placer Spreader to

receive and spread the concrete in front of the Paver and a Texture Cure Machine behind that textures and cures the new concrete pavement coming out the back of the Paver. The sale of these collateral products such as a DBI, Placer or Placer Spreader and a Texture Cure machine in addition to the Paver can double the contract value. If these collateral products are not bought at the time of the Paver sale you have a good chance to get the order later for collateral products. Along with the Paver and collateral products, G&Z also sells collateral services, which can include servicing the concrete paving equipment, training, sales of spare parts, upgrades, rebuilds, and maintenance contracts These collateral products and services cover the lifecycle of G&Z's machines and are critical to G&Z's business. Within G&Z, seven full time employees and five part-time employees that are responsible for performing these collateral services and part sales that represent on an average approximately 18% to 20% of G&Z's yearly machine sales revenues.

9. G&Z has been forced to compete against its own patented SmartLeg / AccuSteer technology in the marketplace with Gomaco's GP Products and Commander Products and other manufacturers' designs that copy G&Z's. For example, Wirtgen (a John Deere Company) has copied G&Z's SmartLeg / AccuSteer technology starting in 2013 in its SP 64i, SP 94i (and predecessor SP 84i), and SP 124i four-track paving machines as shown in their marketing material provided online and for customers. Wirtgen's website highlights the "steerab[ility] and slewing crawler units" of its SP 124i (Ex. 2 at 1-2) and the brochures for the SP 64i, and SP 94i highlight the job site maneuverability and slewing crawler units as key aspects of the machine. Ex. 3 at 12-13, 20-23 (SP 64i Paver Brochure); Ex. 4 at 5-7, 14-19 (SP 94i Paver Brochure). Another example is Power Curbers / Power Pavers who has copied G&Z's SmartLeg / AccuSteer technology in its SF-2404 Paver introduced in 2017 and its SF-3404 Paver

5

introduced in 2023. Ex. 5 at 1-2 (SF-2404 Specification); Ex. 6 at 2-4 (SF-3404 Brochure). Even another example is Ajax, India, who has copied G&Z's SmartLeg / AccuSteer in its SPX-1204 Paver introduced in 2019 into the large Indian concrete paving market with the intention of exporting abroad. Ex. 7 at 1-5 (Ajax Brochure). They also recently introduced a SPX-754 Paver with G&Z's SmartLeg / AccuSteer technology. *Id.* Both Power Pavers / Power Curbers and Ajax are larger and better capitalized companies than G&Z and want to expand their product offers into the large complex Concrete Paver market. Each of them separately solicited help on their new slipform paver designs from G&Z's former VP of Engineering, Gerald Dahlinger, whom was heavily involved in the design of the S600.

10. The copying by other G&Z's market competitors has had significant ramifications on G&Z's ability to maintain its competitiveness in a very competitive market that is rapidly getting crowded. More specifically, G&Z has lost substantial sales because it has been forced to compete with its own "SmartLeg / AccuSteer" swing leg technology in a market where customers exhibit a high degree of brand loyalty and don't change brands unless there are very compelling reasons to do so. Moreover, these are expensive, long-lasting machines measured in decades, so a single lost sale is significant and results in a loss of ongoing sales of services, parts, as well as collateral products, not to mention the loss of an opportunity to establish an ongoing relationship with the customer. Wirtgen is a relatively new competitor in the US market (the largest market in the world for concrete slipform pavers), has taken advantage of John Deere's tremendous financial strength to enter the US market by offering free demos and attractive lease options. It wasn't until the start of the COVID-19 pandemic that Wirtgen gained any serious traction in the US market. At that time, both Gomaco and G&Z's quoted lead times went out to 6 to 8 months due to the pandemic supply chain disruption. Wirtgen

6

took advantage of this to gain market share from Gomaco and G&Z and built SP 64i and SP 94i Pavers to stock for quick delivery. In order to sell these machines in the US market, Wirtgen had to copy G&Z's SmartLeg / AccuSteer technology, the new industry standard, and in 2022, Wirtgen introduced their "Telemold" Paving kit to compete with G&Z's Paving Kits with Telescopic End Sections or "TeleEnd" and Gomaco's 5400 Series Paving Kit with Telescopic End Section On average, from 2010 through 2019, G&Z delivered nine SmartLeg / AccuSteer Paving Machines a year. Ex. 8 (showing the sales numbers for G&Z's SmartLeg / AccuSteer pavers). In 2016, 2017, 2018 and 2019, G&Z delivered respectively 12, 20, 9 and 6 SmartLeg / AccuSteer Paving Machines. *Id.* Gomaco delivered their first GP3 in 2016, first GP4 in 2017 and first GP2400 and CIIIx 4 track machines in 2019. Wirtgen entered the US Market in 2014 and 2015 and offered free demos of their SP84i Paver. That model was unsuccessful and had structural problems. In 2016, Wirtgen introduced their new SP 94i to replace the SP 84i and followed by their new SP 64i in 2017, their new SP 124i in 2019, and their new Telemold telescoping Paving Kit in 2022. This additional competition all coincides with G&Z's drop in pavers sales. In 2020, 2021, 2022, and 2023, G&Z's SmartLeg / AccuSteer Paver delivers shrunk dramatically to an average of two machines per year, which has significantly jeopardized G&Z's business.

11. In addition to the lost opportunities I recounted for the Court in 2020, G&Z has continued to face hardship in trying to secure contracts with customers. G&Z has lost numerous contracts and customers to both in the U.S. and internationally to Gomaco and other competitors that have copied its patented technology. For example, in 2015, G&Z picked up four key Gomaco USA accounts (Toebe, Knife River, Shafer and Emery Sapp) in a roughly 6-week period. In 2015, Gomaco started marketing their new GP3 Paver with SmartLeg /

7

AccuSteer. In 2016, G&Z lost 6 pending orders to Gomaco who entered the market with their GP3 Paver priced 20% before G&Z's S600 price. After losing these orders, G&Z was forced to reduced their S600 price by 10%. Just before the COVID-19 Pandemic, G&Z got behind in engineering on the redesign of S850 and S600 power units to accept the government mandated low emissions diesel engines and got behind it its deliveries. To take care of its customers and honor its commitments, G&Z rented paving machines from its customers and loaned them to their customers whose paver delivery were delayed at tremendous expense. Just when G&Z was catching up in late 2019 the COVID-19 pandemic hit, and in March 2020 the stay at home order occurred and the supply chain disruption and labor shortages started. After we sued Gomaco for patent infringement in February 2020, Gomaco went to G&Z customers saying that G&Z was having financial difficulties, not paying its suppliers and were delivering machines late. One international customer Warbud SA approached me in 2020 about these comments Gomaco. After the order had been placed with G&Z and down payment paid, Warbud approached G&Z to say Gomaco had made a special appointment with their board members to inform Warbud SA that G&Z was having financial trouble, not paying their suppliers, and had specified the wrong G&Z paver for their job. Ex. 9 at 2 (2020-09-18 Email from Michal Gajewski of Warbud). After G&Z had an opportunity to debunk Gomaco's technical argument and I was forced to share my personal financial information, G&Z kept the order. Warbud's US representative visited the G&Z factory to confirm what we had provided by email. Warbud received delivery of their S600 Paver with SmartLeg / AccuSteer and used the machine successfully. I have verbally received feedback from friends in the industry that Gomaco continues this unethical practice described above.

12. Any further losses of sales and market share of G&Z's SmartLeg / AccuSteer Slipform Paving Machines to Gomaco and other competitors like Wirtgen will permanently jeopardize G&Z's business and the livelihood of its employees. G&Z's SmartLeg / AccuSteer Slipform Paving Machines are the foundation for the majority of G&Z's business. G&Z sought and obtained patents to protect its innovations and its company's livelihood for precisely this reason. G&Z has been patiently waiting almost five years for its day in Court and remains steadfast in its resolute to protect the livelihood of its company and employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2025 in Marathon, Florida.

                                                                               Ronald M. Guntert, Jr.
                                                                               CEO of Plaintiff G&Z

<div style="display: flex;">

<div>
Paul D. Lundberg (#WO0003339)
GOOSMANN LAW FIRM
510 5th Street
Sioux City, IA 51101
Telephone: (712) 226-4000
lundbergp@goosmannlaw.com

Dated: January 8, 2025
</div>

<div>
Respectfully submitted,

By: /s/ *Paul J. Andre*
Paul Andre (admitted *pro hac vice*)
Lisa Kobialka (admitted *pro hac vice*)
James Hannah (admitted *pro hac vice*)
Ester Ben Noon Levy (admitted *pro hac vice*)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
elevy@kramerlevin.com

*Attorneys for Plaintiff*
*Guntert & Zimmerman Const., Div., Inc.*
</div>

</div>

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to the following counsel of record.

| | |
|---|---|
| Luke J. McCammon<br>David K. Mroz<br>Sonja W. Sahlsten<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>luke.mccammon@finnegan.com<br>david.mroz@finnegan.com<br>sonja.sahlsten@finnegan.com<br><br>*Attorneys for Defendant*<br>*Gomaco Corp.* | Thaddeus E. Cosgrove<br>COSGROVE LAW FIRM<br>102 N. Main St.<br>Holstein, IA 51025<br>Telephone: (712) 368-2616<br>cosgrove1@frontiernet.net |

/s/ *Paul J. Andre*
Paul J. Andre
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
pandre@kramerlevin.com