# Exhibit 1

| TOTAL COUNT | 941 TAX RETURN | GZ EMPLOYEE COUNT | GS EMPLOYEE COUNT | BALANCE TEMP AGENCY | AEROTEK TEMP AGENCY | CONTRACT CONTRACT |
|---|---|---|---|---|---|---|
| 147 | 2016 1ST QTR | 91 | 33 | 16 | 7 | |
| 158 | 2016 2ND QTR | 107 | 33 | 14 | 4 | |
| 151 | 2016 3RD QTR | 104 | 33 | 10 | 4 | |
| 158 | 2016 4TH QTR | 118 | 31 | 5 | 4 | |
| 161 | 2017 1ST QTR | 121 | 31 | 4 | 5 | |
| 161 | 2017 2ND QTR | 120 | 29 | 4 | 8 | |
| 166 | 2017 3RD QTR | 123 | 30 | 11 | 2 | |
| 175 | 2017 4TH QTR | 125 | 33 | 15 | 2 | |
| 187 | 2018 1ST QTR | 139 | 30 | 16 | 2 | |
| 199 | 2018 2ND QTR | 152 | 30 | 16 | 1 | |
| 181 | 2018 3RD QTR | 149 | 27 | 3 | 2 | |
| 172 | 2018 4TH QTR | 143 | 25 | 3 | 1 | |
| 148 | 2019 1ST QTR | 124 | 24 | 0 | 0 | |
| 136 | 2019 2ND QTR | 117 | 19 | 0 | 0 | |
| 133 | 2019 3RD QTR | 114 | 19 | 0 | 0 | |
| 123 | 2019 4TH QTR | 107 | 16 | 0 | 0 | |
| 116 | 2020 1ST QTR | 101 | 15 | 0 | 0 | |
| 92 | 2020 2ND QTR | 80 | 12 | | | |
| 76 | 2020 3RD QTR | 64 | 12 | | | |
| 72 | 2020 4TH QTR | 60 | 12 | | | |
| 86 | 2021 1ST QTR | 74 | 12 | | | |
| 85 | 2021 2ND QTR | 74 | 11 | | | |
| 63 | 2021 3RD QTR | 54 | 9 | | | |
| 59 | 2021 4TH QTR | 51 | 8 | | | |
| 56 | 2022 1ST QTR | 51 | 5 | | | |
| 61 | 2022 2ND QTR | 57 | 4 | | | |
| 53 | 2022 3RD QTR | 50 | 3 | | | |
| 51 | 2022 4TH QTR | 48 | 3 | | | |
| 52 | 2023 1ST QTR | 49 | 3 | | | |
| 48 | 2023 2ND QTR | 46 | 2 | | | |
| 46 | 2023 3RD QTR | 44 | 2 | | | |
| 46 | 2023 4TH QTR | 44 | 2 | | | |
| 49 | 2024 1ST QTR | 47 | 2 | | | |
| 50 | 2024 2ND QTR | 48 | 2 | | | |
| 50 | 2024 3RD QTR | 48 | 2 | | | |

| TOTAL COUNT | 941 TAX RETURN | GZ EMPLOYEE COUNT | GS EMPLOYEE COUNT | BALANCE TEMP AGENCY | AEROTEK TEMP AGENCY | CONTRACT CONTRACT |