Exhibit 9

# Ron Guntert

| | |
|---|---|
| **From:** | GAJEWSKI Michał <michal.gajewski@warbud.pl> |
| **Sent:** | Friday, September 18, 2020 7:55 AM |
| **To:** | Ron Guntert |
| **Subject:** | RE: Request for informations |
| **Importance:** | High |

Hi Ron,

Thank you for quick response. I believe you have right about these dirty tactics which are impact you so as my team who was responsible for conducting a clear and fair tender for purchasing paver machine for our project. The best answer will be the hard facts in the form of documents that I have asked for and that the Management Board wants from me. I'm looking forward more details from you.

Regardless of this unpleasant situation for both of us I wish you nice weekend. Keep in touch.

Best regards,

Michał Gajewski
Warbud SA
Dyrekcja Budownictwa Inżynierskiego
e-mail: michal.gajewski@warbud.pl
tel.   +48 22-567-62-62
mob. +48 600-327-990;
www.warbud.pl

WARBUD S.A.
ul. Domaniewska 32, 02-672 Warszawa
Zarejestrowana przez Sąd Rejonowy dla m.st. Warszawy,
XIII Wydział Gospodarczy KRS pod numerem 0000010823
NIP 526-015-21-46, Kapitał zakładowy 60 319 500 zł wpłacony w całości


**From:** Ron Guntert <Rguntert@guntert.com>
**Sent:** Friday, September 18, 2020 4:26 PM
**To:** GAJEWSKI Michał <michal.gajewski@warbud.pl>
**Subject:** Re: Request for informations

Hi Michal:

While I believe this to be very unethical what Gomaco did, I am not surprised because they have used these dirty tactics in the past. I have also been hearing this same sort of slander Gomaco has been spreading recently from friends in the industry and several other prospective customers. So this is a concerted effort to try to hurt G&Z and take orders away.

Where this stems from is we filed a lawsuit in February for patent infringement, and most recently a preliminary injunction action against Gomaco, related to our "SmartLeg" and "AccuSteer" technology. This is of public record. If you Google Guntert & Zimmerman vs Gomaco all sorts of articles such as this come up. https://www.khl.com/international-construction/gomaco-to-fight-baseless-lawsuit/142734.article

1

Because we are in the middle of litigation I need to discuss this with my legal counsel as far as how much I can say.

As for your request for information I will respond by Monday after speaking with my attorneys today. Your machine is in the production schedule and will be built.

I can assure you the the G&Z S600 (introduced in 2010) you ordered exceeds the specification of the Gomaco GP3 (introduced in late 2015/early 2016) which was Gomaco's response to our S600 which was highly successful. Once we introduced the S600 we started taking large, key customers away from Gomaco. Our S400 Paver is in the same class as the Gomaco GP-2400 both of which have max. widths of 7.5m and engine power of under 200HP. More detail will be provided later.

Best regards,

Ron

Sent from my I-phone
Ronald M. Guntert, Jr., CEO
Guntert & Zimmerman Const. Div., Inc.
222 E. Fourth Street
Ripon, CA 95366 U.S.A.
Work: +1 209 599 6131
Fax: +1 209 599 2021
Mobile: +1 209 603 5844
Email: rguntert@guntert.com
Web: www.guntert.com

> On Sep 18, 2020, at 5:34 AM, GAJEWSKI Michał <michal.gajewski@warbud.pl> wrote:
>
> Hi Ron,
>
> It's hard to wrote this mail to you and please let it be confidential correspondence between us.
> Our Board had meeting with your competitor GOMACO today (on GOMACO) request. GOMACO has complained about following issues:
> 1) Your financial situation is bad and you don't pay your suppliers on time
> 2) Your S600 machine cannot be comparable with their GP3, at best it can be compared to the G2400
>
> Please be sure we don't believe in any of this allegations but as a team which was responsible for this purchasing we are obliged to prepare answer to our Board. So I'm asking you for:
> 1) sending your financial statements
> 2) sending the status of your items orders for our machine (with any scan of order documents or delivered parts photos)
> 3) comparison (with showing advantage) of your machine with GP3 i GP 2400
>
> I will be obliged for your quick response.
>
> Pozdrawiam
>
> Michał Gajewski
> Warbud SA
> Dyrekcja Budownictwa Inżynierskiego

e-mail: michal.gajewski@warbud.pl
tel.   +48 22-567-62-62
mob. +48 600-327-990;
www.warbud.pl

WARBUD S.A.
ul. Domaniewska 32, 02-672 Warszawa
Zarejestrowana przez Sąd Rejonowy dla m.st. Warszawy,
XIII Wydział Gospodarczy KRS pod numerem 0000010823
NIP 526-015-21-46, Kapitał zakładowy 60 319 500 zł wpłacony w całości

Administratorem danych osobowych jest Warbud SA z siedzibą przy ul. Domaniewskiej 32, 02-672 Warszawa; adres email: rodo@warbud.pl, tel: +48 22 56 76 003. Kontakt do Inspektora Ochrony Danych, adres e-mail: iod@warbud.pl Pełna informacja na temat przetwarzania danych na stronie www.warbud.pl

Administratorem danych osobowych jest Warbud SA z siedzibą przy ul. Domaniewskiej 32, 02-672 Warszawa; adres email: rodo@warbud.pl, tel: +48 22 56 76 003. Kontakt do Inspektora Ochrony Danych, adres e-mail: iod@warbud.pl Pełna informacja na temat przetwarzania danych na stronie www.warbud.pl