# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

GUNTERT & ZIMMERMAN CONSTRUCTION DIVISION , INC.
*Plaintiff/Counter-Defendant*

v.

GOMACO CORPORATION
*Defendant/Counter-Claimaint*

Civil Action No. 20-CV-4007-CJW-KEM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Final judgment in favor of GOMACO on Count 1 of Guntert & Zimmerman Construction Division, Inc's second amended complaint under Federal Rule of Civil Procedure 54(b).

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge CJ Williams

Date: 2/18/2025

*CLERK OF COURT*

/s/KMS, Deputy Clerk
*Signature of Clerk or Deputy Clerk*